Bruce V. Spiva
THE SPIVA LAW FIRM PLLC
1776 Massachusetts Ave., NW
Suite 601
Washington, DC 20012
Telephone:  202-785-0601
Facsimile:  202-785-0697
Email:  bspiva@spivafirm.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Representative Plaintiff Robert A. Nitsch, Jr. and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, JR., <br><br> Plaintiff, and on behalf of all others similarly situated, <br> vs. <br><br> DREAMWORKS ANIMATION SKG, INC.; PIXAR; LUCASFILM LTD., LLC; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0, INC.; IMAGEMOVERS; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION AND SONY PICTURES IMAGEWORKS; <br><br> Defendants. | **Case No.: 14-cv-04062-LHK** <br><br> **NOTICE OF APPEARANCE OF BRUCE V. SPIVA** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that the following counsel is appearing in the above captioned matter as counsel of record for Representative Plaintiff Robert A. Nitsch, Jr. and the

NOTICE OF APPEARANCE OF BRUCE V. SPIVA - 1

Proposed Class.

>    Bruce V. Spiva
>    THE SPIVA LAW FIRM PLLC
>    1776 Massachusetts Avenue, NW
>    Suite 601
>    Washington, DC 20036
>    Telephone:   202-785-0601
>    Facsimile:   202-785-0697
>    Email:   bspiva@spivafirm.com

Dated:  September 24, 2014

>    /s/ Bruce V. Spiva
>    ──────────────────────
>    Bruce V. Spiva
>
>    Bruce V. Spiva (State Bar No. 164032)
>      bspiva@spivafirm.com
>    THE SPIVA LAW FIRM PLLC
>    1776 Massachusetts Avenue, NW
>    Suite 601
>    Washington, DC 20036
>    Telephone:   202-785-0601
>    Facsimile:   202-785-0697
>    Email:   bspiva@spivafirm.com
>
>    Daniel A. Small (Appearing *Pro Hac Vice*)
>      dsmall@cohenmilstein.com
>    Brent W. Johnson (Appearing *Pro Hac Vice*)
>      bjohnson@cohenmilstein.com
>    Jeffrey B. Dubner (Appearing *Pro Hac Vice*)
>      jdubner@cohenmilstein.com
>    COHEN MILSTEIN SELLERS & TOLL PLLC
>    1100 New York Avenue, NW
>    Suite 500
>    Washington, DC 20005
>    Telephone:   202-408-4600
>    Facsimile:   202-408-4699

NOTICE OF APPEARANCE OF BRUCE V. SPIVA - 2

George Farah (*Pro Hac Vice* forthcoming)
 gfarah@cohenmilstein.com
Matthew Ruan (State Bar No. 264409)
 mruan@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
Telephone:   212-838-7797
Facsimile:   212-838-7745

Richard L. Grossman (State Bar No. 112841)
 rgrossman@pillsburycoleman.com
PILLSBURY & COLEMAN LLP
600 Montgomery Street
Suite 3100
San Francisco, CA 94111
Telephone:   415-433-8000
Facsimile:   415-433-4816

NOTICE OF APPEARANCE OF BRUCE V. SPIVA - 3