UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, JR., <br><br> Plaintiff, and on behalf of all others similarly situated, <br><br> v. <br><br> DREAMWORKS ANIMATION SKG, INC.; PIXAR; LUCASFILM LTD., LLC; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0, INC.; IMAGEMOVERS; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION AND SONY PICTURES IMAGEWORKS, <br><br> Defendants. | Case No.: 14-CV-04062-LHK <br><br> ORDER SETTING CASE MANAGEMENT CONFERENCE |

A case management conference is hereby scheduled for November 5, 2014 at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by October 29, 2014.

**IT IS SO ORDERED.**

Dated: September 24, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-04062-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE