| | |
|---|---|
| 1 | Richard L. Grossman (SBN 112841) |
| 2 | PILLSBURY & COLEMAN, LLP |
|   | The Transamerica Pyramid |
| 3 | 600 Montgomery Street, Suite 3100 |
|   | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 433-8000 |
|   | Facsimile:  (415) 43-4816 |
| 5 | rgrossman@pillsburycoleman.com |
| 6 | [Additional Counsel Listed on Signature Page] |
| 7 | Attorneys for Representative Plaintiff |
| 8 | Robert A. Nitsch, Jr. and the Proposed Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT A. NITSCH, JR., | Case No. CV-14-04062-LHK |
| Plaintiff, and on behalf of all others similarly situated, | **NOTICE OF APPEARANCE OF RICHARD L. GROSSMAN ON BEHALF OF PLAINTIFF** |
| vs. | |
| DREAMWORKS ANIMATION SKG, INC.; PIXAR; LUCASFILM LTD., LLC; THE WALT DISNEY COMPANY, DIGITAL DOMAIN 3.0, INC.; IMAGEMOVERS; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION AND SONY PICTURES IMAGEWORKS, | |
| | Action Filed:  September 8, 2014 |
| Defendants. | Trial Date:  None Set |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel is appearing in the above-captioned matter as counsel of record for Representative Plaintiff Robert A. Nitsch, Jr. and the

| | |
|---|---|
| 1 | |
| 2 | Proposed Class. |
| 3 | Richard L. Grossman |
| | PILLSBURY & COLEMAN, LLP |
| 4 | 600 Montgomery Street, Suite 3100 |
| 5 | San Francisco, CA  94111 |
| | Telephone:  (415) 433-8000 |
| 6 | Facsimile:   (415) 433-4816 |
| | Email:  rgrossman@pillsburycoleman.com |
| 7 | |

Dated: September 24, 2014              PILLSBURY & COLEMAN, LLP

By:    /s/  *Richard L. Grossman*
          Richard L. Grossman

Attorneys for Representative Plaintiff
Robert A. Nitsch, Jr. and the Proposed Class

Daniel A. Small (*Pro Hac Vice* forthcoming)
Brent W. Johnson (*Pro Hac Vice* forthcoming)
Jeffrey B. Dubner (*Pro Hac Vice* forthcoming)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone:     (202) 408-4600
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
jdubner@cohenmilstein.com

George Farah (*Pro Hac Vice* forthcoming)
Matthew Ruan (State Bar No. 264409)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Telephone:  (212) 838-7797
gfarah@cohenmilstein.com
mruan@cohenmilstein.com

Bruce V. Spiva (State Bar No. 164032)
THE SPIVA LAW FIRM PLLC
1776 Massachusetts Avenue NW
Suite 601
Washington, DC  20036
Telephone:  (202) 785-0601
bspiva@spivafirm.com