**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Case Nos.: 14-CV-04062-LHK<br>14-CV-04203-LHK<br>14-CV-04422-LHK<br><br>CASE MANAGEMENT ORDER |

The Court held an initial case management conference on November 5, 2014. A further case management conference is set for February 4, 2014, at 2 p.m. The Court issued the following rulings:

Plaintiffs' request to expedite discovery and Defendants' request to stay discovery are DENIED. Discovery shall proceed under the Federal Rules of Civil Procedure.

Plaintiffs shall file a joint statement regarding the appointment of interim class co-counsel by November 12, 2014. The statement shall delineate the division of labor between the three law firms and what roles each firm will play. Plaintiffs shall identify the single supervising attorney who shall be ultimately responsible for managing and coordinating all attorneys that work on this case. Plaintiffs shall also identify all attorneys who will work on the matter and their relevant education and experience. If Plaintiffs anticipate that additional attorneys will be needed at particular stages of litigation, for instance for document review, Plaintiffs shall provide a rough estimate of the number of additional attorneys that will be involved. All attorneys shall keep contemporaneous billing records that the supervising attorney shall review each month. The supervising attorney shall strike any duplicative or unnecessary billing.

Plaintiffs' request for monthly status conferences is DENIED.

The Court set the following case schedule, which supersedes any other set deadlines:

DEADLINE TO FILE CONSOLIDATED AMENDED COMPLAINT: December 3, 2014

MOTION TO DISMISS:

   Motion: January 9, 2015

   Opposition: February 9, 2015
   Reply: March 2, 2015
   Set for hearing no later than March 26, 2015, at 1:30 p.m.

MOTION TO COMPEL ARBITRATION:

    Motion: January 9, 2015
    Opposition: February 9, 2015
    Reply: March 2, 2015
    Set for hearing no later than April 23, 2015, at 1:30 p.m.

CLASS CERTIFICATION:

    Motion: December 18, 2015
    Opposition: February 8, 2016
    Reply: March 18, 2016
    Set for hearing no later than April 14, 2016, at 1:30 p.m.

FACT DISCOVERY CUTOFF: August 31, 2016

EXPERT DISCOVERY:

    Opening Reports: September 30, 2016
    Rebuttal Reports: October 31, 2016
    Close of Expert Discovery: November 30, 2016

Motions for summary judgment and *Daubert* motions shall be filed no later than December 21, 2016.

    As stipulated to in the Order Granting Plaintiffs' Motion to Consolidate, ECF No. 38, Defendants shall file joint motions, oppositions, and replies unless otherwise granted leave of Court. For the motion to dismiss, the briefs shall not exceed 38 pages for the motion, 38 pages for the opposition, and 27 pages for the reply.

    For the motion to compel arbitration, the briefs shall not exceed 25 pages for the motion, 25 pages for the opposition, and 15 pages for the reply.

**IT IS SO ORDERED.**

Dated: November 6, 2014

                                                    LUCY H. KOH
                                                   United States District Judge