**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Case Nos.: 14-CV-04062-LHK<br>14-CV-04203-LHK<br>14-CV-04422-LHK<br><br>**ORDER APPOINTING INTERIM CO-LEAD PLAINTIFFS' COUNSEL** |

The Court has considered the unopposed Motion of Plaintiffs to Appoint Interim Co-Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g) and Plaintiffs' Statement in Further Support of Plaintiffs' Unopposed Motion for Appointment of Plaintiffs' Interim Co-Lead Class Counsel. ECF Nos. 33, 44.

Having considered the Motion and Plaintiffs' Statement in Further Support,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates as Plaintiffs' Interim Co-Lead Class Counsel Daniel A. Small of Cohen Milstein Sellers & Toll PLLC, Marc M. Seltzer of Susman Godfrey L.L.P., and Steve W. Berman of Hagens Berman Sobol Shapiro LLP, along with their respective firms.

2. Consistent with Plaintiffs' Further Statement, ECF No. 44, Interim Class Counsel shall be generally responsible for coordinating the activities of Plaintiffs during pretrial proceedings and shall:

    a.   determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

    b.   coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26, 3 including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c.   conduct settlement negotiations on behalf of Plaintiffs;

    d.   delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for Plaintiffs is conducted efficiently and effectively;

      e.      enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

      f.      maintain adequate time and disbursement records covering services as interim co-lead counsel;

      g.      perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by future order of Court; and

      h.      perform all additional duties and obligations as outlined in Plaintiffs' Further Statement, ECF No. 44.

Dated: November 20, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge