EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

*Attorneys for Defendants*
The Walt Disney Company, Lucasfilm Ltd., LLC, Pixar, ImageMovers LLC, and Two Pic MC LLC f/k/a ImageMovers Digital LLC

STEPHEN V. BOMSE
DAVID M. GOLDSTEIN
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-4145
Facsimile: 415-773-5759
Email: sbomse@orrick.com

*Attorneys for Defendants*
Sony Pictures Animation Inc.
Sony Pictures Imageworks Inc.

DANIEL G. SWANSON
ROD J. STONE
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7256
Facsimile: 213-229-6256
Email: rstone@gibsondunn.com

*Attorneys for Defendant*
DreamWorks Animation SKG, Inc.

JOHN E. SCHMIDTLEIN
JONATHAN B. PITT
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5901
Facsimile: 202-434-5029
Email: jschmidtlein@wc.com

*Attorneys for Defendant*
Blue Sky Studios, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-cv-4062-LHK<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

1    Pursuant to Local Rules 7-11 and 79-5, Defendants DreamWorks Animation SKG, Inc., The Walt Disney Company, Lucasfilm Ltd., LLC, Pixar, ImageMovers LLC, Two Pic MC LLC f/k/a ImageMovers Digital LLC, Sony Pictures Animation Inc., Sony Pictures Imageworks Inc., and Blue Sky Studios (collectively, "Defendants") hereby respond to Plaintiffs' Administrative Motion to Seal the Consolidated Amended Class Action Complaint ("CAC") [Dkt. No. 57].

Plaintiffs' motion seeks to seal the CAC because it contains excerpts from documents defendants have designated as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered in this case [Dkt. No. 48].  Defendants have determined that they will not seek to maintain the CAC under seal.  Accordingly, a proposed order denying Plaintiffs' Administrative Motion to Seal is attached as Exhibit A.

DATED:   December 1, 2014         COVINGTON & BURLING LLP

                                  By: */s/ Emily Johnson Henn*
                                  Emily Johnson Henn

                                  *Attorneys for Defendants*
                                  The Walt Disney Company
                                  Lucasfilm Ltd., LLC
                                  Pixar
                                  ImageMovers LLC
                                  Two Pic MC LLC f/k/a ImageMovers
                                     Digital LLC

DATED:   December 1, 2014         GIBSON, DUNN & CRUTCHER LLP

                                  By: */s/ Rod J. Stone*
                                  Rod J. Stone

                                  *Attorneys for Defendant*
                                  DreamWorks Animation SKG, Inc.

DEFS.' RESPONSE TO MOTION TO SEAL CAC
Civil Case No.: 5-14-cv-4062-LHK

DATED: December 1, 2014

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *Stephen V. Bomse*
Stephen V. Bomse

*Attorneys for Defendants*
Sony Pictures Animation Inc.
Sony Pictures Imageworks Inc.

DATED: December 1, 2014

WILLIAMS & CONNOLLY LLP

By: /s/ *John E. Schmidtlein*
John E. Schmidtlein

*Attorneys for Defendant*
Blue Sky Studios, Inc.

DEFS.' RESPONSE TO MOTION TO SEAL CAC
Civil Case No.: 5-14-cv-4062-LHK

## ATTESTATION

I, Emily Johnson Henn, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: December 1, 2014         By: */s/ Emily Johnson Henn*
                                    Emily Johnson Henn