UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ANIMATION WORKERS ANTITRUST LITIGATION | Case No. 14-CV-04062-LHK |
| | **ORDER DENYING AS MOOT MOTION TO CONSOLIDATE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Re: Dkt. Nos. 59, 60 |

Plaintiffs' request to consolidate *Phan v. Dreamworks Animation SKG, Inc. et al.*, No. 14-5150, is DENIED AS MOOT as Plaintiff Phan has voluntarily dismissed all defendants from that action.

**IT IS SO ORDERED**.

Dated: December 9, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge