William Faulkner (SBN 83385)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: wfaulkner@mcmanislaw.com

John E. Schmidtlein (SBN 163520)
Jonathan B. Pitt (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: jschmidtlein@wc.com
E-mail: jpitt@wc.com@wc.com

*Attorneys for Defendant*
*Blue Sky Studios*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-cv-4062-LHK<br><br>**DECLARATION OF JONATHAN B. PITT IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: March 26, 2015<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh |

**DECLARATION OF JONATHAN B. PITT**

I, JONATHAN B. PITT, hereby declare as follows:

1.  I am a partner of Williams & Connolly LLP and counsel to defendant Blue Sky Studios, Inc. ("Blue Sky") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify truthfully to them.

2.  Attached as Exhibit 1 to this Declaration is a true and correct copy of an email (bearing Bates number BSK-001976 for identification) sent by Chris Meledandri on April 22, 2005. This document is referenced and quoted in the Consolidated Amended Complaint filed by plaintiffs on November 26, 2014 ("CAC") at paragraph 63.

3.  Attached as Exhibit 2 to this Declaration is a true and correct copy of an email (bearing Bates number PIXAR_AWAL_00003776 for identification) sent by Lori McAdams on August 11, 2005. This document is referenced and quoted in the CAC at paragraph 64.

4.  Attached as Exhibit 3 to this Declaration is a true and correct copy of an email (bearing Bates number PIXAR_AWAL_00000276 for identification) sent by Lori McAdams on September 29, 2005. This document is referenced and quoted in the CAC at paragraphs 5 and 50. The black-box redaction that appears in this document is also in the version of the document produced by Pixar in this litigation. I am informed and believe that counsel for Pixar made that redaction on the basis of privilege.

5.  Attached as Exhibit 4 to this Declaration is a true and correct copy of excerpts from the August 2, 2012 deposition of Lori McAdams in *High-Tech Employee Antitrust Litigation*, Case No. 11-CV-2509-LHK (N.D. Cal.), regarding the document attached hereto as Exhibit 3, which is referenced and quoted in the CAC at paragraphs 5 and 50.

6.  Attached as Exhibit 5 to this Declaration is a true and correct copy of excerpts from the January 24, 2013 deposition of Ed Catmull in *High-Tech Employee Antitrust Litigation*, Case No. 11-CV-2509-LHK (N.D. Cal.), regarding the document attached hereto as Exhibit 3, which is referenced and quoted in the CAC at paragraphs 5 and 50. Other portions of Mr. Catmull's deposition in *High-Tech* are referenced and quoted in the CAC at paragraph 102.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of an internal Pixar document (bearing Bates number PIXAR_AWAL_00003479 for identification) titled "Competitors List."  This document is referenced and quoted in the CAC at paragraph 50.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of an email (bearing Bates number PIXAR_AWAL_00000227 for identification) sent by Ed Catmull on January 14, 2007. This document is referenced and quoted in the CAC at paragraph 51.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed this 9th day of January 2015 at Washington, D.C.

_____
JONATHAN B. PITT

2