STEPHEN V. BOMSE (State Bar No. 40686)
sbomse@orrick.com
DAVID M. GOLDSTEIN (State Bar No. 142334)
dgoldstein@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

*Attorneys for Defendants Sony Pictures Animation Inc.
and Sony Pictures Imageworks Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Master Docket No. 14-cv-04062-LHK<br><br>**DECLARATION OF DAVID M. GOLDSTEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

I, David M. Goldstein, declare as follows:

1. I am a partner at Orrick, Herrington & Sutcliffe LLP in San Francisco, California. I represent defendants Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. in this matter. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint in order to provide the Court with documents and deposition testimony referenced in Defendants' motion. I make this declaration based on my own personal knowledge. If called to testify as a witness to the matters stated below, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a copy of an email dated January 14, 2007, bearing Bates number PIXAR_AWAL_00000227, as produced by Pixar in this action. This document is referenced in paragraphs 4, 7, 51, 55, 56, 59, 65, 66, 78, and 102 of the CAC.

3. Attached hereto as **Exhibit B** is a copy of an email chain dated September 29, 2005, bearing Bates numbers PIXAR_AWAL_00000276-77, which was produced by Pixar in this action with redactions on the basis of privilege. This document is referenced in paragraphs 5, 50, and 61 of the CAC.

4. Attached hereto as **Exhibit C** is a copy of an email chain dated August 1-2, 2005, bearing Bates numbers PIXAR_AWAL_00000309-10, as produced by Pixar in this action. This document is referenced in paragraphs 60 and 61 of the CAC.

5. Attached hereto as **Exhibit D** is a copy of an email chain dated November 30-December 2, 2007, bearing Bates number PIXAR_AWAL_00000242, as produced by Pixar in this action. This document is referenced in paragraph 68 of the CAC.

6. Attached hereto as **Exhibit E** are pages 56-57, 89-90, and 103-104 from the January 24, 2013 deposition of Ed Catmull in *In re High-Tech Employee Antitrust Litigation*, No. 11-2509 (N.D. Cal.) ("*High-Tech*"). Plaintiffs quote from Mr. Catmull's deposition transcript in paragraphs 4, 7, and 102 of the CAC. Pages 103-104 also were submitted in *High-Tech* as Exhibit YY to the Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs re Dkts. 554, 556, 557, 559, 560, 561, 564, 570, and are available on the *High Tech* public docket as document number 816-15 (filed April 10, 2014).

7. Attached hereto as **Exhibit F** is an undated document bearing Bates numbers LUCAS00195586-589, that was submitted in *High-Tech* as Exhibit 32 in support of Google's Motion for Summary Judgment and is available on the public docket as document number 964-7 (filed July 11, 2014).

8. Attached hereto as **Exhibit G** are pages 184-185 from the March 28, 2013 deposition of George Lucas in *High-Tech*. Plaintiffs quote from Mr. Lucas's deposition transcript in paragraphs 7 and 101 of the CAC. The referenced pages were submitted in *High-Tech* as Exhibit NN to the Declaration of Lisa J. Cisneros in Support of Plaintiffs' Notice of Supplemental Motion and Supplemental Motion for Class Certification, and Memorandum of Law in Support, and are available on the *High Tech* public docket as document number 426-27 (filed May 17, 2013).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 9, 2015 in San Francisco, California

By: _____
David M. Goldstein