1  EMILY JOHNSON HENN, SBN 269482
   COVINGTON & BURLING LLP
2  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94061
3  Telephone: 650-632-4700
   Facsimile: 650-632-4800
4  Email: ehenn@cov.com

5  *Attorneys for Defendants*
   The Walt Disney Company, Lucasfilm Ltd.,
6  LLC, Pixar, ImageMovers, LLC, and
   ImageMovers Digital
7

8  STEPHEN V. BOMSE, SBN 40686
   DAVID M. GOLDSTEIN, SBN 142334
9  Orrick, Herrington & Sutcliffe LLP
   405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone: 415-773-4145
   Facsimile: 415-773-5759
11 Email: sbomse@orrick.com

12 *Attorneys for Defendants*
   Sony Pictures Animation Inc., and
13 Sony Pictures Imageworks Inc.

14 *Additional counsel listed on signature page*

DANIEL G. SWANSON, SBN 116556
ROD J. STONE, SBN 145405
SHANNON E. MADER, SBN 235271
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7256
Facsimile: 213-229-6256
Email: rstone@gibsondunn.com

*Attorneys for Defendant*
DreamWorks Animation SKG, Inc.

JOHN E. SCHMIDTLEIN, SBN 163520
JONATHAN B. PITT, *pro hac vice*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5901
Facsimile: 202-434-5029
Email: jschmidtlein@wc.com

*Attorneys for Defendant*
Blue Sky Studios, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-cv-4062-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:        April 23, 2015<br>Time:        1:30 p.m.<br>Courtroom:   8<br>Judge:       Hon. Lucy H. Koh |

1 | Defendants' Motion to Compel Arbitration and Stay Proceedings came for hearing before this Court, the Honorable Lucy H. Koh presiding, on April 23, 2015.  The Court having considered all papers filed in support of and in opposition to the motion and the oral argument of counsel, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to Compel Arbitration and Stay Proceedings is GRANTED.

Plaintiff Robert A. Nitsch, Jr. ("Nitsch") is HEREBY ORDERED to arbitrate his claims against Defendants, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, and this case is HEREBY STAYED as to Nitsch pending completion of his arbitration, pursuant to 9 U.S.C. § 3.

Dated:

Honorable Lucy H. Koh
United States District Judge