William Faulkner (SBN 83385)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        wfaulkner@mcmanislaw.com

John E. Schmidtlein (SBN 163520)
Jonathan B. Pitt (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:    (202) 434-5000
Fax:          (202) 434-5029
E-mail:       jschmidtlein@wc.com
E-mail:       jpitt@wc.com@wc.com

*Attorneys for Defendant*
*Blue Sky Studios*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-cv-04062-LHK<br><br>**DEFENDANT BLUE SKY'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
|---|---|

Jonathan B. Pitt respectfully requests leave to appear telephonically on behalf of Defendant Blue Sky Studios, Inc. ("Blue Sky") at the hearing on Defendants' Motion To Compel Arbitration and Stay Proceedings scheduled to take place on April 23, 2015, at 1:30 p.m., in Courtroom 8, 4th Floor, San Jose Courthouse.

Respectfully submitted this 22d day of April, 2015.

WILLIAMS & CONNOLLY LLP

*/s/ Jonathan B. Pitt*
John E. Schmidtlein (SBN 163520)
Jonathan B. Pitt *(pro hac vice)*
WILLIAM & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005
Telephone:      (202) 434-5000
Facsimile:      (202) 434-5029
Email:           jpitt@wc.com
Email:           jschmidtlein@wc.com

McMANIS FAULKNER

*/s/ William Faulkner*
William Faulkner (SBN 83385)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone:      (408) 279-8700
Facsimile:      (408) 279-3244
Email:           wfaulkner@mcmanislaw.com

*Attorneys for Defendant*
*Blue Sky Studios*

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this _____ day of April, 2015.

_____
THE HONORABLE LUCY H. KOH
United States District Judge

- 2 -

BLUE SKY MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT                    Master Docket No.
HEARING ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS             14-cv-04062-LHK