STEPHEN V. BOMSE
DAVID M. GOLDSTEIN
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-4145
Facsimile: 415-773-5759
Email: sbomse@orrick.com

*Attorneys for Defendants*
Sony Pictures Animation Inc.
Sony Pictures Imageworks Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-cv-4062-LHK<br><br>**ADMINISTRATIVE MOTION BY SONY PICTURES TO SEAL EXHIBIT IN SUPPORT OF MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: September 17, 2015<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh |

1    Pursuant to N.D. Cal. Civ. L.R. 7-11 and 79-5, Defendants Sony Pictures Animation Inc. and
2    Sony Pictures Imageworks Inc. hereby move to seal the following:
3       1. Portions of Exhibit C to the Declaration of David M. Goldstein in Support of Defendants'
4          Motion to Dismiss the Second Consolidated Amended Complaint ("Goldstein Decl."), which
5          is a copy of emails from Ed Catmull and others at Pixar regarding communications from a
6          third party from which the identity of the third party has been redacted to protect the third
7          party's privacy (proposed redacted version attached hereto as Exhibit A).

## I.   LEGAL STANDARD

Rule 26(c) of the Federal Rules of Civil Procedure provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G).

Employment related information of private parties is entitled to such protection. *Nettles v. Farmers Ins. Exch.,* No. C06-5164, 2007 WL 858060, at *2, 2007 BL 247444 (W.D. Wash. Mar. 16, 2007) (holding that the interests of private parties outweighed the public's right of access with respect to information pertaining to third party salary and employment separation information).

## II.  GOOD CAUSE EXISTS TO SEAL PERSONAL IDENTIFYING INFORMATION OF THIRD PARTIES

Sony Pictures requests that Exhibit C to the Goldstein Declaration be filed under seal because they have been designated "Confidential" by Pixar under the Stipulated Protective Order. The Court previously ordered this exhibit to be filed under seal, with the same redactions for the public version, in connection with Defendants' Motion to Dismiss the Consolidated Amended Complaint. *See* Dkt. 106 (Exhibit C to the Goldstein Declaration is identical to the Exhibit F referred to in the Court's order). As set forth in the Declaration of Emily Johnson Henn submitted in support of the administrative motion to seal filed in connection with Defendants' Motion to Dismiss the Consolidated Amended Complaint, the redacted portions of this document contain personal identifying information of a non-party. *See* Dkt. 79-2 ¶ 2 (Exhibit C to this Goldstein Declaration is identical to the Exhibit D to the prior Goldstein Declaration that is described in the Henn Declaration).

Good cause exists for sealing the identity of non-parties who have not sought to make their identities known or placed into the public record and who may be harmed by such disclosure. *See Nettles*, 2007 WL 858060, at *2.

### III. CONCLUSION

For the foregoing reasons, Sony Pictures respectfully requests that this Court order portions of Exhibit C to the Goldstein Declaration to remain under seal.

In accordance with Civil Local Rule 79-5(d), a proposed order granting Defendants' Administrative Motion to Seal has been lodged with the Clerk in hard copy and served on counsel for Plaintiffs.  In accordance with Civil Local Rule 79-5(d), Defendants' proposed redacted version of Exhibit C to the Goldstein Declaration is being lodged with the Clerk in hard copy within a sealed envelope.

DATED:   May 21, 2015                    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ David M. Goldstein*
David M. Goldstein

*Attorneys for Defendants*
Sony Pictures Animation Inc.
Sony Pictures Imageworks Inc.