UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS LITIGATION | Case No.14-cv-04062-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Shana Scarlett
Defendants' Attorneys: Emily Henn, Cortlin Lannin (Disney Defendants); David Goldstein (Sony Defendants); Rod Stone (Dreamworks Animation); Jonathan Pitt, John Schmidtlein (Blue Sky)

A case management conference was held on July 8, 2015. A further case management conference is set for September 17, 2015, at 1:30 p.m. The parties shall file their joint case management statement by September 10, 2015.

The Court amended the case schedule as follows:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: January 1, 2016

CLASS CERTIFICATION MOTION:

    Motion: February 1, 2016
    Opposition: March 14, 2016
    Reply: April 4, 2016

1

Case No. 14-cv-04062-LHK
CASE MANAGEMENT ORDER

      Hearing: May 5, 2016 at 1:30 p.m.

FACT DISCOVERY CUTOFF: October 14, 2016

EXPERT DISCOVERY:
    Opening Reports: November 16, 2016
    Rebuttal Reports: December 21, 2016
    Close of Expert Discovery: January 31, 2017

DISPOSITIVE MOTIONS & *DAUBERT* MOTIONS shall be filed by February 27, 2017, and set for hearing no later than March 23, 2017 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case. Defendants have stipulated to filing a single, joint dispositive motion and reply.

The parties are limited to three *Daubert* motions per side. Any *Daubert* motions by Defendants shall be joint pursuant to the parties' stipulation.

**IT IS SO ORDERED.**

Dated: July 8, 2015

                                        */s/ Lucy H. Koh*
                                        LUCY H. KOH
                                        United States District Judge