UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>        Defendants. | Case No. 14-CV-04062-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorney for Plaintiffs: Jordan Talge
Attorneys for Defendants Disney, Pixar, Lucasfilm, and Two Pic MC (formerly known as ImageMovers Digital): Emily Henn and Robert Van Nest
Attorneys for the Sony Defendants: Stephen Bomse and David Goldstein
Attorneys for Defendant DreamWorks Animation: Daniel Swanson and Shannon Mader
Attorney for Defendant Blue Sky Studios: Jonathan Pitt

     A case management conference was held on December 9, 2015  A further case management conference is set for March 23, 2016 at 2:00 p.m.  The parties shall file their joint case management statement by March 16, 2016.

     The Court set the following deadlines for the production of privilege logs:
- By December 16, 2015, Pixar and Lucasfilm shall produce the privilege logs from *In re High Tech*, No. 11-CV-2509-LHK.
- By December 23, 2015, all Defendants shall produce privilege logs for the instant case, except each Defendant's privilege log shall not include any documents created, sent, or received after that Defendant's receipt of a Civil Investigative

1

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER

      Demand ("CID") from the U.S. Department of Justice ("USDOJ") or December 30, 2009, whichever is earlier.
- By January 11, 2016, each Defendant shall produce a privilege log for all documents created, sent, or received after that Defendant's receipt of a CID from USDOJ or December 30, 2009, whichever is earlier. The privilege logs produced by January 11, 2016 shall not include any documents created by, sent to, or received from outside counsel.
- By February 12, 2016, Plaintiffs shall produce their privilege log.

The Court set the following deadlines for document production:
- By December 14, 2015, all Defendants shall have completed their document production, including the production of spreadsheets.
- By December 16, 2015, Defendants shall produce the documents from *In re High Tech* that are the subject of the pending motion to compel, ECF No. 171.
- By December 23, 2015, all Defendants shall produce any documents the Defendants considered including on a privilege log but ultimately decided not to include.
- By December 23, 2015, the parties shall agree to search terms for Plaintiffs' production of documents in response to Defendants' October 2015 document requests.
- By January 15, 2016, Plaintiffs' document production in response to Defendants' October 2015 document requests shall be 75% complete.
- By January 22, 2016, Plaintiffs' document production in response to Defendants' October 2015 document requests shall be complete.
- By February 12, 2016, Plaintiffs shall produce any documents Plaintiffs considered including on their privilege log but ultimately decided not to include.

The Court set the following deadlines for depositions:
- The parties shall schedule the deposition of the former Pixar employee witness for the first half of January 2016.
- The parties shall schedule the deposition of the named Plaintiffs for the first half of February 2016.

The parties and the Court have agreed that documents that the Court ordered sealed in *In re High Tech* shall remain under seal in the instant case. If either party seeks to seal a document that was ordered sealed in *In re High Tech*, the sealing motion shall identify the *In re High Tech* sealing order's docket number.

The parties and the Court further agreed that streamlined procedures for sealing motions would be appropriate in the instant case. The Court proposes the following protocol for sealing motions:

> The parties shall file all administrative motions to file under seal as joint motions. Prior to filing any such joint motions, counsel for both parties must meet and confer to decide what information the parties will request to file under seal.

2

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER

The parties shall file concurrent with the administrative motion to file under seal all necessary declarations establishing that the information sought to be sealed is sealable. For motions to file under seal relating to dispositive motions, the declarations shall set forth the "compelling reasons supported by specific factual findings" that the parties believe outweigh the general history of access and the public policies favoring disclosure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). For motions to file under seal relating to nondispositive motions, the declarations shall set forth the "particularized" reasons that the parties believe that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002). If the document for which sealing is sought was ordered sealed in *In re High Tech*, the sealing motion shall identify the *In re High Tech* sealing order's docket number. Except for the four day deadline for filing declarations, the parties shall also comply with all other requirements set forth in Civil Local Rule 79-5(d).

The parties have requested three business days to respond to the Court's proposed protocol. The parties shall file a joint response to the Court's proposed protocol by December 14, 2015.

The case schedule remains as follows:

| Scheduled Event | Date |
| --- | --- |
| Further CMC | March 23, 2016 at 2 p.m. |
| Last day to amend pleadings/add parties | January 1, 2016 |
| Class Certification briefing | Motion: February 1, 2016<br>Opposition: March 14, 2016<br>Reply: April 4, 2016 |
| Class Certification hearing | May 5, 2016 |
| Fact discovery cutoff | October 14, 2016 |
| Opening expert reports | November 16, 2016 |
| Rebuttal expert reports | December 21, 2016 |
| Close of expert discovery | January 31, 2017 |
| Motions for Summary Judgment and Daubert Motions | Filed no later than February 27, 2017 |
| Hearing on MSJ and Daubert Motions | March 23, 2017 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: December 9, 2015

3

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

4

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER