Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
dsmall@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Master Docket No. 14-cv-4062-LHK<br><br>**NOTICE OF INTENT TO REVISE CLASS DEFINITION** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

    Plaintiffs wish to advise the Court of their intention, when they file their class certification motion on February 1, 2016, to revise the class definition from that contained in the operative complaint (Second Consolidated Amended Class Action Complaint, Dkt. No. 121) based on their ongoing review of evidence and their experts' ongoing economic analysis.  Plaintiffs will provide defendants notice of the revised definition in advance of their motion, in accordance with the parties' agreement.

| | | |
|---|---|---|
| 1 | Dated: January 4, 2015 | Respectfully submitted, |
| 2 | | /s/ Daniel A. Small |
| 3 | | Daniel A. Small (*Pro Hac Vice*) |
| | | Brent W. Johnson (*Pro Hac Vice*) |
| 4 | | Jeffrey B. Dubner (*Pro Hac Vice*) |
| | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 5 | | 1100 New York Avenue NW, Suite 500 |
| | | Washington, DC 20005 |
| 6 | | Tel.: (202) 408-4600 |
| 7 | | dsmall@cohenmilstein.com |
| | | bjohnson@cohenmilstein.com |
| 8 | | jdubner@cohenmilstein.com |
| 9 | | |
| | | Jeff D. Friedman (173886) |
| 10 | | Shana E. Scarlett (217895) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| 12 | | Telephone: (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| 13 | | jefff@hbsslaw.com |
| 14 | | shanas@hbsslaw.com |
| 15 | | Steve W. Berman (pro hac vice) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 16 | | 1918 Eighth Avenue, Suite 3300 |
| | | Seattle, WA 98101 |
| 17 | | Telephone: (206) 623-7292 |
| 18 | | Facsimile: (206) 623-0594 |
| | | steve@hbsslaw.com |
| 19 | | |
| | | Marc M. Seltzer  (54534) |
| 20 | | Steven G. Sklaver  (237612) |
| 21 | | SUSMAN GODFREY L.L.P |
| | | 1901 Avenue of the Stars, Suite 950 |
| 22 | | Los Angeles, CA 90067-6029 |
| | | Telephone: (310) 789-3100 |
| 23 | | mseltzer@susmangodfrey.com |
| | | ssklaver@susmangodfrey.com |
| 24 | | |
| 25 | | Matthew R. Berry (pro hac vice) |
| | | Jordan Talge (pro hac vice) |
| 26 | | John E. Schiltz (pro hac vice) |
| | | SUSMAN GODFREY, L.L.P. |
| 27 | | 1201 Third Avenue, Suite 3800 |
| | | Seattle, WA, 98101-3000 |
| 28 | | Telephone: (206) 516-3880 |

2

PLAINTIFFS' NOTICE OF INTENT TO REVISE CLASS DEFINITION,
No. 14-cv-4062-LHK

Facsimile: (206) 516-3883
mberry@susmangodfrey.com
jtalge@susmangodfrey.com
jschiltz@susmangodfrey.com

*Interim Co-Lead Class Counsel*