UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT A. NITSCH, et al., | Case No. 14-CV-04062-LHK |
|---|---|
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| DREAMWORKS ANIMATION SKG INC., et al., | |
| Defendants. | |

Attorney for Plaintiffs: Daniel Small and Brent Johnson
Attorneys for Defendants Disney, Pixar, Lucasfilm, and Two Pic MC (formerly known as ImageMovers Digital): Robert Van Nest and Cortlin Lannin
Attorneys for the Sony Defendants: Stephen Bomse and David Goldstein
Attorneys for Defendant DreamWorks Animation: Rod Stone and Shannon Mader
Attorney for Defendant Blue Sky Studios: John Schmidtlein and Jonathan Pitt

A case management conference was held on January 21, 2016.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Further CMC | March 23, 2016 at 2 p.m. |
| Class Certification briefing | Motion: February 1, 2016<br>Opposition: March 24, 2016<br>Reply: April 14, 2016 |

1

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER

| Class Certification hearing | May 12, 2016 at 1:30 p.m. |
|---|---|
| Fact discovery cutoff | October 14, 2016 |
| Opening expert reports | November 16, 2016 |
| Rebuttal expert reports | December 21, 2016 |
| Close of expert discovery | January 31, 2017 |
| Motions for Summary Judgment and Daubert Motions | Filed no later than February 27, 2017 |
| Hearing on MSJ and Daubert Motions | March 23, 2017 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: January 21, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER