Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsmall@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

[Additional Counsel on Sig. Page]

*Interim Co-Lead Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-CV-4062-LHK<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: March 23, 2016<br>Time: 2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

4192295v1/014501

The parties submit this abbreviated joint statement for the Case Management Conference scheduled for March 23, 2016. This statement reports on events occurring in the litigation since the prior statement was submitted on December 2, 2015. Aside from the motion to compel scheduled for hearing on March 22, 2016, before the Honorable Paul Singh Grewal, there are no pending motions or disputes that are ripe for the Court's decision. The parties therefore suggest that the CMC be postponed and suggest April 20, 2016, if that date is convenient for the Court. If the Court prefers to proceed with the CMC scheduled for March 23, 2016, the parties will be available to discuss the issues below and answer any questions the Court may have.

**A.     Pending Motions**

On February 1, 2016, Plaintiffs filed their Notice of Motion and Motion for Class Certification and Memorandum of Law in Support, *see* ECF No. 203, and supporting declaration and exhibits, *see* ECF Nos. 204-10. Defendants' Opposition is due on March 24, 2016, Plaintiffs' Reply is due on April 14, 2016, and a hearing on Plaintiffs' Motion is scheduled for May 12, 2016. *See* ECF No. 198.

On February 10, 2016, Plaintiffs filed a Motion to Compel Discovery from Defendants Pixar and Lucasfilm. ECF No. 213. Defendants Pixar and Lucasfilm filed their Opposition on February 24, 2016, Plaintiffs filed their Reply on March 2, 2016, and a hearing on Plaintiffs' Motion is scheduled for March 22, 2016, before Judge Grewal.

**B.     Discovery**

    **1.     Party Discovery**

The parties have produced documents and served privilege logs in accordance with the deadlines in the Court's Case Management Order of December 9, 2015. ECF No. 173. Since then, the parties have continued to engage in follow-up discovery, have served updated written discovery responses, and have engaged in ongoing correspondence regarding Plaintiffs' responses to Defendants' Interrogatories and Defendants' privilege logs.

The parties are working cooperatively to schedule and take depositions. Prior to the filing of Plaintiffs' Motion for Class Certification, per the Court's Case Management Order of December 9, 2015, ECF No. 173, Plaintiffs conducted the deposition of former Pixar employee Stephanie Sheehy

on January 15, 2016, and Defendants conducted the depositions of Plaintiff David Wentworth on February 10, 2016, Plaintiff Robert A. Nitsch, Jr. on February 12, 2016, and Plaintiff Georgia Cano on February 13, 2016.

Following the filing of Plaintiffs' Motion for Class Certification, Plaintiffs conducted the depositions of DreamWorks employee Kim Mackey on March 1, 2016, former DreamWorks employee Catherine Khong on March 3, 2016, and DreamWorks employee Ann Daly on March 10, 2016.

Plaintiffs conducted the deposition of Lucasfilm employee Sarah Alvarado on March 10, 2016.

Plaintiffs will conduct the deposition of former Sony Pictures Entertainment employee Dawne Irvin on March 17, 2016.

Plaintiffs will conduct the deposition of Walt Disney Animation Studios employee Ann Le Cam on March 17, 2016.

DreamWorks has agreed to Plaintiffs' request to collect and produce documents from three additional custodians. The parties have agreed to work cooperatively on search terms for this collection per the Search Term Protocol. ECF No. 112.

**2.  Third-Party Discovery**

On January 6, 2016, Defendant Two Pic MC LLC served a third-party subpoena to produce documents on the Animation Guild. On February 23, 2016, the parties conducted the deposition of third-party Steve Hulett, Business Representative of the Animation Guild.

On January 12, 2016, the parties conducted the deposition of third-party Hali Croner, employee of the Croner Company.

**C.  Scheduling**

The next event on the Court's pre-trial schedule in this case is the filing of Defendants' Opposition to Plaintiffs' Motion for Class Certification, which is due on March 24, 2016.

**D.  Other Issues**

The parties have no other issues to report to the Court at this time.

