Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsmall@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc M. Seltzer
SUSMAN GODFREY L.L.P
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | Master Docket No. 14-cv-4062-LHK<br>**NOTICE OF SETTLEMENT** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

Plaintiffs Robert Nitsch, Georgia Cano and David Wentworth, through Interim Co-Lead Class Counsel, individually and on behalf of a proposed settlement class, and Defendant Blue Sky Studios, Inc. have entered a signed settlement agreement. Plaintiffs will file a motion for preliminary approval of the settlement no later than next Friday, April 1, 2016.

Dated: March 24, 2016

Respectfully submitted,

/s/ Brent W. Johnson
Daniel A. Small (*Pro Hac Vice*)
Brent W. Johnson (*Pro Hac Vice*)
Jeffrey B. Dubner (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice)*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
jdubner@cohenmilstein.com
dsilverman@cohenmilstein.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (pro hac vice)
Jerrod Patterson (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
jerrodp@hbsslaw.com

Marc M. Seltzer  (54534)
Steven G. Sklaver  (237612)
SUSMAN GODFREY L.L.P
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Matthew R. Berry (pro hac vice)
Jordan Talge (pro hac vice)
John E. Schiltz (pro hac vice)

NOTICE OF SETTLEMENT,
No. 14-cv-4062-LHK

1  
2  
3  
4  
5  

SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA, 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
jtalge@susmangodfrey.com
jschiltz@susmangodfrey.com

*Interim Co-Lead Class Counsel*

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28