Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Jerrod C. Patterson (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Interim Co-Lead Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | No. 14-CV-4062 LHK |
| | DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH BLUE SKY STUDIOS, INC. |
| | Date:  June 16, 2016<br>Time: 1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:  The Honorable Lucy H. Koh |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

010177-12  833008 V1

1      I, JEFF D. FRIEDMAN, declare as follows:

2      1.      I am an attorney duly licensed to practice before all of the courts of the State of California in the above-entitled litigation. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for plaintiff David Wentworth and Interim Co-Lead Class Counsel in the above-entitled action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:   The proposed Plan of Allocation pursuant to the Settlement Agreement.

Exhibit B:   Appendix C attached to the expert report of Dr. Orley Ashenfelter.

Exhibit C:   The Settlement Agreement between the plaintiffs and Blue Sky.

Exhibit D:   The proposed Notice to the Class members (long form).

Exhibit E:   The proposed Notice to the Class members (postcard form).

3.      In this litigation, counsel for plaintiffs have analyzed and catalogued approximately 300,000 documents produced from defendants' custodians, deposed nine witnesses, including two third-party witnesses, defended the deposition of each of the named plaintiffs, and defended the deposition of plaintiffs' expert Dr. Orley Ashenfelter. Platinffs' counsel have deposed the President of DreamWorks, the Senior Vice President of Production and Talent for Disney, the former "compensation manager" for Pixar, the former Director of Compensation at Sony Pictures, the former Director of Compensation at DreamWorks, and two Senior Recruiters who worked for the defendants.

4.      The Settlement Agreement was the result of weeks of negotiations with Blue Sky.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of March, 2016, at Berkeley, California.

                                                    s/ Jeff D. Friedman
                                                    JEFF D. FRIEDMAN

FRIEDMAN DECL. ISO PLS.' MOT. FOR PRELIM. APPROVAL OF
SETTLEMENT WITH BLUE SKY - Case No. 14-CV-4062 LHK
010177-12  833008 V1