# EXHIBIT B

## List of Job Titles by Defendant

### Blue Sky

| | |
|---|---|
| 2D/3D WORKBOOK ARTIST | CAMERA OPERATOR, LEAD |
| 2ND ASSISTANT EDITOR | CHARACTER ANIMATOR |
| 3D-SET DRESSER | CHARACTER LEAD - HORTON |
| ADMINISTRATOR, SYSTEM | CHARACTER TD, SR. |
| ADMINISTRATOR,SYSTEM | CHARACTER TECH. DIR / RIGGER |
| AFTER FX | COLOR KEY ARTIST |
| ANIMATION DEVELOPMENT LEAD | COMPOSITOR, SR |
| ANIMATION LEAD | COORDINATOR, ANIMATION |
| ANIMATION, LEAD | COORDINATOR, EDITORIAL |
| ANIMATOR | COORDINATOR, GRAPHICS |
| ANIMATOR, BACKGROUND | COORDINATOR, PROD |
| ANIMATOR, JR | COORDINATOR, PRODUCTION |
| ANIMATOR, SR | COORDINATOR, SCHEDULE |
| APM - DESIGN | COORDINATOR, STORY PRODUCTION |
| APM, LAYOUT | CREATIVE EXEC |
| APM, LIGHTING | CREATIVE EXECUTIVE |
| APM/ANIMATION | DESIGN APPRENTICE |
| APM/LIGHTING | DESIGNER |
| APM/PROD MGMT | DEVELOPER, SOFTWARE |
| APM/STAGING | DIGITAL ARTIST |
| ARTIST | DIGITAL PAINT ARTIST |
| ARTIST, COLOR KEY | DIGITAL RECORDIST |
| ARTIST, DIGITAL | DIR, SR TECH, LEAD ASSMBLY |
| ARTIST, LAYOUT | DIR, TECH PRODUCTION |
| ARTIST, PHOTOSHOP | DIR, TECHNICAL |
| ARTIST, SR DIGITAL 3D | DIRECTOR |
| ARTIST, STORY | DIRECTOR, PRODUCTION |
| ARTIST, STORYBOARD | DRAFTSMAN |
| ARTIST,PHOTOSHOP | EDITOR |
| ARTISTS, PHOTOSHOP | EDITOR, 2ND ASSISTANT |
| ASSISTANT EDITOR | EDITOR, ASSISTANT |
| ASSISTANT, TECHNICAL | EDITOR, ASSOCIATE |
| ASSOC PRODUCER | EDITOR, PRODUCTION |
| ASSOCIATE PRODUCER | EDITORIAL APPRENTICE |
| ASSOCIATE TECHNICAL DIRECTOR | ENVIRONMENTAL LEAD - HORTON |
| ASST. DEVELOPMENT | FINAL LAYOUT |
| BACKGROUND PAINTER | HEAD DIGITAL PRODUCTION |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Blue Sky**

| | |
|---|---|
| HEAD OF LAYOUT | RESEARCH ASSOCIATE, SR |
| HEAD OF SYSTEMS | RIGGER |
| HEAD OF TECHNOLOGY - EDIT | SCHEDULING MANAGER |
| HEAD PHYSICAL PRODUCTION | SENIOR ANIMATOR |
| JR TECH DIRECTOR, FUR | SENIOR CREATIVE DIRECTOR |
| JR. STORYBOARD ARTIST | SENIOR/LEAD TECHNICAL DIRECTOR |
| JUNIOR ANIMATOR | SOFTWARE DEVELOPER |
| LAYOUT ARTIST | SR LIGHTING TD |
| LAYOUT ARTIST, LEAD | SR TECH DIR, LIGHTING |
| LAYOUT CAM. DESIGN | SR, ANIMATOR |
| LEAD ANIMATOR | SR, TECH DIR MATERIALS |
| LEAD LIGHTING TD | STORY ARTIST |
| LEAD, LAYOUT ARTIST | STORY ARTIST, JR. |
| LEAD, SR LIGHTING | STORY BOARD ARTIST |
| LIGHTING COORDINATOR | STORYBOARD ARTIST |
| LIGHTING, LEAD | STORYBOARD ARTIST - HORTON |
| MANAGER, IT | STORYBOARD ARTIST, AFTER F |
| MANAGER, SOFTWARE | SUPERVISOR ANIMATOR |
| MANAGER, TECHNICAL | SUPERVISOR, ANIMATOR |
| MGR, PROD INFO SYSTEMS | SUPERVISOR, CHARACTER DEV |
| MODELER | SUPERVISOR, DESIGN |
| MODELER, ENVIRONMENTAL | SUPERVISOR, DIGITAL |
| MODELER, SR | SUPERVISOR, PRODUCTION |
| MODELING PA | SUPERVISOR, SCULPTING |
| PA , STAGING | SUPV, RIGGING |
| PA - ART | SYSTEMS ADMINISTRATOR |
| PA LAYOUT | SYSTEMS ADMINISTRATOR, LEAD |
| PA, ANIMATION | SYSTEMS ADMINISTRATOR, SR |
| PA, TECHNICAL DIRECTION | SYSTEMS TA |
| POST PRODUCTION SUPERVISOR | TA, PROCEDURAL SET DRESSING |
| PRE-VIS/LAYOUT COORDINATOR | TA/ANIMATION |
| PROD ASSISTANT, FX/CLOTH | TA/LAYOUT |
| PROD SUPV OF ANIMATION | TA/LIGHTING |
| PRODUCER | TD |
| PRODUCTION ASSISTANT, FX | TD - SR EFFECTS |
| PRODUCTION ENGINEER | TD, FX |
| PRODUCTION EXECUTIVE | TD, LIGHTING |
| PRODUCTION MANAGER | TD, LIGHTING SR |
| PRODUCTION PROGRAMMER | TD, MATS |
| PROGRAMMER | TD,JR FX |
| PROGRAMMER, SR | TD/EFFECTS |
| PROJECT ENGINEER | TD/FX |
| RENDER WRANGLER | TD/LIGHTING |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Blue Sky**

| | |
|---|---|
| TD/MATERIALS | TECHNICAL DIRECTOR, ASSOC |
| TECH ASSISTANT, LIGHTING | TECHNICAL DIRECTOR, SR/LEAD |
| TECH DIRECTOR, CHARACTER | TECHNICAL STEREO LEAD |
| TECH DIRECTOR, FX | TECHNICAL/ANIMATOR/RIGGER |
| TECH DIRECTOR, LIGHTING | TEXTURE PAINTER |
| TECH DIRECTOR, MATERIALS | VISUAL DEV'T ARTIST |
| TECH DIRECTOR, STEREOSCOPIC | VISUAL DEV/LAYOUT ARTIST |
| TECH. DIRECTOR, MATERIALS | VISUAL DEVELOPMENT ARTIST |
| TECHNICAL ANIMATOR/RIGGER | VP, CHIEF SCIENTIST |
| TECHNICAL ASSISTANT | VP, CREATIVE DEVELOPMENT |
| TECHNICAL DIRECTOR | |
| WRITER | |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Disney**

ADMINISTRATOR, RENDER I/O
ANIMATION DIRECTOR
ANIMATION EDITOR
ANIMATION EDITOR - DAILY
ANIMATION STORYPERSON - WRITER
ANIMATION STORYPERSON - WRITER
(DAILY)
ANIMATION STORYPERSON-WRITER
ANIMATION STORYPERSON-WRITER - DAILY
ANIMATOR
APPRENTICE ANIMATION EDITOR
ARTIST MANAGER
ASSISTANT PRODUCTION MANAGER
ASSISTANT RESEARCHER
ASSOCIATE PRODUCER II
ASSOCIATE SOFTWARE DEVELOPER
ASSOCIATE SYSTEMS ADMINISTRATOR
ASST ANIMATION EDITOR
ASST ANIMATION EDITOR - DAILY
ASST ANIMATOR
ASST MANAGER, ANIMATION
COMMUNICATIONS
ASST MANAGER, DIGITAL RESOURCES
ASST MANAGER, PRODUCTION
ASST MANAGER, PRODUCTION
COMMUNICATIONS
ASST PRODUCTION MANAGER
ASST RESEARCHER
ASST SUPERVISOR-INK & PAINT
BACKGROUND
BUCKET - COLOR STYLIST
BUCKET - LAYOUT
BUCKET - MODEL DESIGNER
BUCKET - PROJECTIONIST
BUCKET - RECORD MACH OPERATOR-
JOURNEY
BUCKET - SOUND EFFECTS EDITR-
THEREAFTER
BUCKET - STORY SKETCH
BUCKET - SUPERVISING SOUND EDITOR
BUCKET - TIMING DIRECTOR
CAT IV-TRAIN ANIM STORY/WRITING DGT
PROD

CAT IV-TRAIN ANIM STORY/WRITNG DGT
PRD
CAT IV-TRAINEE STORY/WRITING-DIGITAL
CATEGORY 1, DIGITAL UNION
CATEGORY 1/DIGITAL UNION
CATEGORY 1/DIGITAL UNION (DAILY)
CATEGORY 1/DIGITAL UNION (REG)
CATEGORY 1/DIGITAL UNION - DAILY
CATEGORY 2, DIGITAL UNION
CATEGORY 2/DIGITAL UNION
CATEGORY 4/DIGITAL UNION
CATEGORY I - DIGITAL UNION
CATEGORY I -DIGITAL UNION
CATEGORY I -DIGITAL UNION - DAILY
CATEGORY II GROUP A - DIGITAL UNION
CATEGORY II GROUP A -DIGITAL UNION
CATEGORY II GROUP B -DIGITAL UNION
CATEGORY III -DIGITAL UNION
CATEGORY IV TRAINEE -DIGITAL UNION
CGI 3D COMPOSITOR 1
CGI 3D COMPOSITOR I
CGI 3D COMPOSITOR I - DAILY
CGI ANIMATOR/MODELER
COORDINATOR, QUALITY ASSURANCE
CREATIVE AFFAIRS COORDINATOR
CREATIVE DIRECTOR
CREATIVE EXECUTIVE
DATABASE COORDINATOR
DATABASE DEVELOPER
DESIGNER
DESIGNER (CASUAL LTD)
DEVELOPMENT COORDINATOR
DIGITAL ARCHIVIST
DIGITAL FILM RECORDER OPERATOR
DIGITAL IMAGING MANAGER
DIGITAL LIBRARY IMAGING SCANNER
DIGITAL PRODUCTION ANALYST
DIGITAL RESOURCES ADMINISTRATOR
DIRECTOR, CREATIVE AFFAIRS
DIRECTOR, MUSIC PRODUCTION
DIRECTOR, POST PRODUCTION
DIRECTOR, PRODUCTION

6

Contains Highly Confidential and Attorneys' Eyes Only Materials

## Disney

DIRECTOR, TECHNOLOGY
DUBBING MACHINE OPERATOR
FIRST ENGINEER
HARDWARE TECHNICIAN
HEAD SPECIAL EFFECTS
IMAGE & DATA SERVICE ADMINISTRATOR
KEY ASSISTANT ANIMATOR
KEY ASSISTANT LAYOUT
KEY ASST ANIMATOR
LAYOUT
MANAGER, ENGINEERING
MANAGER, MUSIC PRODUCTION
MANAGER, POST PRODUCTION
MANAGER, PRODUCTION RESOURCES
MANAGER, QUALITY ASSURANCE
MANAGER, RESEARCH - ARL
MANAGER, TECHNOLOGY
MEDIA EDITORIAL SUPPORT TECH 2
MEDIA EDITORIAL SUPPORT TECH 2 - DAILY
MEDIA EDITORIAL SUPPORT TECHNICIAN 1
MEDIA EDITORIAL SUPPORT TECHNICIAN 2
MEDIA ENGINEER - ANIM
MEDIA IMPLEMENTATION TECHNICIAN
MEDIA LEAD EDITORIAL SUPPORT TECH
MUSIC COORDINATOR
MUSIC MIXER
NETWORK ENGINEER - ANIM
OPERATIVE SUPERVISOR / ENGINEER
POST PRODUCTION COORDINATOR
PRINCIPAL MEDIA ENGINEER
PRINCIPAL NETWORK ENGINEER
PRINCIPAL SOFTWARE ENGINEER
PRINCIPAL SYSTEMS ENGINEER
PRINCIPAL SYSTEMS ENGINEER - ANIM
PROCESS ENGINEER
PROD TECHNICAL DIRECTOR I
PRODUCTION ADMINISTRATION MANAGER
PRODUCTION COMMUNICATIONS ASST
MANAGER
PRODUCTION COORDINATOR
PRODUCTION COORDINATOR, CAPS
PRODUCTION DEPARTMENT MANAGER
PRODUCTION MANAGER