ABBREVIATED JOINT STATEMENT – No: 14-cv-4062-LHK

| | | |
|---|---|---|
| 1 | DATED: March 16, 2016 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By   */s/ Jeff D. Friedman*<br>        JEFF D. FRIEDMAN |
| 4 | | Shana E. Scarlett (217895) |
| 5 | | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 6 | | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 7 | | jefff@hbsslaw.com<br>shanas@hbsslaw.com |
| 8 | | Steve W. Berman *(Pro Hac Vice)* |
| 9 | | Jerrod Patterson *(Pro Hac Vice)*<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 |
| 11 | | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 |
| 12 | | steve@hbsslaw.com<br>jerrodp@hbsslaw.com |

ABBREVIATED JOINT STATEMENT – No: 14-cv-4062-LHK

| | | |
|---|---|---|
| 1 | DATED: March 16, 2016 | SUSMAN GODFREY L.L.P. |
| 2 | | |
| 3 | | By  */s/ Jordan Talge*<br>       JORDAN TALGE |
| 4 | | Marc M. Seltzer (54534)<br>1901 Avenue of the Stars, Suite 950 |
| 5 | | Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100 |
| 6 | | Facsimile: (310) 789-3150<br>mseltzer@susmangodfrey.com |
| 7 | | ssklaver@susmangodfrey.com |
| 8 | | Matthew R. Berry (*pro hac vice*)<br>Jordan Talge (*pro hac vice*) |
| 9 | | John E. Schiltz (*pro hac vice*)<br>SUSMAN GODFREY L.L.P. |
| 10 | | 1201 Third Avenue, Suite 3800<br>Seattle, WA, 98101-3000 |
| 11 | | Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 |
| 12 | | mberry@susmangodfrey.com<br>jtalge@susmangodfrey.com |
| 13 | | jschiltz@susmangodfrey.com |
| 14 | | |
| 15 | DATED: March 16, 2016 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 16 | | By  */s/ Daniel A. Small*<br>       DANIEL A. SMALL |
| 17 | | |
| 18 | | Brent W. Johnson<br>Jeffrey B. Dubner |
| 19 | | Daniel H. Silverman<br>1100 New York Ave. NW, Suite 500 |
| 20 | | Washington, DC 20005<br>Telephone: (202) 408-4600 |
| 21 | | Facsimile: (202) 408-4699<br>dsmall@cohenmilstein.com |
| 22 | | bjohnson@cohenmilstein.com<br>jdubner@cohenmilstein.com |
| 23 | | dsilverman@cohenmilstein.com |
| | | ***Interim Co-Lead Plaintiffs' Counsel*** |
| 24 | DATED: March 16, 2016 | COVINGTON & BURLING LLP |
| 25 | | |
| 26 | | By  */s/ Emily Johnson Henn*<br>       EMILY JOHNSON HENN |
| 27 | | |
| 28 | | 333 Twin Dolphin Drive, Suite 700 |

ABBREVIATED JOINT STATEMENT – No: 14-cv-4062-LHK

Redwood Shores, CA 94061
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: ehenn@cov.com

Deborah A. Garza
Thomas A. Isaacson
COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Facsimile: 202-662-6291
Email: dgarza@cov.com
Email: tisaacson@cov.com

Cortlin H. Lannin
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-7078
Facsimile: 415-955-6578
Email: clannin@cov.com

John W. Keker
Robert A. Van Nest
Cody S. Harris
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
Email: jkeker@kvn.com
Email: rvannest@kvn.com
Email: charris@kvn.com

*Attorneys for Defendants*
**The Walt Disney Company**
**Lucasfilm Ltd., LLC**
**Pixar**
**Two Pic MC LLC**

ABBREVIATED JOINT STATEMENT – No: 14-cv-4062-LHK

DATED: March 16, 2016	GIBSON, DUNN & CRUTCHER LLP

By  */s/ Rod J. Stone*
　　　ROD J. STONE

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7256
Facsimile: 213-229-6256
Email: rstone@gibsondunn.com

*Attorneys for Defendant*
**DreamWorks Animation SKG, Inc.**

DATED: March 16, 2016	ORRICK, HERRINGTON & SUTCLIFFE

By  */s/ Stephen V. Bomse*
　　　STEPHEN V. BOMSE

David M. Goldstein
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-4145
Facsimile: 415-773-5759
Email: sbomse@orrick.com
Email: dgoldstein@orrick.com

Robert A. Mittelstaedt
David C. Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: 415-626-3939
Facsimile: 415-875-5700
Email: ramittelstaedt@JonesDay.com
Email: dkiernan@JonesDay.com

*Attorneys for Defendants*
**Sony Pictures Animation Inc.**
**Sony Pictures Imageworks Inc**.

| | |
|---|---|
| DATED: March 16, 2016 | WILLIAMS & CONNOLLY LLP |

By   */s/ John E. Schmidtlein*
      JOHN E. SCHMIDTLEIN

Jonathan B. Pitt
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: 202-434-5901
Facsimile: 202-434-5029
Email: jschmidtlein@wc.com
Email: jpitt@wc.com

William Faulkner (SBN 83385)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: 408-279-8700
Facsimile: 408-279-3244
Email: wfaulkner@mcmanislaw.com

*Attorneys for Defendant*
**Blue Sky Studios, Inc.**

ABBREVIATED JOINT STATEMENT – No: 14-cv-4062-LHK