PRODUCTION SUPERVISOR
PROGRAM MANAGER - TECHNOLOGY
PROJECT MANAGER - TECHNOLOGY
PROJECTIONIST
QUALITY CONTROL ANALYST
RENDER I/O ADMINISTRATOR
RESEARCHER
SAG-TALENT
SERVICE RECORDER/TV ENGINEER/VIDEO
ASST
SOFTWARE ENGINEER
SOFTWARE ENGINEER - ANIM
SOFTWARE ENGINEER - ANIM (CASUAL)
SOUND READER
SR DESIGNER
SR DEVELOPMENT SOFTWARE ENGINEER
SR DEVELOPMENT SOFTWARE ENGINEER -
ANIM
SR DEVELOPMENT SYSTEMS ENGINEER
SR HARDWARE TECHNICIAN
SR IMAGE & DATA SERVICE
ADMINISTRATOR
SR IMAGE & DATA SERVICES
ADMINISTRATOR
SR MEDIA ENGINEER
SR NETWORK ENGINEER
SR PLANNER-CAMERA PLANNING
SR PROGRAMMER ANALYST
SR RENDER I/O ADMINISTRATOR
SR SCM TECHNICIAN
SR SOFTWARE ENGINEER
SR SOFTWARE ENGINEER - ANIM
SR SYSTEMS ADMINISTRATOR
SR SYSTEMS ADMINISTRATOR - ANIM
SR SYSTEMS ENGINEER
SR SYSTEMS ENGINEER - ANIM
SR TECHNICAL SUPPORT ADMIN - ANIM
SR TECHNICAL SUPPORT ANALYST - ANIM
SR TECHNICAL SUPPORT ENGINEER
SR TECHNOLOGY SUPPORT ENGINEER
STORY ANALYST E
STORY ANALYST F
STORY ANALYST F - DAILY
STORYPERSON

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Disney**

| | |
|---|---|
| SUPERVISOR, CAPS | TECHNICAL DIRECTOR WEEKLY IA |
| SUPERVISOR, INK & PAINT | TECHNICAL SUPERVISOR |
| SYSTEMS ADMINISTRATOR | TECHNICAL SUPPORT ADMIN - ANIM |
| SYSTEMS ADMINISTRATOR - ANIM | TECHNICAL SUPPORT ENGINEER |
| SYSTEMS ENGINEER | |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**DreamWorks**

| | |
|---|---|
| 2D LIGHTING ANIMATOR | ART DIRECTOR - THEREAFTER |
| 2D WORKBOOK ARTIST | ART DIRECTOR / PROD. DESIGNER |
| 3D ANIMATOR | ARTIST, CHARACTER |
| 3D FX ANIMATOR | ARTIST, GRAPHIC |
| 3D PAINTER/LIGHTER | ASSISTANT ANIMATION EDITOR |
| ACTOR | ASSISTANT ANIMATOR |
| ADDITIONAL DIALOGUE EDITOR | ASSISTANT ANIMATOR (JOURNEY) |
| ADMINISTRATOR, SR TECHNICAL RESOURCE | ASSISTANT CHAR EFFECTS ANIMATOR |
| ADMINISTRATOR, TECHNICAL RESOURCE | ASSISTANT CHARACTER TD |
| ADR - VOICE OVER | ASSISTANT EDITOR |
| ADR / VOICE OVER | ASSISTANT EFFECTS ANIMATOR |
| ADR VOICE OVER | ASSISTANT FINAL LAYOUT ARTIST |
| ADR/VOICE OVER ACTOR | ASSISTANT ILLUSTRATOR |
| ANALYST, HELP DESK | ASSISTANT LIGHTER |
| ANALYST, IT SECURITY | ASSISTANT MODEL DESIGNER |
| ANIMATION STORYPERSON | ASSISTANT MODELER |
| ANIMATION STORYPERSON - JRNYMN | ASSISTANT MX EDITOR |
| ANIMATION STORYPERSON SPVR O/C | ASSISTANT SCULPTOR |
| ANIMATION STORYPERSON-ON CALL | ASSISTANT SOUND EDITOR |
| ANIMATION STORYPERSON-SPRVISR | ASSISTANT STORY ARTIST |
| ANIMATION STORYPERSON/WRITER | ASSISTANT STORYBOARD ARTIST |
| ANIMATION STORYPRSN-JRNY(SONY) | ASSISTANT TD |
| ANIMATION TOOLS DEVELOPER | ASSISTANT TO DIRECTORS |
| ANIMATION TRAINEE | ASSISTANT TO PRODUCER |
| ANIMATOR | ASSISTANT VIS DEV ARTIST |
| ANIMATOR (ANIM/MOD 2) | ASSISTANT, ENGINEERING |
| ANIMATOR - JOURNEY | ASSISTANT, PRODUCTION |
| ANIMATOR - JOURNEYMAN | ASSISTANT-FL |
| ANIMATOR - SUPERVISOR | ASSO. EDITOR |
| ANIMATOR - SUPERVISOR ON CALL | ASSOC SND EDITOR - ON CALL |
| ANIMATOR-LIGHTING TD | ASSOCIATE ANIMATOR |
| APPRENTICE DEPARTMENT TD | ASSOCIATE CHARACTER EFFECTS ARTIST |
| APPRENTICE EDITOR | ASSOCIATE CHARACTER TD |
| APPRENTICE LAYOUT | ASSOCIATE CROWDS ARTIST |
| APPRENTICE MATTE PAINTER | ASSOCIATE CYCLE ANIMATOR |
| APPRENTICE VISUAL DEVELOPMENT ARTIST | ASSOCIATE DEPARTMENT TD |
| APPRENTICE, TECHNICAL RESOURCE | ASSOCIATE EDITOR |
| ARCHITECT, LIGHTING | ASSOCIATE EFFECTS ARTIST |
| ARCHITECT, PIPELINE | ASSOCIATE FINAL LAYOUT ARTIST |
| ARCHITECT, SOFTWARE | ASSOCIATE LIGHTER |
| ART DEPARTMENT ARTIST | ASSOCIATE LIGHTING TA |
| ART DIRECTOR | ASSOCIATE MODELER |

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

ASSOCIATE PRODUCER
ASSOCIATE ROUGH LAYOUT ARTIST
ASSOCIATE SURFACER
ASSOCIATE VISUAL DEVELOPMENT ARTIST
ASSOCIATE, DEVELOPMENT
ASST ANIMATOR
ASST CHAR FINALING TD
ASST CHARACTER DESIGN
ASST COMPLETION PAINTER
ASST DIRECTOR
ASST EDITOR - SOUND
ASST FINAL LAYOUT TD
ASST MX EDITOR
ASST SOUND EDITOR
ASST STORY ARTIST - 1ST 6 MOS
ASST STORYBOARD ARTIST - 1ST 6 MOS.
ASST TO PRODUCER/CENTRAL COORD
AVID ASST. EDITOR
BACKGROUND ACTOR
BACKGROUND ARTIST
BACKGROUND CO-HEAD
BREAKDOWN-FL
C G - SUPERVISOR
CALIBRATION TECH
CENTRAL COORDINATOR
CENTRAL PRODUCTION SUPERVISOR
CG CHAR T.D. SUPV - ON CALL
CG SUPERVISING ANIMATOR
CG SUPERVISO
CG SUPERVISOR
CGI MODELER
CHAR DESIGNER
CHAR DESIGNER (ANIM/MOD 1) - JOURNEY
CHAR DESIGNER - 1ST 6 MOS
CHAR EFX ANIMATOR (PROD TD 1) - JOURNEY
CHAR FINALING LEAD
CHAR T.D.
CHAR TD
CHAR. DESIGNER - 1ST 6 MOS
CHARACTER DESIGNER
CHARACTER EFFECTS ANIMATOR
CHARACTER EFFECTS ARTIST

CHARACTER EFFECTS SUPERVISOR
CHARACTER EFX ARTIST (PROD TD 4)JOURNEY
CHARACTER FINALING ANIMATOR
CHARACTER FINALING LEAD
CHARACTER FINALING SUPERVISOR
CHARACTER FINALING TD
CHARACTER T.D.
CHARACTER TD
CHARACTER TD DEPT HEAD
CHARACTER TD LEAD
CHARACTER TD SUPERVISOR
CHECKER
CHIEF ARCHITECT FOR GLOBAL EFFECTS
CLEAN UP ARTIST (KEY ASST. ANIM) (JOURNEY)
CLEAN UP CHARACTER LEAD
CLEAN-UP ARTIST
CLEAN-UP SUPERVISOR
CO PRODUCER
CO-EXEC PRODUCER/WRITER
COLOR MARK-UP
COLOR STYLIST
COMPLETION PAINTER
COMPOSER
COMPOSITING SUPERVISOR
COMPOSITING TD
COMPOSITOR
CONCEPT ARTIST
CONCEPT DESIGNER
CONCEPT ILLUSTRATOR
CONFIGURATION MANAGEMENT LEAD
CONSULTANT/STORY ARTIST - JOURNEY
CONSULTANT/WRITER
CONSULTING DIRECTOR
CONSULTING DIRECTOR-ON CALL
CONSULTING PRODUCER/WRITER
CONSULTING/WRITER
COORDINATOR, DEVELOPMENT
COORDINATOR, DIGITAL OPERATIONS
COORDINATOR, POST PRODUCTION
COORDINATOR, RESEARCH
COORDINATOR, TECHNOLOGY

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

| | |
|---|---|
| COSTUME DESIGNER | EDITOR |
| CREATIVE DIRECTOR | EDITOR - ON CALL |
| CREATIVE EXE | EDITOR FEATURE Z-1 |
| CROWDS ARTIST | EDITOR, HD AVID |
| CROWDS SUPERVISOR | EDITOR, LEAD |
| CYCLE ANIMATOR | EDITOR, SENIOR |
| DAILY SINGER | EDITORIAL ASSISTANT |
| DATABASE ADMINISTRATOR | EDITORIAL TD |
| DAY PLAYER | EDITORIAL TECHNICIAN |
| DEPARTMENT MANAGER, ANIMATION | EFFECTS ANIMATOR |
| DEPARTMENT TD | EFFECTS ARTIST |
| DEPARTMENT TD SUPERVISOR | EFFECTS ASSISTANT ANIMATOR |
| DEPT T.D. | EFFECTS BREAK/INBETWEEN |
| DEPT T.D. (LIGHTING) - JOURNEY | EFFECTS COMPOSER |
| DEPT TD (PROD TD 4) | EFFECTS LEAD |
| DEPT TD SUPERVISOR | EFFECTS PICTURE SUPERVISOR |
| DESIGNER | EFFECTS TD |
| DESIGNER, UI | EFX ANIMATOR |
| DEVELOPER, SENIOR SOFTWARE | EFX ARTIST (ANIMATOR 1) - JOURNEY |
| DEVELOPER, SOFTWARE | EFX ASSISTANT |
| DEVELOPER, SOFTWARE LEAD | EFX BREAKDOWN |
| DIA EDITOR - 48.6 | EFX INBETWEENER |
| DIAL EDTR | ENGINEER Y-1 DAILY |
| DIG. CHECKER | ENGINEER, ASSOCIATE PRODUCTION |
| DIGITAL CELL PAINTER | ENGINEER, HARDWARE |
| DIGITAL CHECKER | ENGINEER, POST PRODUCTION |
| DIGITAL EFFECTS SUPERVISOR | ENGINEER, POST TECHNOLOGY |
| DIGITAL SUPERVISOR | ENGINEER, PRE-VISUALIZATION |
| DIRECTING ANIMATOR | ENGINEER, PRINCIPAL |
| DIRECTOR | ENGINEER, PRINCIPAL/SUPV |
| DIRECTOR - ON CALL | ENGINEER, PRODUCTION |
| DIRECTOR OF PHOTOGRAPHY | ENGINEER, SENIOR HARDWARE |
| DIRECTOR OF PRE-VISUALIZATION | ENGINEER, SENIOR PRODUCTION |
| DIRECTOR, ASSISTANT | ENGINEER, SENIOR SOFTWARE |
| DIRECTOR, ASSOCIATE | ENGINEER, SOFTWARE |
| DIRECTOR, CO | ENGINEER, SOFTWARE QUALITY |
| DIRECTOR, DIGITAL OPERATIONS | ENGINEER, SOFTWARE SR I |
| DIRECTOR, INFORMATION SECURITY | ENGINEER, STAFF |
| DIRECTOR, INFORMATION TECHNOLOGY | ENTRY LEVEL ANIMATOR |
| DIRECTOR, PRODUCTION ENGINEERING | ENTRY LEVEL CHAR FINALING ANIMATOR |
| DIRECTOR, PRODUCTION TECHNOLOGY | ENTRY LEVEL CHARACTER EFFECTS ARTIST |
| DIRECTOR, R&D | ENTRY LEVEL CHARACTER TD |
| DIRECTOR, TECHNOLOGY | ENTRY LEVEL CROWDS ARTIST |

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

ENTRY LEVEL CYCLE ANIMATOR
ENTRY LEVEL DEPT TD
ENTRY LEVEL EFFECTS ANIMATOR
ENTRY LEVEL EFFECTS ARTIST
ENTRY LEVEL FINAL LAYOUT ARTIST
ENTRY LEVEL ILLUSTRATOR
ENTRY LEVEL LIGHTER
ENTRY LEVEL LIGHTING TA
ENTRY LEVEL MATTE PAINTER
ENTRY LEVEL MODELER
ENTRY LEVEL ROUGH LAYOUT ARTIST
ENTRY LEVEL STORY ARTIST
ENTRY LEVEL SURFACER
ENTRY LEVEL VISUAL DEV ARTIST
EXECUTIVE PRODUCER
EXECUTIVE PRODUCER, TV
EXECUTIVE, CREATIVE
EXECUTIVE, DEVELOPMENT
EXECUTIVE, FRANCHISE CREATIVE
EXECUTIVE, JUNIOR CREATIVE
EXECUTIVE, PRODUCTION
EXECUTIVE, TECHNOLOGY
FEATURE ANIMATION EDITOR
FEATURE DAY PLAYER
FEATURE DAY PLAYER  VO
FEATURE DAY PLAYER (V.O.)
FEATURE DAY PLAYER - SCRATCH
FEATURE GROUPS 3-8
FEATURE SCHEDULE F
FEATURE SCHEDULE F (VOICE)
FEATURE SCHEDULE F VO
FEATURE SINGER
FEATURE SOLO & DUO
FEATURE SOLO - OFF CAMERA
FEATURE STUNT DAILY
FEATURE WEEKLY FREE LANCE
FILM COORDINATION LEAD
FILM DIRECTOR
FILM EDITOR
FILM ROOM TECHNICIAN, LEAD
FINAL COMPOSITOR
FINAL LAYOUT ARTIST
FINAL LAYOUT ASST T.D.

FINAL LAYOUT LEAD
FINAL LAYOUT SUPERVISOR
FINAL LAYOUT TD
FINAL LINE KEY ASST
FOLEY EDITOR
FOLEY EDTR
FX ARTIST
GENERAL TOOLS DEVELOPMENT
GLOBAL EFFECTS LEAD
GLOBAL HEAD OF EFFECTS
GLOBAL LEAD
GLOBAL LEAD - ANIMATION
GLOBAL LEAD - EFFECTS
GLOBAL LEAD - HEAD OF GLOBAL CHAR DEV
GLOBAL LEAD - HEAD OF GLOBAL TDS
GLOBAL LEAD - LAYOUT
GLOBAL LEAD - PIPELINE ARCHITECT
GLOBAL LIGHTING DEPT MANAGER
GLOBAL SHADER LEAD
GLOBAL TECHNICAL DIRECTOR
GRAPHIC DESIGNER, JUNIOR
HARDWARE  TECHNICIAN
HARDWARE ENGINEER
HARDWARE LEAD
HEAD OF ANIMATION
HEAD OF CHARACTER ANIMATION
HEAD OF CREATIVE
HEAD OF DEVELOPMENT
HEAD OF DIGITAL OPERATIONS
HEAD OF DIGITAL PRODUCTION
HEAD OF EFFECTS
HEAD OF EFFECTS, CO
HEAD OF FINALING
HEAD OF GLOBAL CHARACTER
DEVELOPMENT
HEAD OF GLOBAL PIPELINE
HEAD OF GLOBAL TECHNICAL DIRECTORS
HEAD OF INFORMATION TECHNOLOGY
HEAD OF INK AND PAINT
HEAD OF LAYO
HEAD OF LAYOUT
HEAD OF POST PRODUCTION
HEAD OF PRODUCTION DEVELOPMENT

Contains Highly Confidential and Attorneys' Eyes Only Materials

**DreamWorks**

HEAD OF PRODUCTION TECHNOLOGY
HEAD OF R&D
HEAD OF RESEARCH AND DEVELOPMENT
HEAD OF STOR
HEAD OF STORY
HEAD OF TECHNOLOGY
HELP DESK MA
ILLUSTRATOR
ILLUSTRATOR, JUNIOR
INBETWEENER-FL
INK & PAINT ARTIST
INK & PAINT ARTIST, LEAD
KEY ASSISTANT,LEAD-FL
KEY ASSISTANT-FL
LAYOUT
LAYOUT - ON CALL
LAYOUT ARTIST
LAYOUT LEAD
LAYOUT SUPERVISOR
LAYOUT TECHNICAL DIRECTOR
LEAD ANIMATOR
LEAD CG SUPERVISOR
LEAD CHARACTER TD
LEAD COMPOSITOR
LEAD DEPARTMENT TD
LEAD JOB TD
LEAD LIGHTER
LEAD LIGHTING TD
LEAD MATTE PAINTER
LEAD MODELER
LEAD SURFACING ARTIST
LIGHTER
LIGHTING ANIMATOR
LIGHTING ASSISTANT
LIGHTING BREAKDOWN
LIGHTING T.D.
LIGHTING TD
LIGHTING TOOL DEVELOPMENT
LIGHTING/SURFACING TD
LINE PRODUCER
LOOK DEV 3D PAINTER
LOOK DEV 3D/PAINTER/SURFACER
LOOK DEVELOPMENT TD

LOOP GROUP
LOOPING
LOOPING ADR
LUSTRE COLORIST
MANAGER OF POST TECHNOLOGIES
MANAGER, DIGITAL SYSTEMS
MANAGER, DIGITAL SYSTEMS - NON EXEMPT
MANAGER, HELP DESK
MANAGER, IMAGE MASTERING
MANAGER, PLATFORM ENGINEERING
MANAGER, POST
MANAGER, POST PRODUCTION
MANAGER, POST PRODUCTION ENGINEERING
MANAGER, PRODUCTION ENGINEERING
MANAGER, QA
MANAGER, R&D
MANAGER, SENIOR IT
MANAGER, SOFTWARE DEVELOPMENT
MANAGER, SYSTEMS ENGINEERING
MANAGER, SYSTEMS OPERATIONS
MANAGER, TECHNICAL RESOURCES
MANAGER, TECHNICAL STRATEGIC ALLIANCE
MANAGER, TECHNOLOGY PRODUCTION
MANAGER, VSC
MATTE PAINTER
MATTE PAINTING COMPOSITOR
MATTE PAINTING SUPERVISOR
MATTE TD
MODEL MAKER
MODEL SUPERVISOR
MODELER
MODELING LEAD
MODELING SUPERVISOR
MOTION PICTURE EDITOR
MOVE TECHNICIAN
MUSIC CONSULTANT
MUSIC EDITOR
MUSIC EDITOR - ON CALL
MUSIC MIXER
NEXT GENERATION DEPLOYMENT EXECUTIVE

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

NON AFFIL PRODUCER
NON UNION ASSOC. PROD.
NON UNION DIRECTOR
NON UNION PRODUCTION ASST
NON UNION WRITER
OFF CAMERA SINGER
OFF-CAMERA SINGER
OPERATIONS SYSTEM ADMINISTRATOR
OPERATOR, VIDEO TAPE
P.A.
PAINT FIX
PAINTER
PICTURE ED. BONUS ONLY
PIPELINE ENGINEER
PIPELINE ENGINEERING LEAD
POST PRODUCTION COORDINATOR
PRE-VISUALIZATION ARTIST
PRINCIPAL ENGINEER
PROD ASST
PROD ASST - ANIMATION
PROD ASST - ART
PROD ASST - ART/MODELING/SURFACING
PROD ASST - ART/VIS DEV
PROD ASST - CENTRAL
PROD ASST - CHARACTER EFFECTS
PROD ASST - CROWDS
PROD ASST - EDITORIAL
PROD ASST - EDITORIAL/STORY
PROD ASST - EFFECTS
PROD ASST - LAYOUT
PROD ASST - LIGHTING
PROD ASST - MODELING/SURFACING
PROD ASST - OFFICE
PROD ASST - STORY
PROD ASST - STORY/EDITORIAL
PROD ASST - VIS DEV/MODELING/SURFACING
PROD ASST - VISUAL DEV
PROD COORD
PROD COORD -
PROD COORD - ANIMATION
PROD COORD - ART
PROD COORD -

ART/MODELING/SURFACING
PROD COORD - ART/VIS DEV
PROD COORD - CENTRAL
PROD COORD - CHAR EFFECTS
PROD COORD - CHAR TD
PROD COORD - CHAR TD/EFFECTS
PROD COORD - CHAR TD/MODELING
PROD COORD - CHARACTER ANIM
PROD COORD - CHARACTER EFFECTS
PROD COORD - CHARACTER TD
PROD COORD - EDITORIAL
PROD COORD - EDITORIAL/STORY
PROD COORD - EFFECTS
PROD COORD - LAYOUT
PROD COORD - LIGHTING
PROD COORD - LUSTRE
PROD COORD - MATTE PAINTING
PROD COORD - MODEL/SURFACING
PROD COORD - MODELING
PROD COORD - OFFICE
PROD COORD - PAINT FIX
PROD COORD - SCRIPT
PROD COORD - STORY
PROD COORD - SURFACING
PROD COORD - SURFACING/MATTE PAINTING
PROD COORD - VIS DEV/MODELING/SURFACING
PROD COORD - VISUAL DEV
PROD COORD - VISUAL DEVELOPMENT
PROD SUP
PROD SUP - ANIMATION
PROD SUP - ART
PROD SUP - ART/MODEL/SURF/CENTRAL
PROD SUP - C
PROD SUP - CENTRAL
PROD SUP - CHAR TD/MATTE PAINTING
PROD SUP - CHARACTER ANIM
PROD SUP - CHARACTER EFFECTS
PROD SUP - CHARACTER EFFECTS/CROWDS
PROD SUP - CHARACTER TD
PROD SUP - E
PROD SUP - EDITORIAL

Contains Highly Confidential and Attorneys' Eyes Only Materials

**DreamWorks**

PROD SUP - EDITORIAL/STORY
PROD SUP - EFFECTS
PROD SUP - FRONT END
PROD SUP - GLOBAL LUSTRE
PROD SUP - LAYOUT
PROD SUP - LIGHTING
PROD SUP - LIGHTING/MATTE PAINTING
PROD SUP - MATTE PAINTING
PROD SUP - MODEL/SURFACING
PROD SUP - MODELING
PROD SUP - PAINT FIX
PROD SUP - POST PROD
PROD SUP - SCRIPT
PROD SUP - STORY
PROD SUP - STORY/EDITORIAL
PROD SUP - STORY/EFFECTS/LIGHTING
PROD SUP - STORY/VIS DEV
PROD SUP - SURFACING/COMPLETION
PROD SUP - SURFACING/MATTE PAINTING
PROD SUP - VISUAL DEV
PRODUCER
PRODUCER, CO
PRODUCER, CUSTOM ANIMATION
PRODUCTION ARTIST
PRODUCTION ASSOCIATE
PRODUCTION ASST
PRODUCTION COORDINATOR
PRODUCTION DESIGNER
PRODUCTION ENGINEER
PRODUCTION ENGINEERING MGR
PRODUCTION EXECUTIVE, SENIOR
PRODUCTION EXECUTIVE, VIRTUAL
WORLDS
PRODUCTION MANAGER
PRODUCTION MANAGER, SENIOR
PRODUCTION RESOURCE MANAGER
PRODUCTION SUPERVISOR-LIGHTING
PRODUCTION SUPPORT  ENGINEER
PROJECT LEAD, SUPERVISING
PROJECT MANAGER, IT
PROJECTIONIST
PROP MAKER
QA LEAD

QA SPECIALIS
QUALITY ASSURANCE MANAGER
QUALITY ASSURANCE TESTER
R & D PROJECT MANAGER
R&D ENGINEER
R&D STAFF
RE-RECORDING MIXER
READER
READER/ACTOR
RECORDING MACH OPERATOR 48.6
RECORDIST, FILM
RENDER ARCHIVE DISK ADMIN LEAD
RENDER ARCHIVE DISK ADMINISTRATOR
RENDER ASSISTANT
RESEARCH ASSISTANT
RESEARCH COORDINATOR
RESEARCHER
ROUGH INBETWEENER
ROUGH INBETWEENER - 1ST 6 MONTHS
ROUGH LAYOUT ARTIST
ROUGH LAYOUT LEAD
SAG TELEVISION
SCAN CHECKER
SCANNER
SCORING MIXER Y-1 DAILY
SCRATCH - VOICE OVER
SCULPTOR
SCULPTOR, JR
SENIOR ANIMATOR
SENIOR CHARACTER TD
SENIOR EDITOR
SENIOR EFFEC
SENIOR EFFECTS ANIMATOR
SENIOR EFFECTS ARTIST
SENIOR FINAL LAYOUT ARTIST
SENIOR HARDWARE ENGINEER
SENIOR ILLUSTRATOR
SENIOR LIGHTER
SENIOR MODELER
SENIOR PRODUCTION ENGINEER
SENIOR ROUGH LAYOUT ARTIST
SENIOR SET DESIGNER
SENIOR SET MODEL BUILDER

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

| | |
|---|---|
| SENIOR SOFTWARE ENGINEER | STRATEGIST, PRODUCTION |
| SENIOR SURFACER | STUNT COORDINATOR - WEEKLY |
| SENIOR SYSTEMS ADMINISTRATOR | SUP SOUND DESIGN |
| SEQUENCE SUPERVISOR | SUP. SOUND EDITOR - ON CALL |
| SET BUILDER | SUPERVISING ADR EDITOR |
| SET DEC COORD. | SUPERVISING ANIMATOR |
| SET DECORATOR | SUPERVISING SOUND EDITOR |
| SET DESIGNER | SUPERVISING TD |
| SET DESIGNER - SPECIAL | SUPERVISOR, CHARACTER TD |
| SET DRESSER | SUPERVISOR, DATABASE ADMINISTRATION |
| SFX EDITOR | SUPERVISOR, DIGITAL MEDIA |
| SHADER DEVELOPER | SUPERVISOR, FILM COLOR |
| SHOT PREP | SUPERVISOR, HARDWARE |
| SINGER | SUPERVISOR, NETWORK OPERATIONS |
| SINGERS/DAILY SOLO & DUO | SUPERVISOR, POST PRODUCTION |
| SOFTWARE COORDINATOR | SUPERVISOR, POST TECHNOLOGY |
| SOFTWARE ENGINEER | SUPERVISOR, PRODUCTION DEVELOPMENT |
| SOFTWARE ENGINEERING MANAGER | SUPERVISOR, PRODUCTION ENGINEERING |
| SOUND APPRENTICE EDITOR | SUPERVISOR, QA |
| SOUND DESIGNER - ON CALL | SUPERVISOR, R&D |
| SOUND EDITOR | SUPERVISOR, SYSTEMS ENGINEERING |
| SOUND EDITOR - 48.6 | SUPERVISOR, SYSTEMS OPERATIONS |
| SOUND EDITOR-THRFTR 48.6 | SUPERVISOR, TECHNICAL RESOURCES |
| SOUND EFX EDITOR-THRFTR 48.6 | SURFACER |
| SOUND FX MIXER | SURFACER - JOURNEY |
| SPECIALIST, QA | SURFACING LEAD |
| SR CLOTHING/FINALING ANIMATOR | SURFACING SUPERVISOR |
| SR MANAGER, TECHNOLOGY PARTNERSHIPS | SYSTEM ADMINISTRATION LEAD |
| STAFF COMIC/ARTIST-JOURNEYMAN | SYSTEM ADMINISTRATOR |
| STAFF WRITER | SYSTEM ARCHITECT |
| STAFF WRITER, TV | SYSTEM ARCHITECT, LEAD |
| STEREO DIGITAL EFFECTS SUPERVISOR | SYSTEMS ADMI |
| STEREOGRAPHER | SYSTEMS ADMINISTRATOR |
| STEREOSCOPIC SUPERVISOR | SYSTEMS ADMINISTRATOR - EXEMPT |
| STORY ARTIST | SYSTEMS ADMINISTRATOR, ENGINEERING |
| STORY ARTIST - JOURNEY | SYSTEMS ADMINISTRATOR, IT - EXEMPT |
| STORY EDITOR | SYSTEMS ADMINISTRATOR, JUNIOR |
| STORY TRAINEE | SYSTEMS ADMINISTRATOR, OPERATIONS |
| STORY TRAINEE - 3RD 6 MOS. | SYSTEMS ADMINISTRATOR, SENIOR |
| STORY WRITER | SYSTEMS ADMINISTRATOR, SENIOR - EXEMPT |
| STORYBOARD ARTIST | SYSTEMS ADMINISTRATOR, SENIOR OPERATIONS |
| STORYPERSON | |

16

Contains Highly Confidential and Attorneys' Eyes Only Materials

## DreamWorks

SYSTEMS ARCHITECT
SYSTEMS ENGINEER
SYSTEMS MANAGER
SYSTEMS OPERATIONS LEAD
SYSTEMS OPERATIONS MANAGER
TECH DIRECTOR
TECH DIRECTOR I
TECH DIRECTOR I - 1ST 6 MOS
TECHNICAL DESIGN DIRECTOR
TECHNICAL DIRECTOR, EDITORIAL
TECHNICAL DIRECTOR-PROD
TECHNICAL LEAD, SYSTEMS ENGINEERING
TECHNICAL WRITER
TECHNICAL WRITER, SENIOR
TECHNICIAN, AUDIO/VISUAL
TECHNICIAN, COLOR CALIBRATION
TECHNICIAN, EDITORIAL
TECHNICIAN, HARDWARE
TECHNICIAN, JUNIOR
TECHNICIAN, MOVE
TECHNICIAN, POST
TECHNICIAN, SENIOR HARDWARE
TECHNOLOGY PRODUCTION COORDINATOR
TRACK READER
TV ANIMATION
TV DAY PLAYER
TV SCHEDULE F
TV SINGER
TV WEEKLY FREELANCE
VIDEO EDITOR - ON CALL
VIDEOGRAPHER
VIS DEV
VIS DEV / PROPS DESIGNER
VIS DEV ARTIST
VIS DEV ARTIST (ANIM/MOD 2) - JOURNEY
VIS DEV ARTIST (ANIM/MODEL 1) - JOURNEY
VIS DEV ARTIST (ANIMATOR 1) - JOURNEY

VIS DEV ARTIST (ANIMATOR 3) - 2ND 6 MOS.
VIS DEV ARTIST - 1ST 6 MOS.
VISUAL DEVELOPMENT ARTIST
VISUAL DEVELOPMENT TRAINEE
VISUAL EFFECTS SUPERVISOR
VOICE ACTOR
VOICE ACTOR - B
VOICE ACTOR - SCH F
VOICE OVER
VOICE OVER - LOOPING
VOICE TALENT
VOICEOVER
VOICEOVER ADR
VSC COORDINATOR
VSC PROJECT MANAGER
WEEKLY DIRECTOR FEATURE
WERITER CONSULTANT
WRITE/CONSULTANT
WRITER
WRITER (CONSULTANT)
WRITER / CONSULTANT
WRITER/ CONSULTANT
WRITER/CONSTULTANT
WRITER/CONSULT
WRITER/CONSULTANT
WRITER/CONSULTANT                    *
WRITER/CONULT
WRITER/PRODUCER
WRITERION STORYPERSON SPVR O/C
WRITERS
WRITING/CONSULTANT
WRITING/CONSULTING
WRTER/CONSULTANT
WRTIER/CONSULTANT
Y-1
Y-1 (MUSIC MIXER)
Y-1 SUPERVISING MIXER

Contains Highly Confidential and Attorneys' Eyes Only Materials

**IMD**

ART DEPARTMENT COORDINATOR
ART DEPARTMENT PRODUCTION MANAGER
ART PRODUCTION ASSISTANT
ART RESEARCHER
ASSOCIATE PRODUCER
ASSOCIATE R&D ENGINEER
ASST PRODUCTION MANAGER
ASST PRODUCTION MANAGER, ENGINEERING
AV TECHNICIAN
BUILD/TEST ENGINEER
CATEGORY I - IM DIGITAL UNION
CATEGORY I - IMD UNION
CATEGORY I -IM DIGITAL UNION
CATEGORY I -IMD UNION
CATEGORY I -IMD UNION - DAILY
CATEGORY II GROUP A - IMD UNION
CATEGORY II GROUP A -IMD UNION
CATEGORY II GROUP B - IMD UNION
CATEGORY II GROUP B -IMD UNION
CATEGORY III - IM DIGITAL UNION
CATEGORY III -IMD UNION
CATEGORY IV TRAINEE -IMD UNION
CATEGORY VI -IMD UNION

DIGITAL PRODUCTION MANAGER
DIRECTOR, CREATIVE DEVELOPMENT
EVP / PHYSICAL PRODUCTION - IMD UNION
INFORMATION TECHNOLOGY COORDINATOR
PRINCIPAL A/V ARCHITECT
PRINCIPAL SYSTEMS ARCHITECT
PRODUCTION ASSISTANT
PRODUCTION COORDINATOR
PRODUCTION DEPARTMENT MANAGER
R&D ENGINEER
R&D ENGINEER (CASUAL LTD)
RESOURCE TECHNICAL ASSISTANT
RESOURCE TECHNICAL ASSISTANT (CAS LTD)
RESOURCE TECHNICAL ASSISTANT(CASUAL LTD)
RESOURCE TECHNICAL SUPERVISOR
SAG-TALENT
SR R&D ENGINEER
SR SYSTEMS ADMINISTRATOR
SR SYSTEMS ENGINEER
STORAGE ARCHITECT
SYSTEMS ADMINISTRATOR
SYSTEMS ADMINISTRATOR (CASUAL LTD)

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

1ST ASSITANT EDITOR
1ST CAMERA ASST
2ND ASSISTANT EDITOR
3D STORY ARTIST
3RD ASSISTANT EDITOR/COLORIST
ADR EDITOR
ANIMATIC ARTIST LEVEL III
ANIMATICS ARTIST
ANIMATICS ARTIST I
ANIMATION DIRECOTR
ANIMATION DIRECTOR
ANIMATION DIRECTOR/CG
ANIMATION MANAGER
ANIMATION SUPERVISOR
ANIMATION SUPERVISORS
ANIMATOR (MID) (PROJECT)
ANIMATOR I
APPR MODELMAKER
APPRENT VISUAL EFFECTS EDITOR
APPRENTICE
APPRENTICE ART DIRECTOR
APPRENTICE EDITOR
APPRENTICE EDITOR I
APPRENTICE EDITOR II
APPRENTICE EFFECTS EDITOR
APPRENTICE MODEL MKR
APPRENTICE STORYBOARD/CONCEPT
APPRENTICE/ASSISTANT
ART DEPARTMENT APM
ART DEPARTMENT MANAGER
ART DIRECTOR
ART DIRECTOR - LAL
ART DIRECTOR I
ART DIRECTOR II
ART/STORYBOARD-ILM
ARTIST
ARTIST I
ARTIST II
ARTIST III
ASSISTANT ART DIRECTOR
ASSISTANT DIRECTOR
ASSISTANT EDITOR I
ASSISTANT EDITOR II

ASSISTANT EPISODIC DIRECTOR
ASSISTANT GRAPHIC ARTIST
ASSISTANT PRODUCTION MANAGER
ASSISTANT PRODUCTION MGR - LAL
ASSISTANT TECHNICAL DIRECTOR
ASSISTANT TO DIRECTOR/PRODUCER
ASSITANT EDITOR
ASSOC FX PRODUCER
ASSOC PRODUCTION MANAGER
ASSOC PRODUCTION TECH MANAGER
ASSOC VFX SUPERVISOR/TRAD
ASSOC VISUAL EFFECTS PRODUCER
ASSOCIATE ARTIST
ASSOCIATE CONCEPT DESIGNER
ASSOCIATE DESIGNER
ASSOCIATE DIGITAL ARTIST
ASSOCIATE EDITOR, FEATURE
ASSOCIATE PIPELINE PROJECT MGR
ASSOCIATE PRODUCER
ASSOCIATE PRODUCER, ANIMATION
ASSOCIATE PRODUCTION MANAGER
ASSOCIATE R&D ENGINEER
ASSOCIATE R&D PROJECT MANAGER
ASSOCIATE SOFTWARE ENGINEER
ASSOCIATE TECHNICAL DIRECTOR
ASST ANIMATICS ARTIST II
ASST ART DIRECTOR I
ASST DIG MATCHMOVE ARTIST V
ASST DIG MATCHMOVE ARTIST VI
ASST DIGITAL ANIMATOR-V
ASST DIGITAL ANIMATOR-VI
ASST DIGITAL MATTE ARTIST-V
ASST DIGITAL MATTE ARTIST-VI
ASST DIGITAL MODEL PAINTER-V
ASST DIGITAL MODEL PAINTER-VI
ASST DIGITAL MODELER-V
ASST DIGITAL MODELER-VI
ASST DIGITAL TECH DIRECTOR-V
ASST DIGITAL TECHNICAL DIR-VI
ASST EDITOR I
ASST EDITOR II
ASST EFFECTS EDITOR-I
ASST EFFECTS EDITOR-II

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

ASST GRAPHIC ARTIST I
ASST GRAPHIC ARTIST II
ASST GRAPHIC ARTIST III
ASST LAB TECHNICIAN
ASST PRD MGR SCRIPTING/CASTING
ASST SABRE OPERATOR-V
ASST SCENIC ARTIST
ASST SOUND EFFECTS EDITOR
ASST STORYBOARD/CONCEPT I
ASST STORYBOARD/CONCEPT II
ASST SUPVERVISING SOUND EDITOR
ASST SUPVR EDITOR
ASST SUPVR SOUND EDITOR
ASST TECHNICAL DIRECTOR
ASST TO EXECUTIVE PRODUCER
ASST VISUAL EFFECTS EDITOR
AUDIO TECHNICIAN 2
AUDIO DESIGNER I
AUDIO DESIGNER II
AUDIO DESIGNER III
AUDIO DESIGNER IV
AUDIO TECHNICIAN I
AUDIO TECHNICIAN II
AUDIO TECHNICIAN III
AUDIO-SSN
BEST BOY
CAMERA ENGINEERING/AREA SUPERV
CAMERA OPERATOR I
CAMERA OPERATOR II
CAMERA-ILM
CASTING/SCRIPTING APM
CG - 2D
CG - 3D
CG - COMMERICALS
CG ADMIN/MODEL
CG ANIMATORS
CG ARTISTS (WAS DIGITAL PROD. MGMT)
CG DEPARTMENT SUPERVISOR
CG DEVELOPMENT-ILM
CG DIG-MATTE
CG PRINCIPAL ENGINEER
CG SCHEDULING MANAGER
CG SINGAPORE (WAS DIGITAL SUPS)

CG SOFTWARE ENGINEER
CG SUP/ANIMATION SUP I
CG SUPERVISOR
CG SUPERVISOR, EPISODIC
CG TECHNICAL ASSISTANT
CG TECHNICAL ASST
CG-PRODUCTION
CG-TA'S
CHARACTER DESIGNER
CHARACTER TECHNICAL DIRECTOR I
CHIEF MODEL MAKER
CHIEF MODELMAKER
CHIEF MODELMAKER/SUPERVISOR 1
CHIEF MODELMAKER/SUPERVISOR 2
CHIEF MODELMAKER/SUPERVISOR-I
CHIEF MODELMAKER/SUPERVISOR-II
COLOR DESIGNER
COLOR TIMING SUPERVISOR
COMMERCIAL ASST EDITOR-I
COMMERCIAL ASST EDITOR-II
COMMERCIAL EDITOR II
COMMERCIAL EDITOR-I
COMMERCIALS-SSN
COMMERIALS LA
COMMERICALS-ILM
COMPOSITOR (MID) (PRJ)
COMPUTER SUPPORT-SSN
CONCEPT ARTIST
CONCEPT DESIGNER I
CONCEPT DESIGNER II
CONCEPTUAL ART SUPERVISOR
COSTUME SUPERVISOR
COSTUMER
CREATURE TD
CSE - ILM
D-CINEMA
DATABASE ADMINISTRATOR I
DATABASE DEVELOPER
DATABASE SYSTEMS DEVELOPER I
DESIGNER
DESIGNER I
DESIGNER II
DESIGNER III

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

DESIGNER LEVEL IV
DESKTOP SYSTEMS SPECIALIST
DIGITAL ANIMATOR 1, LEAD
DIGITAL ANIMATOR 2
DIGITAL ANIMATOR 3
DIGITAL ANIMATOR 4
DIGITAL ANIMATOR 5, ASST
DIGITAL ANIMATOR 6, ASST
DIGITAL ANIMATOR-II
DIGITAL ANIMATOR-III
DIGITAL ANIMATOR-IV
DIGITAL ARTISIT PRODUCTION MGR
DIGITAL ARTIST I
DIGITAL ARTIST II
DIGITAL ARTIST PRODCTN MANAGER
DIGITAL ARTIST SUPERVISOR
DIGITAL CHARACTER SUPERVISOR
DIGITAL COMPOSITOR 1, LEAD
DIGITAL COMPOSITOR 2
DIGITAL COMPOSITOR 3
DIGITAL COMPOSITOR 4
DIGITAL COMPOSITOR 5
DIGITAL COMPOSITOR 6
DIGITAL COMPOSITOR-II
DIGITAL COMPOSITOR-III
DIGITAL COMPOSITOR-IV
DIGITAL COMPOSITOR-V
DIGITAL FEATURES
DIGITAL MATCHMOVE ARTISIT III
DIGITAL MATCHMOVE ARTISIT IV
DIGITAL MATCHMOVE ARTIST 1
DIGITAL MATCHMOVE ARTIST 2
DIGITAL MATCHMOVE ARTIST 3
DIGITAL MATCHMOVE ARTIST 4
DIGITAL MATCHMOVE ARTIST 5
DIGITAL MATCHMOVE ARTIST 6
DIGITAL MATCHMOVE ARTIST II
DIGITAL MATCHMOVE ARTIST-II
DIGITAL MATCHMOVE ARTIST-III
DIGITAL MATCHMOVE ARTIST-IV
DIGITAL MATCHMOVE ARTIST-V
DIGITAL MATTE ARTIST 1, LEAD
DIGITAL MATTE ARTIST 2

DIGITAL MATTE ARTIST 3
DIGITAL MATTE ARTIST 4
DIGITAL MATTE ARTIST 5, ASST
DIGITAL MATTE ARTIST 6, ASST
DIGITAL MATTE ARTIST-II
DIGITAL MATTE ARTIST-III
DIGITAL MATTE ARTIST-IV
DIGITAL MODEL PAINTER 1, LEAD
DIGITAL MODEL PAINTER 2
DIGITAL MODEL PAINTER 4
DIGITAL MODEL PAINTER 5, ASST
DIGITAL MODEL PAINTER 6, ASST
DIGITAL MODEL PAINTER-II
DIGITAL MODEL PAINTER-III
DIGITAL MODEL PAINTER-IV
DIGITAL MODELER 2
DIGITAL MODELER 3
DIGITAL MODELER 4
DIGITAL MODELER 5, ASST
DIGITAL MODELER 6, ASST
DIGITAL MODELER-II
DIGITAL MODELER-III
DIGITAL MODELER-IV
DIGITAL PIPELINE SUPERVISOR
DIGITAL PLATE RESTORATION TECH
DIGITAL PLT RESTORATION TCH-I
DIGITAL PLT RESTORATN TECH-III
DIGITAL RESOURCE ASSISTANT
DIGITAL RESOURCE ASST
DIGITAL RESOURCE DEPT ASST
DIGITAL RESOURCE DEPT COORD
DIGITAL RESOURCE MANAGER
DIGITAL RESOURCE SUPERVISOR
DIGITAL ROTOSCOPE ARTIST 1
DIGITAL ROTOSCOPE ARTIST-II
DIGITAL ROTOSCOPE ARTIST-III
DIGITAL ROTOSCOPE ARTIST-IV
DIGITAL ROTOSCOPE ARTIST-V
DIGITAL ROTOSCOPE ARTIST-VI
DIGITAL SUPERVISOR
DIGITAL TECH DIRECTOR 1, LEAD
DIGITAL TECH DIRECTOR 2
DIGITAL TECH DIRECTOR 3

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

DIGITAL TECH DIRECTOR 4
DIGITAL TECH DIRECTOR 5, ASST
DIGITAL TECH DIRECTOR 6, ASST
DIGITAL TECHNICAL DIRECTOR-II
DIGITAL TECHNICAL DIRECTOR-III
DIGITAL TECHNICAL DIRECTOR-IV
DIGITAL TECHNOLOGIES ADMIN
DIR OF PHOTOGRAPHY/NON-UNION
DIR OF PHOTOGRAPHY/TRAD
DIR OF PHOTOGRAPHYF/AREA SUP
DIR OF PHYSICAL PRODUCTION
DIR, ANIMATION DEVELOPMENT
DIR, PRODUCTION TECHNOLOGY
DIRECTOR OF FILM & EDITORIAL
DIRECTOR OF PHOTO/AREA SUP.
DIRECTOR OF PHOTOGRAPHY
DIRECTOR OF SCORING
DIRECTOR TECHNICAL OPERATIONS
DIRECTOR, ENGINEERING
DIRECTOR, R&D DEVELOPMENT
DIRECTOR, R&D OPERATIONS
DIRECTOR, RESEARCH & DEVELOPMT
DIRECTOR, SOUND DESIGN
DOCUMENTARIAN PROJECT MGR
DOCUMENTARIAN TECHNICAL ASST
EDITING-SSN
EDITOR
EDITOR I
EDITOR II
EDITOR, FEATURE
EDITORIAL SERVICES ASST
EDITORIAL SERVICES TECHNICIAN
EDITORIAL WIRING TECH
EFFECTS DEVELOPER
ELECTRONIC ENGR. 2
ENGINEER
ENGINEERING MANAGER
ENGINEERING PROJECT MGR
ENGINEERING-ILM
ENGINEERING-SSN
ENTRY LEVEL WIRE TECH
ENVELOPER-IV
EPISODIC DEVELOPMENT

EPISODIC DIRECTOR
EXECUTIVE PRODUCER, VISUAL EFF
EXECUTIVE PRODUCTION
FEATURES-EDITORIAL
FILM EFFECTS EDITOR-I
FILM EFFECTS EDITOR-II
FILM GROUP DEPT MGR
FILM GROUP PROD SUPERVISOR
FIRST ASST CAMERA OPERATOR
FOLEY
FOLEY EDITOR
FOLEY WALKER
FX SUPERVISORS-ILM
GLOBAL PIPELINE (WAS CG RESOURCES)
GRAPHIC ARTIST
GRAPHIC ARTIST I
GRAPHIC DESIGN CONSULTANT
GRAPHIC DESIGNER I
GRIP
HEAD OF ANIMATION TECHNOLOGY
HEAD OF SOFTWARE ENGINEERING
HEAD STAGE TECH
HEAD STAGE TECH.
HEAD STAGE TECHNICIAN
HEAD WRITER
HELPDESK FRNTLNE SUPP TECH I
IMAGE COORDINATOR
IMAGE UNIT APM
INFORMATION SYSTEMS
INFORMATION SYSTEMS MGR
IT MANAGER
IT PRODUCTION ENG & SYS ADMIN
IT SERVICES SPECIALIST
JAVA DEVELOPER
JR R&D ENGINEER
JR TECHNICAL OPERATOR
JUNIOR ARTIST
LAYOUT ARTIST
LEAD ANIMATOR
LEAD CONCEPT DESIGNER
LEAD DIG COMPOSITOR-I
LEAD DIG MATCHMOVE ARTIST I
LEAD DIG MATCHMOVE ARTIST-I

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

| | |
|---|---|
| LEAD DIG ROTOSCOPE ARTIST-1 | MODELER II |
| LEAD DIG TECHNICAL DIRECTOR-I | MODELMAKER |
| LEAD DIGITAL ANIMATOR-I | MODELMAKER 1 |
| LEAD DIGITAL ARTIST I | MODELMAKER 3 |
| LEAD DIGITAL ARTIST II | MODELMAKER I |
| LEAD DIGITAL MATTE ARTIST-I | MODELMAKER-I |
| LEAD DIGITAL MODEL PAINTER-I | MODELMAKER-II |
| LEAD DIGITAL MODELER-I | MODELMAKER-III |
| LEAD IT SERVICES | MOTION CAPTURE |
| LEAD MODELER | MOTION CAPTURE ENGINEER-I |
| LEAD QUALITY ASSURANCE ANALYST | MOTION CAPTURE TECHNICIAN-IV |
| LEAD SABRE OPERATOR-I | MOTION CAPTURE TECHNICIAN-V |
| LEAD SOFTWARE ENGINEER | MOTION CAPTURE TECHNICIAN-VI |
| LEAD TECHNICAL DIRECTOR | MUSIC ASSISTANT |
| LEAD VIDEO TECHNICIAN | MUSIC SUPERVISOR |
| LIGHTING TD | NEGATIVE SUPERVISOR |
| LINEUP I | NETWORK SYSTEMS |
| MAC TECH ASST | NT SPECIALIST |
| MAC/PC TECHNICIAN | NT/2000 HARDWARE ADMINISTRATOR |
| MACHINIST I/CINEMA TECH I | ORACLE DATABASE ADMINISTRATOR |
| MACHINIST II/CINEMA TECHNICIAN | PHOTOGRAPHER |
| MANAGER MODEL SHOP | PHOTOGRAPHER /LAB TECH #1 |
| MANAGER OF SYSTEMS ENGINEERING | PHOTOGRAPHER/LAB TECH I |
| MANAGER, AUDIO | PHOTOGRAPHER/LAB TECH III |
| MANAGER, MEDIA OPERATIONS | PHOTOGRAPHER/LAB TECH IV |
| MATCHMOVE/MOCAP POST | PICTURE EDITOR |
| MATERIALS LIGHTING TD LEVEL II | PIPELINE ENGINEER I |
| MCR (FORMERLY COMM. EDITORIAL) | PIPELINE ENGINEER II |
| MEDIA OPERATIONS COORDINATOR | PIPELINE SUPERVISOR |
| MEDIA OPERATIONS PRODCTN ASST | PIPELINE SUPERVISOR - LAL |
| MEDIA SYSTEMS ENGINEER I | PLATE PRODUCTION COORDINATOR |
| MEDIA SYSTEMS ENGINEER II | POST EDITOR |
| MEDIA SYSTEMS TECHNICIAN | POST EDITOR, FEATURE |
| MGR OF COMM'L VISUAL EFFECTS | PRE-PRODUCTION ASSET ARTIST |
| MGR OF SOFTWARE SYS & TECH SUP | PRE-VIZ ARTIST I |
| MGR, PRODUCTION INFO SYSTEMS | PRE-VIZ ARTIST II |
| MGR, SYSTEMS OPERATION SUPPORT | PRE-VIZ ARTIST III |
| MIXER AUDIO DESIGNER 3 | PRE-VIZ LEAD ARTIST |
| MIXING AND DESIGN-SSN | PREVIS SUPERVISOR |
| MODEL MAKER | PRINCIPAL R&D ENGINEER |
| MODEL MAKER III | PROD SUPERVISOR/COMMERCIALS |
| MODEL SHOP-ILM | PRODUCER |
| MODELER I | PRODUCER, ANIMATION |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

PRODUCER/COMM'LS
PRODUCERS (WAS PRODUCTION)
PRODUCT MANAGER
PRODUCT TECHNOLOGY SPECIALIST
PRODUCTION ASSISTANT
PRODUCTION ASSISTANT - LAL
PRODUCTION ASSISTANT, PROJECT
PRODUCTION ASST (A)
PRODUCTION ASST (B)
PRODUCTION COORD A
PRODUCTION COORD I
PRODUCTION COORD I (B)
PRODUCTION COORD II
PRODUCTION COORD II (B)
PRODUCTION COORDINATOR
PRODUCTION COORDINATOR - LAL
PRODUCTION COORDINATOR B
PRODUCTION ENGINEERING ADMIN
PRODUCTION MANAGER
PRODUCTION MANAGER I
PRODUCTION MANAGER II
PRODUCTION MGR
PRODUCTION OPERATIONS-ILM
PRODUCTION SERVICE COORD
PRODUCTION SOFTWARE ENGINEER
PRODUCTION STAFF - SSN
PRODUCTION SUPERVISOR
PRODUCTION SUPERVISOR - SS
PRODUCTION SUPPORT (WAS CREATIVE OPS)
PRODUCTION TECHNOLOGY MANAGER PROGRAMMER
QUALIFICATN&AUTOMTN ENGINEER I
QUALIFICTN&AUTOMTN ENGINEER II
QUALITY ASSURANCE ANALYST I
QUALITY ASSURANCE ANALYST II
R&D ENGINEER
R&D ENGINEER I
R&D ENGINEER II
R&D ENGINEER III
R&D OPERATIONS MANAGER
R&D PRODUCT SPECIALIST II
R&D PROJECT COORDINATOR

R&D PROJECT MANAGER II
R&D SUPERVISOR
R&D TD'S
RE-RECORDING MIXER
RESEARCH & DEVELOPMENT
ROTO ARTIST (MID) (PRJ)
ROTO ARTIST (SR/LEAD)
SABRE OPERATOR-II
SABRE OPERATOR-IV
SABRE PRODUCTION MGR
SABRE SOFTWARE ENGINEER
SCANNING OPERATOR I
SCANNING SUPERVISOR
SCENIC ARTIST
SCORING-G & A
SCORING-SSN
SCRIPT/TOOLS PROGRAMMER
SCULPTER/DESIGNER
SENIOR ANIMATOR
SENIOR ART DIRECTOR
SENIOR ARTIST
SENIOR ARTIST I
SENIOR ARTIST II
SENIOR COLOR TIMER
SENIOR CONCEPT DESIGNER
SENIOR DIGITAL ARTIST
SENIOR ENGINEER
SENIOR MODELER
SENIOR PIPELINE ENGINEER
SENIOR PRODUCER/COMM'LS
SENIOR SCANNING OPERATOR
SENIOR TD
SEQUENCE SUPERVISOR
SET DESIGNER
SET DIRECTOR
SET-UP PRODUCTION ASST
SGI HARDWARE ADMINISTRATOR
SGI HARDWARE TECHNICIAN
SOFTWARE CONFIG ENGINEER
SOFTWARE ENGINEER
SOFTWARE ENGINEER I - LAL
SOFTWARE ENGINEERING
SOUND EFFECT EDITOR III

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

| | |
|---|---|
| SOUND EFFECTS EDITOR I | STAGE TECHNICIAN-I |
| SOUND EFFECTS EDITOR II | STAGE TECHNICIAN-II |
| SOUND EFFECTS EDITOR III | STAGE TECHNICIAN-III |
| SOUND RECORDIST | STAGE TECHNICIAN-IV |
| SR ART DIRECTOR | STAGE-ILM |
| SR CAMERA OPERATOR | STILL PHOTO PA/ARCHIVIST |
| SR COLORIST | STORY ARTIST |
| SR COMMERCIAL EDITOR | STORY CONSULTANT |
| SR CREATURE TECHNICIAN | STORYBOARD ARTIST |
| SR DIGITAL RESOURCE ASST | STORYBOARD/CONCENT ARTIST |
| SR FILM EDITOR | SUPERVISING DIRECTOR EPISODIC |
| SR GRAPHIC ARTIST | SUPERVISING DIRECTOR, LAL |
| SR MANAGER, R&D OPERATIONS | SUPERVISING SOUND EDITOR |
| SR MGR, MEDIA OPERATIONS | SUPERVISING TECHNICAL DIRECTOR |
| SR MGR, PRODUCTION MANAGEMENT | SUPERVISOR I |
| SR MODELMAKER | SUPERVISOR II |
| SR PROGRAMMER | SUPERVISOR OF ENGINEERING |
| SR R&D ENGINEER | SUPERVISOR, ENGINEERING |
| SR SOFTWARE ENGINEER | SUPERVISOR, VIDEO ENGINEERING |
| SR STAGE TECHNICIAN | SYSTEM ADMIN |
| SR SYSTEMS ENGINEER | SYSTEMS ENGINEER |
| SR TECHNICAL DIRECTOR | SYSTEMS ENGR- VIDEO SOFTWARE |
| SR TECHNICAL OPERATOR | SYSTEMS SECURITY ADMINISTRATOR |
| SR VFX EDITOR | SYSTEMS SECURITY ENGINEER |
| SR VIDEO EDITOR | SYSTEMS/TOOLS PROGRAMMER |
| SR VIDEO ENGINEER | TD (MID) |
| SR VIDEO SYSTEMS INTEGRATOR | TD (SR/LEAD) (PRJ) |
| SR VISUAL EFFECTS EDITOR | TD LEVEL I |
| SR VP, FEATURE PRODUCTION | TD LEVEL II MODELER |
| SR WIRE TECH | TD LEVEL III MODELER |
| SR. MODELMAKER | TD LEVEL III-FX/SIM |
| SR. MOLDMAKER | TECHNICAL ADVISOR |
| SR. STAGE TECH | TECHNICAL APPR/SKY |
| STAFF WRITER | TECHNICAL APPRENTICE |
| STAGE TECH | TECHNICAL APPRENTICE/CG |
| STAGE TECH 1 | TECHNICAL APPRENTICE/TRAD |
| STAGE TECH 3 | TECHNICAL ASSISTANT |
| STAGE TECH I | TECHNICAL ASSISTANT SUPERVISOR |
| STAGE TECHNICIA 3 | TECHNICAL ASSISTANT/TRAD |
| STAGE TECHNICIA 4 | TECHNICAL ASST/CG |
| STAGE TECHNICIAN | TECHNICAL ASST/SKY |
| STAGE TECHNICIAN 2 | TECHNICAL DIRECTOR |
| STAGE TECHNICIAN I | TECHNICAL DIRECTOR I |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**LucasFilm**

TECHNICAL DIRECTOR II

TECHNICAL MGR, EXTERNAL PROD

TECHNICAL OPERATOR

TECHNICAL PRODUCTION COORD

TECHNICAL SUPERVISOR

TECHNOCRANE OPERATOR

TV ANIMATOR

UNIX/PRODUCTION SYSTEMS

VFX SUPERVISOR

VFX SUPERVISOR/NON-UNION

VID. ASSIST - HEAD STAGE TECH

VIDEO ENGINEER

VIDEO ENGINEERING TECH COORD

VIDEO ENGINEERING-ILM

VIDEO SERVICES

VIDEO SUPERVISOR

VIDEO SYS SOFTWARE ENGINEER

VIDEO TECHNICIAN

VIDEO-SSN

VISION ENGINEER

VISUAL EFFECTS EDITOR

VISUAL EFFECTS EDITOR I

VISUAL EFFECTS EDITOR II

VISUAL EFFECTS EDITOR III

VISUAL EFFECTS PRODUCER

VISUAL EFFECTS PRODUCER I

VISUAL EFFECTS PRODUCER II

WEBMASTER

WEBMASTER III

WIRING TECHNICIAN

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Pixar**

360 DEGREE CREATIVE LEAD
360 DEGREE TECH. LEAD
ADMINISTRATOR, TECH DEPT.
ANIMATION TECHNICIAN
ANIMATION WRANGLER
ANIMATOR
ANIMATOR, CROWD
ANIMATOR, CROWD LEAD
ANIMATOR, DIRECTING
ANIMATOR, FIX
ANIMATOR, FIX LEAD
ANIMATOR, SUPERVISING
APPLICATION DEVELOPER
ARCHITECT, COLOR SYSTEMS
ARCHITECT, DIGITAL
ARCHITECT, SYSTEM
ARCHIVE ASSISTANT
ARCHIVE COORDINATOR
ARCHIVES TECHNICIAN
ARCHIVIST
ARCHIVIST, COLLECTIONS
ARCHIVIST, LEAD
ARCHIVIST, LEAD - INFO RSRCS
ARCHIVIST, LEAD - PROJ MGR.
ART DIRECTOR
ART DIRECTOR, SHADING
ARTIST, AFTER-EFFECTS
ARTIST, ASST. STORY
ARTIST, CHARACTER
ARTIST, DEVELOPMENT
ARTIST, DIGITAL
ARTIST, GRAPHIC
ARTIST, MOTION GRAPHIC
ARTIST, SKETCH
ARTIST, STORY
ARTIST, STORY DEVELOPMENT
ARTIST, STORY-30 HRS
ASSISTANT PROJECTIONIST
ASSISTANT, ART & FILM
ASSISTANT, RAPID PROTOTYPE
ASSISTANT, SHADING PACKET
ASST COLOR GRADING OPERATOR

CAMERA OPERATOR
CAMERA OPERATOR, ASST.
CAMERA OPERATOR, SR.
CAMERA SUPERVISOR
CGI PAINTER
CGI PAINTER 30 HRS
CHARACTER DESIGN LEAD
CHARACTER DESIGNER
CO-PRODUCER
COLOR GRADING OPERATOR
COMPUTER OPERATOR
COORDINATOR, HELP DESK
CREATIVE ASSOCIATE
CREATIVE DIR., CANADA STUDIO
CREATIVE DIRECTOR
CREATIVE EXECUTIVE & DIRECTOR
DATABASE PROJ. SPEC
DATABASE PROJ. SPEC - 30 HRS
DESIGN LEAD
DESIGNER
DESIGNER, CAMERA
DESIGNER, ENVIRONMENTAL
DESIGNER, GRAPHIC
DESIGNER, PRODUCTION
DESIGNER, SHADING
DESIGNER, SHADING-HRLY
DEVELOPER, RENDERMAN PRODUCTS
DEVELOPMENT ASSOCIATE
DEVELOPMENT COORDINATOR
DEVELOPMENT EXECUTIVE
DIR. OF PRODUCTION
DIR., MEDIA SERVICES
DIR., MEDIA SYSTEMS
DIR., PHOTOSCIENCE
DIR., PIXAR UNIV. & ARCHIVES
DIR., POST PRODUCTION & EDIT.
DIR., RENDERMAN PRODUCT DEV
DIR., STEREO & IMAGE MASTERING
DIR., STUDIO TOOLS
DIR., SYSTEMS
DIR., SYSTEMS INFRASTRUCTURE
DIRECTOR OF PHOTOGRAPHY

Contains Highly Confidential and Attorneys' Eyes Only Materials

## Pixar

DIRECTOR, ASSOCIATE DEV
DIRECTOR, CO. - FEATURE
DIRECTOR, FEATURE FILM
DIRECTOR, SHADING ART
DVD SPECIALIST & TRANSFER OP
EDITOR
EDITOR, 1ST ASST.
EDITOR, 2ND ASST.
EDITOR, ASSOCIATE
EDITOR, DOCUMENTARY ASSISTANT
EDITORIAL ASSISTANT
EDITORIAL COORDINATOR
ENGINEER
ENGINEER SR., SOFTWARE
ENGINEER SR., SOFTWARE 30 HRS
ENGINEER, ANIMATION SUPPORT
ENGINEER, API QUALITY ASSURANC
ENGINEER, APPLICATIONS
ENGINEER, ASSOCIATE
ENGINEER, ASSURANCE AUTOMATION
ENGINEER, DATABASE ARCHITECT
ENGINEER, EDITORIAL PIPELINE
ENGINEER, EDITORIAL SUPPORT
ENGINEER, FRONT LINE SUPPORT
ENGINEER, IMAGE MASTERING
ENGINEER, INSTRUMENTATION
ENGINEER, LEAD
ENGINEER, LEAD INFRASTRUCTURE
ENGINEER, LEAD PHOTOSCIENCE
ENGINEER, LEAD SOFTWARE
ENGINEER, MEDIA SYSTEMS
ENGINEER, MENV SUPPORT
ENGINEER, PHOTOSCIENCE
ENGINEER, PIPELINE
ENGINEER, PIPELINE (ROTATION)
ENGINEER, PNG LEAD SOFTWARE
ENGINEER, PNG QUALITY ASSURANC
ENGINEER, PNG SOFTWARE
ENGINEER, PNG SR. SOFTWARE
ENGINEER, PRODUCTION
ENGINEER, PRODUCTION SUPPORT
ENGINEER, PU INFRASTRUCTURE
ENGINEER, QUALITY ASSURANCE

ENGINEER, RECORDING
ENGINEER, RENDERING PIPELINE
ENGINEER, RENDERMAN SUPPORT
ENGINEER, SCREENING ROOM
ENGINEER, SOFTWARE
ENGINEER, SOFTWARE (HOURLY)
ENGINEER, SOFTWARE (ROTATION)
ENGINEER, SOFTWARE 30 HRS
ENGINEER, SOFTWARE GRAPHICS
ENGINEER, SOFTWARE TEST
ENGINEER, SOFTWARE/TECHSUPPORT
ENGINEER, SOFTWARE/TTD
ENGINEER, SR SW INFRASTRUCTURE
ENGINEER, SR. AUTOMATION
ENGINEER, SR. MEDIA SYSTEM
ENGINEER, STUDIO SUPPORT
ENGINEER, SW INFRASTRUCTURE
ENGINEER, TECHNICAL SUPPORT
ENGINEER, VIDEO
ENGINEER, WEB
ENGINEER, WEB INFRASTRUCTURE
ENGINEER., PROJ. LEAD SOFTWARE
ENGINEERING MANAGER
FRANCHISE GUARDIAN, CARS
GRAPHIC ARTIST
IMAGE MASTER SUPERVISOR
IMAGE MASTERING COORDINATOR
INTERACTION DESIGNER
INTRANET DESIGNER, PNG
LAYOUT ARTIST
LAYOUT ARTIST, LEAD
LAYOUT SUPERVISOR
LAYOUT TD
MANAGER, PRODUCTION
MANAGER, PRODUCTION FRANCHISE
MEDIA SYSTEMS COORDINATOR
MGR, MEDIA SERVICES
MGR, SOFTWARE PROJECT RELEASE
MGR., 360 GROUP
MGR., A/V ENGINEERING
MGR., APPLICATIONS GROUP
MGR., ARCHIVES
MGR., BUILD

Contains Highly Confidential and Attorneys' Eyes Only Materials

## Pixar

MGR., CAMERA DEPT.
MGR., CAMERA DEPT. 35 HRS
MGR., CAMERA DEPT. NE
MGR., CREATIVE PROJECTS
MGR., DEPT. - 30 HRS
MGR., DEPT. - FEATURE
MGR., DEPT.-FEATURE (HRLY)
MGR., DESKTOP SYSTEMS
MGR., EDIT & POST., SR.
MGR., I.S. SUPPORT
MGR., IMAGE MASTERING
MGR., INFRASTRUCTURE
MGR., IT CONSTRUCTION
MGR., LEAD PROJ.-STUDIO TOOLS
MGR., MEDIA SYSTEMS
MGR., PRODUCTION OFFICE
MGR., QUALITY ASSURANCE
MGR., RPG
MGR., RPG & SYSTEMS OPS SVCS
MGR., RPG - 32 HRS
MGR., SR. PROJECT-STUDIO TOOLS
MGR., SR. SYSTEMS
MGR., SW INFRASTRUCTURE
MGR., SYSTEMS INFRASTRUCTURE
MGR., SYSTEMS OPERATIONS
MGR., TECHNICAL DIRECTORS
MGR., TOOLS WORKFLOW
MGR., TRAILER/INTERNATIONAL
MGR., USER INTERFACE
NIGHT OPERATOR
PAINTER, DIGITAL
PAINTER, MATTE
PHOTO EDITOR
PHOTOGRAPHER
PNG GROUP LEAD
POST PRODUCTION ASSISTANT
POST PRODUCTION COORDINATOR
POST PRODUCTION MANAGER
POST PRODUCTION SUPERVISOR
PRODUCER
PRODUCER - PART TIME
PRODUCER, ASSOCIATE
PRODUCER, DEVELOPMENT

PRODUCER, DVD
PRODUCER, SHORTS
PRODUCER, SHORTS EXECUTIVE
PRODUCTION - CAMERA - HOURLY
PRODUCTION ASSISTANT
PRODUCTION ASSISTANT - 3 DAYS
PRODUCTION ASSISTANT-EDIT
PRODUCTION ASST, EDITORIAL
PRODUCTION COORDINATOR
PRODUCTION RESOURCES ASSOCIATE
PRODUCTION SUPER-STORY/EDIT
PRODUCTION TECHNICIAN
PROGRAM MGR., STUDIO TOOLS
PROGRAMMER
PROGRAMMER-30 HRS
PROJECT COORDINATOR
PROJECT COORDINATOR, SPECIAL
PROJECT MGR., CARS
PROJECT MGR., DVD
PROJECT MGR., PNG
PROJECT MGR., RENDERMAN
PROJECT MGR., SR. DESIGN
PROJECT MGR., STUDIO TOOLS
PROJECTIONIST
QA TESTER
RAPD PROTOTYPE COMPUTER ARTIST
RENDER COORDINATOR
RENDER PIPELINE SPECIALIST
RENDER WRANGLER
RESEARCH ASSISTANT
RESIDENT - ANIMATION
RESIDENT - SOFTWARE ENGINEER
RESIDENT - STORY ARTIST
RESIDENT - TECHNICAL DIRECTOR
SCHEDULING COORDINATOR
SCIENTIST
SCIENTIST, RESEARCH
SCIENTIST, SR.
SCRIPT COORDINATOR
SCRIPT SUPERVISOR
SCULPTOR
SENIOR CAMERA OPERATOR
SENIOR DEVELOPMENT EXECUTIVE

Contains Highly Confidential and Attorneys' Eyes Only Materials

## Pixar

| | |
|---|---|
| SET DRESSER | TECHNICAL DIRECTOR, 3 DAYS |
| SET TD, SUPERVISING | TECHNICAL DIRECTOR, 4 DAYS |
| SOFTWARE DEVELOPER | TECHNICAL DIRECTOR, ASSOCIATE |
| SOUND DESIGNER, CHARACTER | TECHNICAL DIRECTOR, BLD_RENDER |
| SOUND EDITOR | TECHNICAL DIRECTOR, LEAD |
| SOUND EDITOR, ASSISTANT | TECHNICAL DIRECTOR, LEAD (30 H |
| SOUND EDITOR, ASSOCIATE | TECHNICAL DIRECTOR, SW ENG |
| SR CREATIVE DEVELOPER | TECHNICAL DIRECTOR, TOOLS |
| SR CREATIVE DEVELOPER 30 HRS | TECHNICAL LEAD, A/V |
| SR. PROJECTIONIST | TECHNICAL LEAD, BACKUP GROUP |
| SR. VP, TECHNOLOGY | TECHNICAL LEAD, IMAG MASTERING |
| STEREO, CREATIVE LEAD | TECHNICAL LEAD, MEDIA SYSTEMS |
| STORY ARTIST, DIGITAL | TECHNICAL LEAD, RENDERING |
| STORY EDITOR | TECHNICAL LEAD, RENDR PIPELINE |
| SUPERVISOR, DEPT/UNIT (30 HRS) | TECHNICAL LEAD, STEREO & INT'L |
| SUPERVISOR, MEDIA SERVICES | TECHNICAL LEAD, STORAGE |
| SUPERVISOR, SEQUENCE | TECHNICAL WRITER |
| SUPERVISOR, STORY | TECHNICAL WRITER, API |
| SYSTEMS ADMINISTRATOR | TECHNICIAN, A/V SYSTEMS |
| SYSTEMS ADMINISTRATOR, ASSET | TECHNICIAN, HARDWARE |
| SYSTEMS ADMINISTRATOR, JR. | TECHNICIAN, MEDIA SYSTEMS |
| SYSTEMS ADMINISTRATOR, JR. MAC | TECHNICIAN, PHOTOSCIENCE |
| SYSTEMS ADMINISTRATOR, LEAD | TOOLS COORDINATOR |
| SYSTEMS ADMINISTRATOR, SR. | TRANSFER OPERATOR |
| SYSTEMS ASSISTANT | TRANSITION COORDINATOR, PRD |
| SYSTEMS ASSISTANT 20 HRS | USER INTERFACE DESIGNER |
| SYSTEMS ASSISTANT 30 HRS | USER INTERFACE DESIGNER, SR. |
| SYSTEMS ASSISTANT PT | VIDEO, ENGINEER SR. |
| SYSTEMS COORDINATOR | VIDEOGRAPHER |
| TAILOR | VISUAL DESIGNER |
| TECH DIR., SR. ANIM SCIENTIST | VP, ADVANCED TECHNOLOGY |
| TECH DIRECTOR, CRTV SVCS | VP, COMPUTER OPERATIONS |
| TECH DIRECTOR, DEPT. SUPV | VP, CREATIVE & FEATURE DIR. |
| TECH DIRECTOR, SUPERVISING | VP, SOFTWARE ENGINEERING |
| TECH DIRECTOR-LEAD, CRTV SVCS | VP, SYSTEMS |
| TECHNICAL ASSISTANT | VP, TECHNOLOGY |
| TECHNICAL DIRECTOR | WORKFLOW ARTIST |
| TECHNICAL DIRECTOR (ROTATION) | WORKFLOW INTERACTION DESIGNER |

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Sony**

| | |
|---|---|
| ADMIN ASSOC SYS | CREATIVE EXECUTIVE |
| ADMIN DATA ARCHIVE | DC ANIMATION SUPV |
| ADMIN INT SYS | DC ANIMATION SUPV SR |
| ANIMATOR ASSOC DC | DC ANIMATOR ASSOC |
| ANIMATOR ASSOC TECHNICAL | DC ANIMATOR INT |
| ANIMATOR INT DC | DC ANIMATOR SPEC |
| ANIMATOR INT TECHNICAL | DC ANIMATOR SR |
| ANIMATOR SR | DC MODELER SPEC |
| ANIMATOR SR DC | DESIGNER CHARACTER |
| ANIMATOR SR TECHNICAL | DESIGNER PROD |
| ANIMATOR SUPV DC | DEV DIR,CONSOLE GAME DEVELOPMT |
| ARCHITECT PIPELINE | DEVELOPMENT SUPV |
| ARCHITECT SR SYS | DIGITAL ARTIST ASSOC |
| ARCHIVIST DIGITAL | DIGITAL ARTIST INT |
| ART DIRECTOR | DIGITAL ARTIST SR |
| ART DIRECTOR ASSOCIATE | DIGITAL EFFECTS SUPV |
| ART DIRECTOR PRINC | DIGITAL EFFECTS SUPV PROJ |
| ART DIRECTOR SR | DIGITAL PROD MGR ASSOC |
| ARTIST INT STORYBOARD | DIGITAL PROD MGR INT |
| ARTIST INT STORYBOARD I | DIGITAL PROD MGR SR |
| ARTIST INT STORYBOARD III | DIR |
| ARTIST INT VISUAL DEV | DIR ANIMATED FEATURES |
| ARTIST SR COMPOSITOR | DIR ANIMATION PRODUCTION |
| ARTIST SR LAYOUT | DIR ART |
| ARTIST SR STORYBOARD | DIR ART PROD DESIGNER |
| ARTIST SR VISUAL DEV | DIR DC ANIMATION |
| ARTIST TRAINEE STORYBOARD | DIR FILM INPUT/OUTPUT |
| ASSOCIATE COLOR TIMER | DIR PROD SVCS & RESOURCES |
| ASSOCIATE EDITOR LEVEL III | DIR SOFTWARE ENGINEERING |
| BACKGROUND ARTIST | DIR SYSTEMS RESEARCH |
| CG PROJ SUPV | EDITOR |
| CG SUP SR | EDITOR ASSOC |
| CHARACTER DESIGNER | EDITOR ASSOC VIDEO FX |
| CHARACTER DESIGNER ASST | EDITOR ASST |
| CHARACTER DESIGNER INT | EDITOR INT FILM FX |
| CO DIRECTOR - TERM DEAL | EDITOR INT FIM FX |
| CO-HEAD OF LAYOUT | EDITOR INT VIDEO FX |
| COMPOSITOR INT | EDITOR ON CALL |
| COMPOSITOR SR | EDITOR SR FILM FX |
| COORD ASSOC | EDITOR SR ONLINE |
| COORD PROD INT | ENGR ARCHITECT SOFTWARE |
| COORD PROD SR | ENGR ASSOC SOFTWARE |
| CREATIVE EXEC | ENGR ASSOC SYSTEMS |

Contains Highly Confidential and Attorneys' Eyes Only Materials

## Sony

ENGR HARDWARE
ENGR I SOFTWARE
ENGR II SOFTWARE
ENGR III SOFTWARE
ENGR INT SYS
ENGR PRINC SOFTWARE
ENGR PRINC SYS
ENGR SOFTWARE INT
ENGR SR SYS
ENGR SR SYSTEMS
ENGR SR VIDEO
ENGR VIDEO INT
EXEC DIR
EXEC DIR POST PROD
EXEC DIR PROD SVCS & RESOURCES
EXEC DIR SOFTWARE ENGINEERING
EXEC DIR SOFTWARE PROD
FILM FX EDITOR INT
FILM FX EDITOR SR
FILM RECORDIST ASSOC
FILM RECORDIST INT
FILM RECORDIST SR LEAD
HEAD OF ANIMATION PIPELINE
HEAD OF CHARACTER SETUP TECH
HEAD OF LAYOUT
HEAD OF STORY
HEAD OF STORY TERM DEAL
HSC ARTIST INT
HSC ARTIST SR
IAC ARTIST ASSOC
IAC ARTIST SR
IAC ARTIST SR LEAD
ILLUSTRATOR DESIGNER SR
LAYOUT SUPV
MATCH MOVER ASSOC
MATCH MOVER INT
MATCH MOVER SR
MATCHMOVER SR
MATTE PAINTER INT
MATTE PAINTER SR
MGR ASSOC TECHNICAL PROD
MGR ASST PROD
MGR DIGITAL PRODUCTION

MGR EDITORIAL
MGR FEATURE ANIMATION ADMIN
MGR HELP DESK
MGR INT DIGITAL PROD
MGR PROD SERVICES & RESOURCES
MGR SR DCG
MGR SR DIGITAL PROD
MGR SR FEATURE PROD
MGR SR TECHNICAL PROD
MGR TECHNICAL PROD
MGR VISUAL DEV
MODELER ASSOC
MODELER INT
MODELER SR
NEGATIVE FILM TECHNICIAN
PIPELINE SUPV
PROD ASST
PROD ASST ASSOC
PROD COORD ASSOC
PROD COORD INT
PROD COORD SR
PROD MGR ASSOC
PROD SVCS DEV SPEC
PROD SVCS TECH LEAD
PROD SVCS TECH SR
PRODUCER
PRODUCER ASSOC
PRODUCER INT
PRODUCER SR
PRODUCER SR VFX
PRODUCTION ASST
PRODUCTION DESIGNER
PRODUCTION SERVICES DEV SPEC
PRODUCTION SERVICES SPECIALIST
PRODUCTION SERVICES TECH LEAD
RESEARCHER
RESEARCHER VISUAL DEV
ROTO ARTIST ASSOCIATE
ROTO ARTIST INT
ROTO ARTIST SR
SCANNER TECHNICIAN INT
SCIENTIST COLOR
SCIENTIST COLOR SPDP

Contains Highly Confidential and Attorneys' Eyes Only Materials

**Sony**

SCULPTOR
SOFTWARE ENGINEER ARCHITECT
SOFTWARE ENGINEER II
SPEC
SPEC DATA ARCHIVE
SPEC OPS
SPEC PROD SVCS DEV
SPEC RESOURCE
SR ART DIRECTOR
STEREO SUPV
STORY ARTIST INT
STORY ARTIST SR
STORYBOARD ARTIST
SUPV CG PROJ
SUPV CHARACTER DESIGN
SUPV DEV
SUPV INT CG
SUPV MODELING DCG
SUPV POST PROD
SUPV SR CG
SUPV SR CG PROJECT
SUPV TECHNICAL ANIMATION
SUPV VISUAL DEV
SYSTEMS ADMIN ASSOC
SYSTEMS ADMIN LEAD
SYSTEMS ADMINISTRATOR ASSOC
SYSTEMS ADMINISTRATOR SR
SYSTEMS ARCHITECT

SYSTEMS ENGINEER SR
TECH LEAD PROD SVCS
TECH SR PROD SVCS
TECHNICAL ANIMATION SUPV
TECHNICAL ANIMATOR ASSOC
TECHNICAL ANIMATOR INT
TECHNICAL ANIMATOR SPECIALIST
TECHNICAL ANIMATOR SR
TECHNICAL ANIMATOR SUP SR
TECHNICAL ANIMATOR, INT
TECHNICAL DIRECTOR ASSOC
TECHNICAL DIRECTOR ASSOC - PIPELINE
TECHNICAL DIRECTOR INT
TECHNICAL DIRECTOR INT - PIPELINE
TECHNICAL DIRECTOR SR
TECHNICAL DIRECTOR SR - PIPELINE
TECHNICIAN DIGITAL RESOURCE
TECHNICIAN ROBOT
TIMER SR DIGITAL
VFX PRODUCER INT
VIDEO FX EDITOR INT
VISUAL DEV ARTIST TRAINEE
VISUAL EFFECTS SUPV
VISUAL EFFECTS SUPV SR
VISUAL FX SUPV
VISUAL FX SUPV SR
WRITER TECHNICAL

Contains Highly Confidential and Attorneys' Eyes Only Materials