# EXHIBIT A

<u>**SETTLEMENT AGREEMENT**</u>

THIS SETTLEMENT AGREEMENT (the "Settlement Agreement," "Settlement" or "Agreement") is made and entered into on April 28, 2016, by and between (a) Sony Pictures Imageworks Inc. and Sony Pictures Animation Inc. ("Sony Pictures"), on the one hand, and (b) Georgia Cano, Robert Nitsch, and David Wentworth (the "Named Plaintiffs") individually and the Class of individuals they seek to represent for purposes of this Settlement (the "Settlement Class" or "Class," defined below), on the other hand. Sony Pictures and the Named Plaintiffs are collectively referred to hereinafter as the "Settling Parties."

**WHEREAS,** Plaintiffs are three Named Plaintiffs and a putative class of certain current and former employees in the action captioned *In re Animation Workers Antitrust Litigation,* 14-cv-04062-LHK (the "Action") pending against Sony Pictures, Blue Sky Studios, Inc., DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, and The Walt Disney Company (collectively, the "Defendants") in the United States District Court for the Northern District of California (the "Court");

**WHEREAS,** on May 15, 2015, the Named Plaintiffs filed a Second Consolidated Amended Class Action Complaint ("SAC") that alleges, among other things, that Defendants conspired to suppress their employees' compensation by, among other things, entering into agreements with each other and with unnamed co-conspirators to limit solicitation and other recruiting activities with respect to each other's employees, and sharing compensation information and agreeing among other things to merit increase budgets and compensation ranges, in violation of federal and state antitrust and unfair competition laws;

**WHEREAS,** the SAC further alleges, among other things, that, as a result of the conspiracy, Defendants undercompensated Plaintiffs and deprived them of career opportunities;

**WHEREAS,** the SAC asserts claims under federal and state antitrust and unfair competition laws and seeks recovery of, among other things, unpaid compensation, interest, treble damages, costs and attorneys' fees;

**WHEREAS,** Sony Pictures denied and continues to deny the allegations made by Plaintiffs in the SAC and during the litigation, that it engaged in any wrongdoing of any kind, or that it violated or breached any law, regulation or duty owed to the Plaintiffs, and further denies that it is liable or owes any form of compensation or damages to anyone with respect to the alleged facts or causes of action asserted in the litigation;

**WHEREAS,** Sony Pictures is entering the Settlement on the terms set forth in this Agreement solely to avoid the risks, burdens, distractions, expense, uncertainties and diversion of resources from continued litigation;

**WHEREAS,** the Settling Parties have engaged in approximately one and a half years of costly and hard-fought litigation, conducted discovery related to both class certification and the merits, and disputed and contested the major factual and legal contentions of the Action including through extensive motion practice;

**WHEREAS,** based on their analysis of the merits of the claims and the impact of the Settlement on the Class and an evaluation of a number of factors including the substantial risks of continued litigation and the possibility that the litigation if not settled now might not result in any recovery whatsoever for the Class or might result in a recovery that is less favorable to the Class, Class Counsel believe that it is in the interest of all members of the Settlement Class to resolve finally and completely the potential claims of the Class Members against Sony Pictures and that the terms of the Settlement Agreement are in the best interests of the Class and are fair, reasonable, and adequate;

**WHEREAS,** the Settling Parties have engaged in arm's-length negotiations in an effort to resolve all claims that have been, or could have been, asserted in the Action, where the terms of the agreement detailed herein were extensively debated and negotiated;

**NOW, THEREFORE,** in consideration of the promises, agreements, covenants, representations, and warranties set forth herein, and other good and valuable consideration provided for herein, the Settling Parties agree to a full, final and complete settlement of the Action on the following terms and conditions:

## I.     GENERAL TERMS OF THE SETTLEMENT AGREEMENT

### A.     Definitions

In addition to terms identified and defined elsewhere in this Settlement Agreement, and as used herein, the terms below shall have the following meanings:

1.     "Action" means the lawsuit filed in the Northern District of California, captioned *In re Animation Workers Antitrust Litigation,* 14-cv-04062-LHK.

2.     "Attorneys' Fees and Expenses" means the portion of the Settlement Fund approved by the Court for payment to Class Counsel (defined below), including attorneys' fees, costs, and litigation and settlement expenses, plus accrued interest as described in Section VI.A.

3.     "CAFA Notice" refers to the notice requirements imposed by 28 U.S.C. § 1715(b).

4.     "Claims Administrator" means the entity that has been designated to provide notice to the Class and administer the Settlement Fund pursuant to Section II.A and orders of the Court.

5.     "Class Counsel" means the law firms of Cohen Milstein Sellers & Toll PLLC; Hagens Berman Sobol Shapiro LLP; and Susman Godfrey LLP.

6.     "Class Member" means any person who meets the criteria set forth in the definition of "Settlement Class" below.

7.     "Court" means the United States District Court for the Northern District of California.

8.     "Defendants" means Blue Sky Studios, Inc., DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, Sony Pictures Animation Inc., Sony Pictures Imageworks Inc., and The Walt Disney Company.

9.     "Effective Date" is the effective date of the Settlement, as defined in Section II.F.

10.    "Escrow Agent" means Eagle Bancorp, Inc., which, assuming it agrees to do so, shall enter an agreement to carry out the tasks more fully detailed in the Escrow Agreement, including to receive, hold, invest, and disburse the Settlement Fund, subject to the direction of the Claims Administrator under the supervision of Class Counsel.  The Settling Parties may replace Eagle Bancorp, Inc. with another mutually agreeable financial institution.

11.    "Final Approval" means final approval of the Settlement by the Court pursuant to Federal Rule of Civil Procedure 23(e).

12.    "Final Approval Hearing" or "Fairness Hearing" means the hearing at which the Court will consider Plaintiffs' motion for judgment and Final Approval.

13.    "Named Plaintiffs" means Georgia Cano, Robert Nitsch, and David Wentworth.

14.    "Notice" means the Notice of Class Action Settlement Agreement and Settlement Hearing, which is to be mailed and/or emailed, directly to Class Members to the extent practicable (long-form notice attached as Attachment 1; postcard notice attached as Attachment 2).

15.    "Plaintiffs" means the Settlement Class, including the Named Plaintiffs.

16.    "Plan of Allocation" means the formula by which the Settlement Fund will be distributed to Class Members, as well as the timing and other aspects of the distribution (attached as Attachment 3).

17.    "Preliminary Approval" means an order, substantially in the form of the Proposed Preliminary Approval Order, conditionally certifying the Settlement Class and preliminarily approving the Settlement, the form of Notice, the Plan of Allocation, and other related matters, including timely payment for the cost of providing Notice and for Escrow Agent charges.

18.    "Released Claims" means those claims specified in Section V.A.

19.    "Released Parties" means Sony Pictures Imageworks Inc., Sony Pictures Animation Inc. ("Sony Pictures"), Sony Pictures Entertainment Inc., their officers, directors, affiliates and employees (other than current or former Sony Pictures employees who are members of the Settlement Class), and related entities as specified in Section V.A.

20.    "Second Consolidated Amended Complaint" or "SAC" means the Second Consolidated Amended Complaint filed in the Action on May 15, 2015 (Dkt. 121).

21.    "Settlement" and "Agreement" refers to this "Settlement Agreement" and its Attachments.

22.    "Settlement Class" or "Class" means all animation and visual effects employees employed by defendants in the United States who held any of the jobs listed in Ashenfelter Reply Report Appendix C during the following time periods: Pixar (2001-2010), Lucasfilm Ltd., LLC (2001-2010), DreamWorks Animation SKG, Inc. (2003-2010), The Walt Disney Company (2004-2010), Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. (2004-2010), Blue Sky Studios, Inc. (2005-2010) and Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010).  Excluded from the Class are senior executives, members of the board of directors, and persons employed to perform office operations or administrative tasks.  The exact titles included in the Class ("Class Positions") are identified in the Ashenfelter Reply Report Appendix C and will be supplemented by the Claims Administrator under the supervision of Class Counsel, no later than the date of Notice, if additional job titles consistent with this definition are identified.

24.    "Settlement Fund" means Thirteen Million U.S. Dollars ($13,000,000), including all interest earned thereon, that Sony Pictures pays to settle as described in Section III.A to be held, invested, administered, and disbursed pursuant to this Settlement Agreement.

25. "Sony Pictures" means Sony Pictures Imageworks Inc. and Sony Pictures Animation Inc.

26. "Sony Pictures' Counsel" means the law firm of Jones Day.

## II. COURT APPROVAL OF SETTLEMENT AND CLASS NOTICE

### A. Retention of Claims Administrator

The Named Plaintiffs shall retain a Claims Administrator, which shall be responsible for the notice and claims administration process, calculation of payments to Class Members based on the Plan of Allocation approved by the Court, distribution to Class Members, withholding and paying applicable taxes, and other duties as provided herein. Plaintiffs shall obtain approval by the Court of the choice of the Claims Administrator. The Claims Administrator shall sign and be bound by the Protective Order entered in the Action and be required to agree in writing in a form approved by Sony Pictures, such approval not to be unreasonably withheld, to treat information it receives or generates as part of the notice and claims administration process as confidential and to use such information solely for the purposes of notice and claims administration, administering the Settlement Fund, including withholding and paying applicable taxes, and functions necessarily associated therewith or by this Agreement, and shall keep the information confidential including without limitation from Class Counsel. The fees and expenses of the Claims Administrator shall be paid exclusively out of the Settlement Fund. In no event shall Sony Pictures be separately responsible for fees or expenses of the Claims Administrator.

### B. Preliminary Approval and Notice of Settlement

1. The Named Plaintiffs, by and through Class Counsel, shall file with the Court, promptly after the execution of this Settlement Agreement, a motion for Preliminary Approval of the Settlement Agreement and Attachments thereto, which will include a Proposed Preliminary Approval Order and a proposed Notice of Class Action Settlement and Fairness Hearing ("Notice") and a Plan of Allocation. The Settling Parties will meet and confer about the form of the motion and its Attachments prior to the filing of the motion. Sony Pictures shall be provided with the draft motion for preliminary approval, proposed order, and supporting documents at least 5 days before the date such motion is filed. Sony Pictures shall have no obligation to support any motion for Preliminary or Final Approval of the Settlement or request to certify a Settlement Class or litigation class. After the filing of the motion, Sony Pictures will then provide timely notice of such submission pursuant to the Class Action Fairness Act. The Named

Plaintiffs will seek conditional certification of the Settlement Class under Rule 23(b)(3) of the Federal Rules of Civil Procedure.

2.      In the event that the Court preliminarily approves the Settlement Agreement, Co-Lead Class Counsel shall, in accordance with Rule 23(c)(2) of the Federal Rules of Civil Procedure, direct the Claims Administrator approved by the Court to provide the Class with Notice as ordered by the Court.

3.      If the Court denies the motion for preliminary approval without leave to file a revised motion for Preliminary Approval, and appellate review is not sought or is denied, the case will proceed as if no settlement has been attempted, and the Settling Parties shall be returned to their respective procedural postures, i.e., status quo as of April 28, 2016, so that the Settling Parties may take such litigation steps that Plaintiffs or Sony Pictures otherwise would have been able to take absent the pendency of this Settlement.  Sony Pictures expressly retains the right to contest whether this case should be maintained as a class action and/or collective action and to contest the merits of the claims being asserted by Plaintiffs in this Action. In the event the Settlement does not obtain preliminary approval, Sony Pictures reserves the right to submit for Court approval a case schedule which, among other things, proposes dates for completion of class certification and merits discovery and the filing of motions (and oppositions thereto).

4.      Within twenty (20) days after the date of the Preliminary Approval order, Sony Pictures shall provide to the Claims Administrator in an electronic database format, from the information in their human resources and payroll databases at that time and maintained in the ordinary course of business, for the period of January 1, 2004 through December 31, 2010, the full legal name, social security number, all known email addresses, last known physical address, the last location or state where the employee worked for the defendant (if available), dates of employment in Sony Pictures' job titles identified in the Ashenfelter Reply Report Appendix C and associated compensation by date, job title, and type of compensation of each Settlement Class Member employed or previously employed by Sony Pictures. Where Sony Pictures lacks information in its human resources databases about an employee's job title during the relevant period, it shall provide in an electronic database format in lieu of such job title and associated compensation all known dates of employment at Sony Pictures, and all known associated compensation by date and type of compensation. The Claims Administrator shall utilize Class

Members' information provided by Sony Pictures solely for purposes of effectuating Notice and administering the Settlement Fund, including withholding taxes, and shall keep the information confidential.

5.     The Claims Administrator shall provide Notice pursuant to the timing and terms of this Settlement Agreement. The Settling Parties intend that the Claims Administrator provide actual notice to each Class Member by mail and/or email to the extent practicable. Notice shall be sent to all Settlement Class Members and potential Settlement Class Members identified using the data provided by Sony Pictures and other defendants at approximately the same time, and shall not be sent to current or former employees of Sony Pictures sooner than to the employees of non-Sony Pictures defendants.  To reduce the costs of Notice, the Settling Parties will recommend to the Court that Notice of the Blue Sky and Sony Settlements be sent within 30 days of the Court's decision on Plaintiffs' Motion For Class Certification dated February 1, 2016 regarding certification of the claims against Non-Settling Defendants. If the Court grants Plaintiffs' motion to certify a class, the Settling Parties will recommend that one Notice be sent regarding the Settlements and the Court's decision to certify a litigation class.  If the Court does not adopt that recommendation, the Claims Administrator shall ensure that Notice is mailed and posted on the Internet within 21 days of receipt from all Defendants' data.  Sony Pictures shall be provided with the form of notice to be distributed as well as the content of any website relating to administration of the Settlement no later than three business days before the Notice is distributed and website becomes active.

C.     **Objections**

Unless the Court provides otherwise, objections to the Settlement, if any, must be submitted in writing, and must include a detailed description of the basis of the objection. Objections must be filed with the Court, with copies served on Class Counsel and Sony Pictures' Counsel, postmarked on or before forty-five (45) days after the Notice was initially mailed to Class Members. No one may appear at the Final Approval Hearing for the purpose of objecting to the Settlement Agreement without first having filed and served his or her objection(s) in writing postmarked on or before forty-five (45) days after the Notice was initially mailed to Class Members.

### D. Class Member Opt-Out

Any Class Member may request exclusion from the Settlement Class by "opting out." Class Members who wish to opt out of the Settlement Class must timely submit to the Claims Administrator a request for exclusion. To be effective, such requests for exclusion must state: the Settlement Class Member's full legal name and address; the Defendant for whom he or she worked; and a statement that the Class Member wants to be excluded from this Settlement with Sony Pictures. All requests for exclusion must be signed and dated by the Settlement Class Member or his or her legal representative, and be (1) mailed to the Claims Administrator via First Class United States Mail and postmarked by a date certain to be specified on the Notice, which will be 45 calendar days after the Claims Administrator makes the initial mailing of the Notice or (2) received by the Claims Administrator by that date, provided, however, that if a Class Member mails the Opt-Out Statement pursuant to option (1), it will be effective only if received by the Claims Administrator on or before 10 calendar days after the end of the Opt-Out Period. The end of the "Opt-Out Period" shall be 45 calendar days after the Claims Administrator makes the initial mailing. The Claims Administrator shall provide to counsel for the Settling Parties all opt-out requests that are received and shall prepare a summary of the opt-outs to be filed with the Court. Individuals who validly opt out are not entitled to any monetary award or benefits under this Settlement Agreement.

### E. Final Approval

1. The Final Approval Hearing shall be at least 95 days from the date of the motion for preliminary approval to allow Sony Pictures to complete its obligations under the Class Action Fairness Act.

2. Prior to the Final Approval Hearing, on the date set by the Court, the Named Plaintiffs, through Class Counsel, shall submit a motion for Final Approval of the Settlement by the Court, and shall seek entry of an order granting Final Approval of the Settlement and final judgment between Sony Pictures and the Named Plaintiffs and Settlement Class Members who are not properly excluded as provided herein:

a. finding the Settlement Agreement and its terms to be fair, reasonable and adequate within the meaning of Rule 23(e) of the Federal Rules of Civil Procedure and directing its consummation pursuant to its terms;

b.      finding that the Notice given constitutes due, adequate and sufficient notice, and meets the requirements of due process and any applicable laws;

c.      providing for payment of Attorneys' Fees and Expenses from the Settlement Fund (as provided in Section VI.A);

d.      setting forth the method for allocating the Settlement Fund;

e.      directing that the Action be dismissed with prejudice as against Sony Pictures and without costs to the Settling Parties;

f.      approving the release of claims specified herein as binding and effective as to the Named Plaintiffs and all other Settlement Class Members (who are not otherwise properly excluded as provided herein) permanently barring and enjoining the Named Plaintiffs and all other Settlement Class Members (who are not otherwise properly excluded as provided herein) from asserting any Released Claims (as defined in Section V.A);

g.      reserving exclusive and continuing jurisdiction over the Settlement Agreement, including the Settlement Fund (as defined in Section III.A) and the administration, consummation and interpretation of this Settlement Agreement; and

h.      directing that an order and final judgment of dismissal be entered as between the Settling Parties in the Action.

3.      If so required by the Court in connection with Final Approval of the Settlement, the Settling Parties agree to accept non-material and procedural changes to this Settlement Agreement.  However, they are not obligated to accept any changes in the monetary amount of relief or any other substantive change to their respective obligations, except that, as set forth in Section VII.A, rejection of the Plan of Allocation shall not be a basis to terminate this Settlement, and the Settling Parties agree to accept any changes to the Plan of Allocation required by the Court.

4.      The Claims Administrator's affidavit of compliance with Notice requirements shall be filed with the motion for Final Approval of the Settlement.

**F.      <u>Effective Date of the Settlement</u>**

The Settlement shall become final and effective upon the occurrence of all of the following ("Effective Date"):

1.      The Settlement receives Final Approval by the Court as required by Rule 23(e) of the Federal Rules of Civil Procedure;

2.     As provided for in Section II.E, entry is made of the order and final judgment, with prejudice, with respect to the Released Claims against Sony Pictures and the Released Parties; and

3.     Completion of any appeal(s) from the Court's order and final judgment of dismissal with prejudice or order granting Final Approval of the Settlement under Rule 23(e) of the Federal Rules of Civil Procedure 23(e) (including any such approval on remand from a decision of an appeals court, or the time for any such appeals has lapsed), provided, however, that a modification or reversal on appeal of the Plan of Allocation or the amount of the fees and expenses awarded by the Court from the Settlement Fund shall not by itself prevent this Settlement from becoming final and effective if all other aspects of the final judgment have been affirmed.  If no appeal is filed from the Court's order finally approving the Settlement under Rule 23(e) of the Federal Rules of Civil Procedure, the Effective Date shall be the date on which the time for any such appeals has lapsed.

III.     **CONSIDERATION FOR SETTLEMENT**

A.     **Monetary Settlement Fund**

1.     Subject to the provisions hereof, and in full, complete, and final settlement and release of all Released Claims against Sony Pictures and the Released Parties in the Action, any claim for Attorneys' Fees and Expenses, administrative costs, and any and all amounts to be paid to Class Members, Sony Pictures shall make the following payments:

a.     within ten (10) days of Preliminary Approval, Sony Pictures shall deposit or cause to be deposited by wire transfer to the Escrow Agent One Hundred Thousand U.S. Dollars ($100,000); and

b.     within ten (10) days of Final Approval, Sony Pictures shall deposit or cause to be deposited by wire transfer to the Escrow Agent Twelve Million Nine Hundred Thousand U.S. Dollars ($12,900,000).

2.     Under no circumstances shall Sony Pictures or any Released Party be required to pay more than Thirteen Million U.S. Dollars ($13,000,000) for any reason under the Agreement. The Settlement Fund is the maximum amount that Sony Pictures shall be required to pay for settlement of the Action.  No portion of the payments specified in Subsection III.A.1 of this Agreement (which shall be collectively referred to as the "Settlement Fund") will revert to Sony

Pictures unless the Settlement is terminated pursuant to Section VII.A or is reduced pursuant to Section VII.R or is not finally approved or does not become effective for any reason.

3.      The Settlement Fund, including accrued interest paid by the Escrow Agent, deposited into an interest-bearing account ("the Account") created by order of the Court is intended to constitute a "qualified settlement fund" ("QSF") within the meaning of Section 1.468B-1 of the Treasury Regulations ("Treasury Regulations") promulgated under the U.S. Internal Revenue Code of 1986, as amended ("Code"). Sony Pictures shall be the "transferor" to the QSF within the meaning of Section 1.468B-l(d)(1) of the Treasury Regulations with respect to the Settlement Fund or any other amount transferred to the QSF pursuant to this Settlement Agreement.  The Claims Administrator shall be the "administrator" of the QSF within the meaning of Section 1.468B-2(k)(3) of the Treasury Regulations, responsible for causing the filing of all tax returns required to be filed by or with respect to the QSF, paying from the QSF any taxes owed by or with respect to the QSF, and complying with any applicable information reporting or tax withholding requirements imposed by Section 1.4688-2($l$)(2) of the Treasury Regulations or any other applicable law on or with respect to the QSF. Sony Pictures and the Claims Administrator shall reasonably cooperate in providing any statements or making any elections or filings necessary or required by applicable law for satisfying the requirements for qualification as a QSF, including any relation-back election within the meaning of Section 1.468B-1(j) of the Treasury Regulations.

4.      The Settling Parties, their counsel, and any Released Party shall have no liability, obligation or responsibility with respect to the investment, disbursement, or other administration or oversight of the Settlement Fund or QSF and shall have no liability, obligation or responsibility with respect to any liability, obligation or responsibility of the Claims Administrator, Settlement Fund, or QSF.

5.      The Settlement Fund shall constitute a special award to the Class and to any Class Members receiving a payment and no portion shall be considered as a payment of overtime, salary, wages, and/or compensation under the terms of any company or guild benefits plan or for any purpose, except for tax purposes to the extent contemplated by Section IV.C.  Any taxes due as a result of income earned or payments made by the Settlement Fund will be imposed upon and paid from the Settlement Fund.  Interest earned by the Settlement Fund (less any tax imposed upon such interest) shall become part of the Settlement Fund.  The Settling Parties, their counsel,

and any Released Party shall have no liability, obligation or responsibility for any such taxes or for any reporting requirements relating thereto.

6.      Sony Pictures' transfer of the Settlement Fund into the Account shall constitute full and complete satisfaction of its obligations under this Section and any and all Released Claims.  Following Sony Pictures' transfer of the Settlement Fund, neither Sony Pictures nor any Released Party shall have any liabilities, obligations or responsibilities with respect to the payment, disbursement, disposition or distribution of the Settlement Fund.  The Named Plaintiffs and the other Settlement Class Members shall look solely to the Settlement Fund for settlement and satisfaction against Sony Pictures and any Released Party of all claims that are released herein and all Attorneys' Fees and Expenses and all administrative or other costs and expenses arising out of or related to the Settlement.  The Named Plaintiffs and the other Settlement Class Members shall not under any circumstances be entitled to any further payment from Sony Pictures or any Released Party with respect to any claims released herein, the Action or the Settlement.  In the event that the Settlement Agreement becomes final and effective, payment of the Settlement Fund will fully satisfy any and all Released Claims.  Except as provided by order of the Court, no Named Plaintiff or Settlement Class Member shall have any interest in the Settlement Fund or any portion thereof.

7.      Notwithstanding any effort, or failure, of the Claims Administrator or the Settling Parties to treat the Account as a QSF, any tax liability, together with any interest or penalties imposed thereon, incurred by Sony Pictures or any Released Party resulting from income earned by or payments made from the Account (or the receipt of any payment under this paragraph) shall be reimbursed from the Account in the amount of such tax liability, interest or penalties promptly upon and in no event later than five (5) days after Sony Pictures' or any Released Party's written request to the Claims Administrator.  However, no such reimbursement is due to Sony Pictures if the tax liability resulted solely from Sony Pictures' action or failure to act.

**B.      Additional Consideration**

1.      As additional consideration for the Settlement Agreement, Sony Pictures agrees to: (a) timely prepare a declaration, pursuant to Rule 902(11) of the Federal Rules of Evidence, for all documents produced by Sony Pictures in this case that appear on Plaintiffs' trial exhibit list that meet the requirements of Rule 803(6)(A)-(C); (b) use reasonable efforts to answer all reasonable questions posed by Plaintiffs' counsel concerning the content or circumstances of the

documents produced by Sony Pictures in this litigation; and (c) provide no voluntary cooperation to the other Defendants in connection with this litigation, including not providing declarations in opposition to class certification, if at that time this Settlement Agreement has been fully executed.

2.      The Settling Parties all confirm, and agree to so represent to the Court, that their settlement negotiations were at arm's length, that there was no discussion of Class Counsel's attorneys' fees prior to negotiating the Class relief, and that there are no commitments between the Settling Parties beyond what is in this Settlement Agreement.

## IV.     DISTRIBUTION OF SETTLEMENT FUND AND ELIGIBILITY

### A.      Eligibility

1.      Named Plaintiffs and other Settlement Class Members who do not opt out shall be deemed eligible for a payment hereunder in accordance with the Plan of Allocation.

### B.      Distribution of Settlement Fund

1.      Any Settlement Class Member who does not opt out pursuant to Section II.D is subject to and bound by the releases set forth in Section V.

2.      Payments to Named Plaintiffs and other Settlement Class Members shall not be considered as a payment of overtime, salary, wages and/or compensation under the terms of any company or guild benefit plan or for any purpose except for tax purposes as provided under Section IV.C.2.  The receipt of settlement payments shall not affect the amount of any compensation paid by Sony Pictures or any contribution to or level of benefits under any Sony Pictures or guild benefit plan.

3.      Within a reasonable time after the Effective Date or as ordered by the Court, the Claims Administrator shall render a determination as to the monetary award that should be paid to each Settlement Class Member from the Settlement Fund based on the methodology set forth in the Plan of Allocation as approved by the Court.

4.      The Claims Administrator's determination as to such monetary award shall be final and not subject to review by, or appeal to, any court, mediator, arbitrator or other judicial body, including without limitation this Court.  As will be reflected in the Final Approval order, Class Counsel, Sony Pictures and the Released Parties shall have no responsibility, and may not be held liable, for any determination reached by the Claims Administrator as to the monetary award and related taxes.

5.      The total amount of such awards shall not exceed the net amount of the
Settlement Fund after all Court awards for Attorney's Fees and Expenses, and Settlement
expenses, including taxes.

6.      In the event monies remain as residue in the Settlement Fund following all
distribution efforts approved by the Court and payment of any taxes, Plaintiffs shall move the
Court for an order disposing of all such funds, through additional distributions to eligible
Settlement Class Members or escheatment.

C.      **Settlement Fund Distribution Procedures**

1.      **Allocation**

Without admitting liability and subject to Section IV.B.2, the Settling Parties agree that
15% of payments to Settlement Class Members are attributable to wages, 15% of such payments
are attributable to lost mobility and career opportunities, and 70% of such payments are
attributable to statutory multiplier damages and interest.  The Settling Parties agree that no
portion of the Settlement Fund is attributable to government penalties or fines.

2.      **Payment of Federal, State and Local Taxes**

a.      Payments to eligible Settlement Class Members from the Account will be
subject to applicable tax withholding and reporting requirements and shall be made net of all
applicable employment taxes, including, without limitation, federal, state and local income tax
withholding and applicable FICA taxes.

b.      The Claims Administrator, as administrator of the QSF, and on behalf of
the QSF, is expected to and shall carry out all the duties and obligations of the QSF in
accordance with the Code and Treasury Regulations and all other applicable law, including in
respect of all withholding and employment taxes and all information reporting requirements with
respect thereto.

c.      The Claims Administrator, as administrator of the QSF, shall report that
portion of the Settlement Fund payable as wages by the QSF to each eligible Settlement Class
Member and to the United States Internal Revenue Service ("IRS") and to other appropriate
taxing authorities (each of the IRS and any such other taxing authority, a "Taxing Authority,"
and collectively, "Taxing Authorities") on an IRS Form W-2, or any other applicable form. Such
amounts shall be subject to applicable employment taxes and withholding taxes, as determined
by the Claims Administrator as administrator of the QSF making such payments.

d.     The Claims Administrator shall pay from the QSF the employer's share of U.S. federal employment taxes imposed under Sections 3111 and 3301 of the Code including without limitation the employer's share of FICA, FUTA, Medicare and any state and local taxes, including without limitation SUTA, required to be paid by an employer on amounts treated as wages (all such U.S. federal, state and local taxes, collectively the "Employer Payroll Taxes"). Neither Named Plaintiffs, their counsel, Settlement Class Members nor the Claims Administrator shall seek payment for Employer Payroll Taxes from Sony Pictures or any Released Party.

e.     The Claims Administrator, as administrator of the QSF, shall report that portion of the Settlement Fund payable by the QSF to each eligible Settlement Class Member as statutory multiplier damages and interest to the Settlement Class Member and all applicable Taxing Authorities, to the extent required by law, under the Settlement Class Member's name and U.S. federal taxpayer identification number on IRS Forms 1099, or other applicable form, and such payments shall be made without deduction for taxes and withholdings, except as required by law, as determined by the Claims Administrator, as administrator of the QSF making such payments.

f.     The Claims Administrator shall be responsible to satisfy from the Settlement Fund any and all federal, state and local employment and withholding taxes, including, without limitation, federal, state and local income tax withholding, and any U.S. federal taxes without limitation including FICA, FUTA, and Medicare, and any state employment taxes, including without limitation SUTA.  The Claims Administrator shall promptly provide to Sony Pictures the information and documentation (including copies of applicable IRS and state forms) reasonably requested by Sony Pictures with respect to the payment or remittance of such employment and withholding taxes. The Claims Administrator shall satisfy all federal, state, local, and other reporting requirements (including without limitation any applicable reporting with respect to attorneys' fees and other costs subject to reporting), and any and all taxes, together with interest and penalties imposed thereon, and other obligations with respect to the payments or distributions from the Settlement Fund not otherwise addressed herein.

g.     The Claims Administrator shall be responsible for procuring any required tax forms from the Settlement Class Members prior to making any such payments or distributions.

h.      For avoidance of doubt, neither Sony Pictures nor any Released Party nor Class Counsel shall have any liability, obligation or responsibility whatsoever for tax obligations arising from payments to any Settlement Class Member, or based on the activities and income of the QSF.  In addition, neither Sony Pictures nor any Released Party shall have any liability, obligation or responsibility whatsoever for tax obligations arising from payments to Class Counsel.  The QSF will be solely responsible for its tax obligations; each Settlement Class Member will be solely responsible for his/her tax obligations; and each Class Counsel will be solely responsible for his/her/its tax obligations.

i.      Named Plaintiffs, individually and on behalf of the Class, and Class Counsel and each of them acknowledge and agree that neither Sony Pictures nor any Released Party has provided any advice as to taxes including the taxability of the payments received pursuant to this Agreement. Sony Pictures acknowledges and agrees that neither Named Plaintiffs nor Class Counsel has provided any advice as to the taxability of the payments received pursuant to this Agreement.

## V.      RELEASES

### A.      Release and Covenant Not To Sue

1.      Upon the Effective Date, each Named Plaintiff and Settlement Class Member (who is not properly excluded as provided herein) (the "Releasors") shall release, forever discharge and covenant not to sue Sony Pictures, Sony Pictures Entertainment Inc., and their past and present direct and indirect parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees (other than employees who are members of the Class), agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing) (the "Released Parties") from all claims, whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising from or related to the facts, activities or circumstances alleged in the SAC or any other purported restriction on competition for employment or compensation of Named Plaintiffs or Class Members, up to the Date of the Settlement (the "Released Claims"), whether or not alleged in the SAC and whether or not any Class Member objects to the Settlement.  For the avoidance of doubt, this Agreement shall not be construed to release any local, state or federal claim arising out of allegations of any product defect, discrimination, or personal or bodily injury, and shall not be construed to release any local, state or federal claim

arising out of allegations of unlawful overtime or violations of ERISA or similar statute that are unrelated to the facts, activities, or circumstances alleged in the SAC or to the payments or distributions made pursuant to this Settlement.

2. Each Releasor expressly agrees that, upon the Effective Date, it waives and forever releases with respect to the Released Claims any and all provisions, rights and benefits conferred by either (a) § 1542 of the California Civil Code, which reads:

> Section 1542. General release; extent. A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor[].

or (b) any law of any state or territory of the United States, or principle of common law, which is similar, comparable or equivalent to § 1542 of the California Civil Code.

3. Named Plaintiffs, Class Counsel, Sony Pictures, and Sony Pictures' Counsel shall not solicit or encourage any Class Member to exclude himself or herself from this Settlement.

### B. Non-Settling Defendants

Nothing in this Settlement Agreement is intended to limit, reduce or affect whatever rights Named Plaintiffs or Class Members, or any of them, may have to seek damages or other relief in the Action or elsewhere from any person or entity other than Sony Pictures and any Released Party, to the fullest extent allowed by law. This Agreement does not settle or compromise any claim by the Named Plaintiffs or Class Members asserted in the Action against any Defendant other than Sony Pictures and any Released Party.

## VI. ATTORNEYS' FEES AND EXPENSES AND ADMINISTRATIVE EXPENSES

### A. Attorneys' Fees and Expenses

1. Class Counsel may apply to the Court for an award of Attorneys' Fees and Expenses incurred on behalf of the Plaintiffs. All Attorneys' Fees and Expenses and any interest due any counsel shall be payable solely out of the Settlement Fund in such amounts as the Court orders. Neither Sony Pictures nor any Released Party has any liability or responsibility for any Attorneys' Fees and Expenses.

2. Upon the Effective Date, Class Counsel and Named Plaintiffs, individually and on behalf of the Class and each individual Class Member, hereby irrevocably and unconditionally release, acquit, and forever discharge any claim that they may have against Sony Pictures or any

Released Party for Attorneys' Fees and Expenses or costs associated with this Action or Class Counsel's representation of Named Plaintiffs and/or the Class in this Action.

3.      All Attorneys' Fees and Expenses and any interest thereon shall be payable solely out of the Settlement Fund and may only be deducted from the Settlement Fund after the Effective Date as ordered by the Court. After the Effective Date, Class Counsel may withdraw from the Settlement Fund and allocate amongst Plaintiffs' counsel any Attorneys' Fees and Expenses awarded by the Court.

### B.     Costs of Notice and Administration

All costs of notice and administration shall be paid solely from the Settlement Fund. In no event shall Sony Pictures or any Released Party be responsible for fees or expenses of the Claims Administrator or the costs of Notice or any costs to administer the Settlement.

## VII.   OTHER CONDITIONS

### A.    Settlement Is Terminated or Does Not Become Effective

In the event that the Settlement Agreement is terminated, is not finally approved (following the exhaustion of any appellate review) or does not become effective for any reason, a final judgment is not entered in accordance with this Agreement, or such judgment does not become final, then (a) this Settlement Agreement shall be null and void and of no force and effect, (b) any payments of the Settlement Fund, including any and all interest earned thereon, less any amounts disbursed with Court approval for Notice costs or Escrow Agent charges, shall be returned to Sony Pictures within ten (10) business days from the date the Settlement Agreement becomes null and void, and (c) any release pursuant to Section V herein shall be of no force or effect. In such event, the case will proceed as if no settlement has been attempted, and the Settling Parties shall be returned to their respective procedural postures, *i.e.*, status quo, as of April 28, 2016, so that the Settling Parties may take such litigation steps that Plaintiffs or Sony Pictures otherwise would have been able to take absent the pendency of this Settlement. Sony Pictures expressly retains the right to contest whether the Action should be maintained as a class action or collective action and to contest the merits of the claims being asserted by Plaintiffs. However, any reversal, vacating, or modification on appeal of (1) any amount of the fees and expenses awarded by the Court to Class Counsel, or (2) any determination by the Court to award less than the amount requested in Attorneys' Fees and Expenses, or (3) the Plan of Allocation, shall not give rise to any right of termination or otherwise serve as a basis for

termination of this Settlement Agreement.  In the event the Settlement fails to obtain Preliminary Approval or Final Approval because of the Plan of Allocation, the Settling Parties agree to retain all other terms of the Settlement and negotiate a Plan of Allocation consistent with any applicable orders or directions from the Court.

In the event the case proceeds as provided in this Section, Sony Pictures may submit for Court approval a case schedule that, among other things, proposes dates for completion of class certification and merits discovery and the filing of motions (and oppositions thereto).

## B.    Preservation of Rights

The Settling Parties agree that this Settlement Agreement, whether or not it shall become effective pursuant to Section II.F, and any and all negotiations, documents and discussions associated with it shall be without prejudice to the rights of any party, shall not be deemed or construed to be an admission or evidence of any violation of any statute or law, of any liability or wrongdoing by Sony Pictures, any Released Party, or any other Defendant, or of the truth of any of the claims or allegations contained in the complaints in the Action or any other pleading or document, and evidence thereof shall not be discoverable or used directly or indirectly, in any way, whether in this case or any other action or proceeding.  The Settling Parties further acknowledge and agree that the negotiations and discussions that led to this Settlement are fully protected from disclosure by Federal Rule of Evidence 408 and California Evidence Code Sections 1119 and 1152.  Without limiting the foregoing, Plaintiffs shall not cite any document memorializing the terms of the Settling Parties' agreement in principle that led to this Settlement Agreement, this Settlement Agreement itself, or any motion for Preliminary Approval or Final Approval or Order relating thereto in support of any motion or argument for certification of a litigation class against Sony Pictures.  Sony Pictures preserves and does not waive any of its arguments in opposition to, and all rights to oppose, certification of a litigation class in this Action or any other action.  The Settling Parties expressly reserve all of their rights and defenses if this Settlement does not become final and effective in accordance with the terms of this Settlement Agreement.

## C.    No Assignment

Class Counsel and Named Plaintiffs represent and warrant that they have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or any portion thereof or interest therein, including, but not limited to, any interest in the Action or any related

action, and they further represent and warrant that they know of no such assignments or transfers on the part of any Settlement Class Member.

### D.     <u>Binding Effect</u>

This Settlement Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of the Settling Parties and to the Released Parties. Without limiting the generality of the foregoing, each and every covenant and agreement herein by the Named Plaintiffs and Class Counsel shall be binding upon all Settlement Class Members.

### E.     <u>Mistake</u>

In entering and making this Settlement Agreement, the Settling Parties assume the risk of any mistake of fact or law. If the Settling Parties, or any of them, should later discover that any fact they relied upon in entering into this Settlement Agreement is not true, or that their understanding of the facts or law was incorrect, the Settling Parties shall not be entitled to seek rescission of this Settlement Agreement, or otherwise attack the validity of the Settlement Agreement, based on any such mistake. This Agreement is intended to be final and binding upon the Settling Parties regardless of any mistake of fact or law.

### F.     <u>Advice of Counsel</u>

Except as set forth in this Settlement Agreement, the Settling Parties represent and warrant that they have not relied upon or been induced by any representation, statement or disclosure of the other Settling Parties or their attorneys or agents, but have relied upon their own knowledge and judgment and upon the advice and representation of their own counsel in entering into this Agreement. Each Settling Party warrants to the other Settling Parties that it has carefully read this Agreement, knows its contents, and has freely executed it. Each Settling Party, by execution of this Agreement, represents that it has been represented by independent counsel of its choice throughout all negotiations preceding the execution of this Settlement Agreement.

### G.     <u>Integrated Agreement</u>

This Settlement Agreement contains the entire, complete, and integrated statement of each and every term and provision of the Settlement Agreement agreed to by and among the Settling Parties. This Settlement Agreement shall not be modified in any respect except by a writing executed by the undersigned in the representative capacities specified, or others who are authorized to act in such representative capacities.

**H.    Headings**

The headings used in this Settlement Agreement are intended for the convenience of the reader only and shall not affect the meaning or interpretation of this Settlement Agreement.

**I.    No Drafting Presumption**

All counsel to all Settling Parties hereto have materially participated in the drafting of this Settlement Agreement.  No party hereto shall be considered to be the drafter of this Settlement Agreement or any provision hereof for the purpose of any statute, case law or rule of interpretation or construction that would or might cause any provision to be construed against the drafter hereof.

**J.    Choice of Law**

All terms of this Settlement Agreement shall be governed by and interpreted according to the substantive laws of the State of California without regard to its choice of law or conflict of laws principles.

**K.    Consent to Jurisdiction and Choice of Exclusive Forum**

Any and all disputes arising from or related to the Settlement, the Settlement Agreement, or claims administration, including Attorneys' Fees and Expenses, must be brought by Sony Pictures, any Released Party, Named Plaintiffs, and/or each member of the Class, exclusively in the Court.  Sony Pictures, Named Plaintiffs and each member of the Class hereby irrevocably submit to the exclusive and continuing jurisdiction of the Court for any suit, action, proceeding or dispute arising out of or relating to this Settlement Agreement or the applicability or interpretation of this Settlement Agreement, including, without limitation any suit, action, proceeding or dispute relating to the release provisions herein, except that this paragraph shall not prohibit (a) any Released Party from asserting in the forum in which a claim is brought that the release herein is a defense, in whole or in part, to such claim, or (b) in the event that such a defense is asserted in that forum and this Court determines that it cannot bar the claim, the determination of the merits of the defense in that forum.

**L.    Enforcement of Settlement**

Nothing in this Settlement Agreement prevents Sony Pictures or any Released Party from enforcing or asserting any release in the Settlement Agreement.  Notwithstanding any other provision of this Settlement Agreement, this Settlement Agreement and the releases contained herein may be pleaded as a full and complete defense to any action, suit or other proceeding that

has been or may be instituted, prosecuted or attempted by any Named Plaintiff or other Settlement Class Member (who is not properly excluded as provided herein) with respect to any Released Claims and may be filed, offered and received into evidence and otherwise used for such defense.

**M.    Severability**

In the event any one or more of the provisions of this Settlement Agreement shall for any reason be held to be illegal, invalid or unenforceable in any respect, such illegality, invalidity or unenforceability shall not affect any other provision if Sony Pictures' Counsel and Class Counsel mutually agree in writing to proceed as if such illegal, invalid, or unenforceable provision had never been included in the Settlement Agreement.

**N.    No Admission**

Nothing in this Settlement Agreement shall be construed as an admission in any action or proceeding, of any kind whatsoever, civil, criminal or otherwise, before any court, administrative agency, regulatory body or any other body or authority, present or future, by Sony Pictures, any Released Party, Named Plaintiffs, Class Members or any of them, including without limitation that Sony Pictures or any Released Party has engaged in any conduct or practices that violate any state or federal antitrust statute or other law.  Sony Pictures denied and continues to deny the allegations made by Plaintiffs in the SAC and during the litigation that it engaged in any wrongdoing of any kind, or that it violated or breached any law, regulation or duty owed to the Plaintiffs, and further denies that it is liable or owes any form of compensation or damages to anyone with respect to the alleged facts or causes of action asserted in the litigation.  Plaintiffs shall not cite the Settlement Agreement in support of any motion for certification of a litigation class against Sony Pictures.

**O.    Execution in Counterparts**

This Settlement Agreement may be executed in counterparts.  Facsimile or PDF signatures shall be considered as valid signatures as of the date hereof.

**P.    Appeals**

The proposed order and final judgment shall provide that any Class member who wishes to appeal the Court's Final Approval order and final judgment, which appeal will delay the distribution of the Settlement Fund to the Class, shall post a bond with this Court in an amount to be determined by the Court as a condition of prosecuting such appeal.

**Q.** **Calculation of Time**

To the extent any timeframe set out in this Settlement Agreement is ambiguous, said ambiguity shall be resolved by applying the conventions contained in Rule 6 of the Federal Rules of Civil Procedure.

**R.** **Opt Out Credit**

Sony Pictures shall be entitled to a pro rata reduction in the contribution to the Settlement Fund in the event that 3% or more of Class Members properly exclude themselves from this Settlement pursuant to the terms approved by the Court and described in the class notice.

IN WITNESS WHEREOF, the Settling Parties hereto through their fully authorized representatives have agreed to this Settlement Agreement on the date first herein above written.

**ACCEPTED AND AGREED:**

Dated: April ___, 2016

On behalf of Plaintiffs Georgia Cano, Robert Nitsch, and David Wentworth and the Class

COHEN MILSTEIN SELLERS & TOLL PLLC

Daniel A. Small
Brent W. Johnson
1100 New York Avenue N.W., Ste. 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Dated: April 29, 2016      HAGENS BERMAN SOBOL SHAPIRO LLP

Steven W. Berman
1918 Eighth Avenue, Ste. 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

_____

Jeff D. Friedman
Shana E. Scarlett
715 Hearst Ave.
Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Dated: April __, 2016      SUSMAN GODFREY L.L.P.

_____

Marc M. Seltzer
Steven G. Sklaver
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Interim Class Counsel

Dated: April __, 2016      On behalf of Defendant Sony Pictures Imageworks Inc. and
Sony Pictures Animation Inc.

JONES DAY

_____

David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

Dated: April __, 2016     HAGENS BERMAN SOBOL SHAPIRO LLP

Steven W. Berman
1918 Eighth Avenue, Ste. 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

_____

Jeff D. Friedman
Shana E. Scarlett
715 Hearst Ave.
Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Dated: April 29 2016    SUSMAN GODFREY L.L.P.

_____

Marc M. Seltzer
Steven G. Sklaver
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Interim Class Counsel

Dated: April __, 2016    On behalf of Defendant Sony Pictures Imageworks Inc. and
Sony Pictures Animation Inc.

JONES DAY

_____

David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

24

Dated: April __, 2016

HAGENS BERMAN SOBOL SHAPIRO LLP

Steven W. Berman
1918 Eighth Avenue, Ste. 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

_____

Jeff D. Friedman
Shana E. Scarlett
715 Hearst Ave.
Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Dated: April __, 2016

SUSMAN GODFREY L.L.P.

_____

Marc M. Seltzer
Steven G. Sklaver
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Interim Class Counsel

Dated: April 29, 2016

On behalf of Defendant Sony Pictures Imageworks Inc. and
Sony Pictures Animation Inc.

JONES DAY

_____

David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:   (415) 875-5700

# ATTACHMENT 1

# NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, FAIRNESS HEARING, AND RIGHT TO APPEAR

### IMPORTANT INFORMATION – READ CAREFULLY AND DO NOT DISCARD

**If you were an employee who held an animation or visual effects job title at Blue Sky Studios, Inc., DreamWorks Animation SKG, Inc., Two Pic MC LLC (f/k/a Image Movers Digital LLC), Lucasfilm, Ltd., LLC, Pixar, Sony Pictures Animation Inc., Sony Pictures Imageworks Inc., or The Walt Disney Company during the time periods set forth below, you could get money from two different class action settlements.**

*A court authorized this Notice. This is not a solicitation from a lawyer.*

**This Notice describes a settlement of a lawsuit and how you can get money from that settlement or exclude yourself from it.**

### BACKGROUND

- On [date], the Honorable Lucy H. Koh of the United States District Court for the Northern District of California entered an order preliminarily certifying a settlement class of visual effects and animation employees in a class action lawsuit alleging that several animation and visual effects companies conspired to suppress compensation by agreeing not to solicit each other's employees and to coordinate compensation policies.

- The class action lawsuit *In re Animation Workers Antitrust Litigation*, 14-cv-04062-LHK, claims that Blue Sky Studios, Inc. ("Blue Sky"), DreamWorks Animation SKG, Inc., Two Pic MC LLC (f/k/a ImageMovers Digital LLC), Lucasfilm, Ltd., LLC, Pixar, Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. ("Sony Pictures"), and The Walt Disney Company (collectively, the "Defendants") violated federal and state antitrust laws as a result of the alleged conduct. Defendants deny that they violated any antitrust law or engaged in any wrongdoing.

- Blue Sky has settled for $5,950,000, and Sony Pictures has settled for $13,000,000. The remaining defendants (DreamWorks Animation SKG, Inc., Two Pic MC LLC (f/k/a ImageMovers Digital LLC), Lucasfilm, Ltd., LLC, Pixar, and The Walt Disney Company) have not settled (collectively the "Non-Settling Defendants"). However, if you were an employee for *any* of the Defendant companies listed above and held an animation or visual effects job title during the time period listed below, you may be entitled to compensation. A list of job titles is attached in the List of Job Titles by Defendant.

- If you are a Class Member, you have a right to participate in both Settlements.

- This is not a lawsuit against you. Your participation in this lawsuit or acceptance of money from the Settlements will not affect your employment status or compensation in any way.

- **The purpose of this Notice is to advise you of your rights with respect to the Settlements.** Please read it carefully. **This Notice explains your legal rights and options – and the deadlines to exercise them.** Your legal rights will be affected whether you act or don't act, and you have choices to make now.

# WHO IS A SETTLEMENT CLASS MEMBER?

- You are a settlement class member and are included in the two settlements with Sony Pictures and Blue Sky if you meet the following definition: All animation and visual effects employees employed by one or more of the Defendants in the United States and held any of the job titles listed in the attached List of Job Titles by Defendant during the following time periods: Pixar (2001-2010), Lucasfilm Ltd., LLC (2001-2010), DreamWorks Animation SKG, Inc. (2003-2010), The Walt Disney Company (2004-2010), Sony Pictures Animation or Sony Pictures Imageworks (2004-2010), Blue Sky (2005-2010) and Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010). Excluded from the Class are senior executives, members of the board of directors, and persons employed to perform office operation or administrative tasks.

- You must have been an employee **and** held one or more of the job titles listed on the attached **List of Job Titles by Defendant** during the time periods above. You may not know what your job title was. If you have any questions about this, please contact phone number xxxxxxxx or visit the following website: www.animationlawsuit.com.

- **The Court in charge of this case still has to approve the two Settlements. Payment will be made if the Court approves one or both Settlements and orders that the Settlement Funds be distributed. Please be patient.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE SETTLEMENT | |
|---|---|
| **DO NOTHING** | **You will receive a payment from the Settlements if you are a Class Member.** You will receive money from the Settlements when the funds are distributed and will waive any rights to pursue a later lawsuit of your own against Blue Sky or Sony Pictures. You will retain your claims against the other Defendants. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENTS** | **Get no payment from the Settlements**. This is the only way you can file your own lawsuit or ever be part of any other lawsuit about the claims in this case against Blue Sky or Sony Pictures. As described in Question 20, below, you may exclude yourself from one or both Settlements. |
| **OBJECT TO OR COMMENT ON THE SETTLEMENTS** | Following the instructions in Question 23, write to the Court about why you like or do not like one or both of the Settlements by no later than **[DATE]**. You may also ask to speak to the Court about your written comments or objections about the fairness of one or both of the Settlements at the "Fairness Hearing" on **DATE/TIME**, although you do not have to do so. To comment on or object to one or both of the Settlements and request to speak at the Fairness Hearing, you must act before **[DATE]**. Your objection must be signed under penalty of perjury, and must include a summary of any other objections you or your attorney filed to any class action settlements submitted to any court in the United States in the previous five years. |
| **GO TO THE COURT'S FAIRNESS HEARING ABOUT THE SETTEMENTS** | If you would like, you can ask to speak in Court about the fairness of one or both of the Settlements if you follow the instructions in Question 23 of this Notice. You do not need to speak to the Court to receive benefits under the Settlements. |

**BASIC INFORMATION**

**1.      Why did I get this Notice?**

You have received this Notice because Defendants' records show you may have worked as an animation or visual effects employee and held one of the job titles listed on the attached List of Job Titles by Defendants during some or all of the following time periods:

- Pixar (2001-2010)
- Lucasfilm Ltd., LLC (including Industrial Light & Magic) (2001-2010)
- DreamWorks Animation SKG, Inc. (2003-2010)
- The Walt Disney Company (including Walt Disney Animation Studios) (2004-2010)
- Sony Pictures Animation Inc. or Sony Pictures Imageworks Inc. (2004-2010)
- Blue Sky Studios, Inc. (2005-2010)
- Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010)

**The Court sent you this Notice because you have the right to know about the proposed Settlements of this class action lawsuit with Blue Sky and Sony Pictures, and about your legal rights and options, before the Court holds a "Fairness Hearing" to decide whether to grant final approval of one or both of the Settlements**.

This Notice explains the lawsuit, the Settlements, and your legal rights. It also explains what benefits from the Settlements will be available, who is eligible for them, and how to obtain them. If the Court approves one or both of the Settlements and orders that the Settlement Fund(s) be distributed, an administrator appointed by the Court will make the payments that the Settlements allow.

The Court has preliminarily approved the Settlements. If you are a Class Member, you have legal rights and options that you may exercise before the Court considers whether it will grant final approval of the proposed Settlements at the "Fairness Hearing." The Court will hold the Fairness Hearing on **[DATE/TIME/LOCATION]** to decide whether the proposed Settlements are fair, reasonable, and provides adequate compensation and benefits to the members of the Class. The date and time for the Fairness Hearing may change. Please check www.animationlawsuit.com or the District Court's website for updated information.

If you wish to comment on or object to one or both of the Settlements, or to exclude yourself from one or both of the Settlements, you must do so following the procedures described below. If you do nothing, you will receive money from the Settlements and you will be bound by any final judgment.

**2.      What is this lawsuit about?**

The lawsuit claims that Defendants conspired to suppress compensation by agreeing not to solicit each other's employees and to coordinate compensation policies in violation of federal and state antitrust laws. Each of the Defendants, including Blue Sky and Sony Pictures, denies that it violated any laws or engaged in any wrongdoing. Blue Sky and Sony Pictures have entered into separate Settlement Agreements with Plaintiffs. The other Defendants have not settled with the Plaintiffs, and the case against them continues. To obtain more information about the claims in this lawsuit, you can view the complaint and other court documents in this case at www.animationlawsuit.com.

**3.      What is a class action, and who is involved?**

In a class action lawsuit, one or more persons called "Named Plaintiffs" or "Class Representatives" sue on behalf of other people who have similar claims. The people with similar claims together are a "Class" and are called "Class Members." A class action resolves the issues for all Class Members, except for those who exclude themselves from the Class. For purposes of the two Settlements, the Court appointed Named Plaintiffs Georgia Cano, Robert Nitsch, and David Wentworth as Class Representatives in this case.

**4.     Why are there partial Settlements?**

The Court has not found in favor of any party, including Plaintiffs, Blue Sky, or Sony Pictures. Plaintiffs and Blue Sky, and separately Plaintiffs and Sony Pictures, have agreed to Settlement Agreements which, if they are approved, will bring the claims against Blue Sky and Sony Pictures to an end.  (The Court could also choose to approve one Settlement Agreement, and not the other.)  Settling the case avoids the uncertainty of continuing the case between them and the cost of further litigation, and Class Members will get the benefits of the Settlements. The Class Representatives and Class Counsel support the Settlements and believe they are in the best interests of the Class.

**5.     Why are the Settlements "partial" Settlements?**

Although the Settlements with Blue Sky and Sony Pictures fully resolve the Class Members' claims against Blue Sky and Sony Pictures, respectively (as described in Question 16), the Settlements only partially resolve the case, which will continue against the Non-Settling Defendants, as discussed in Question 6.  For this reason, the Settlements with Blue Sky and Sony Pictures are partial Settlements.

**6.     Why is the lawsuit continuing if there are Settlements?**

Blue Sky and Sony Pictures have separately agreed to settle this case.  The Non-Settling Defendants (DreamWorks Animation SKG, Inc., Two Pic MC LLC (f/k/a Image Movers Digital LLC), Lucasfilm, Ltd., LLC, Pixar, and The Walt Disney Company) have not agreed to settle, so the lawsuit will continue against them.  More money may become available in the future as a result of additional settlements with and/or a trial against the Non-Settling Defendants, but there is no guarantee this will happen.

**7.     What happens if the Plaintiffs later reach a settlement with the Non-Settling Defendants?**

This partial settlement does not end the case against the Non-Settling Defendants. It cannot be known whether the Plaintiffs would prevail against the Non-Settling Defendants at a trial. If there are additional settlements in the future, there will be notice of those settlements as well.  Depending on the timing of the notice and Fairness Hearing for any such settlements, the settlement funds received from Blue Sky and Sony Pictures and from any other Defendant who have settled may simultaneously be distributed to Class members.

## WHO IS IN THE SETTLEMENT CLASS?

**8.     Am I a Class Member who is part of the Settlement?**

Animation or visual effects employees who held specific job titles at one or more of the Defendant companies during certain time periods may be Class Members and eligible for a payment from the Settlements when the funds are distributed, if they meet the following class definition:

> All animation and visual effects employees employed by one or more of the Defendants in the United States who held any of the job titles listed in the attached List of Job Titles by Defendant during the following time periods: Pixar (2001-2010), Lucasfilm Ltd., LLC (2001-2010), DreamWorks Animation SKG, Inc. (2003-2010), The Walt Disney Company (2004-2010), Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. (2004-2010), Blue Sky Studios, Inc. (2005-2010) and Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010).  Excluded from the Class are senior executives, members of the board of directors, and persons employed to perform office operation or administrative tasks. ("Settlement Class")

To be in the Settlement Class and participate in either Settlement, you must have been an employee *and* held one or more of the job titles listed on the attached **List of Job Titles by Defendant** during the time periods above.

9. **What if I still don't know if I'm a Class Member?**

If you received this Notice, it is because you were listed as a potential Class Member. If you are still not sure whether you are included, you can get help at www.animationlawsuit.com or by calling **[phone number].**

10. **Does it make a difference whether I work or worked for Blue Sky or Sony Pictures, on the one hand, or DreamWorks Animation, Two Pic (f/k/a IMD), Lucasfilm, Pixar, or The Walt Disney Company, on the other hand?**

As long as you fall within the definition of the Class in Question 8 above, you can participate in the Settlements, regardless of which Defendant you work or worked for, or whether you have worked for more than one. Current and former employees of Settling Defendants Blue Sky and Sony Pictures, and the other Defendants (Dreamworks, Two Pic/IMD, Lucasfilm, Pixar, Disney) who fall within the definition of the Class in Question 8 are all Class Members and are all entitled to receive a payment under the Settlements.

11. **What are my rights as a Class Member?**

If you are a Class Member, you have the right to (1) do nothing, in which case you will receive a payment and will waive any rights to pursue a later lawsuit of your own against Blue Sky or Sony Pictures, (2) exclude yourself from one or both of the Settlements (see Question 20), (3) comment on or object to one or both of the Settlements (see Question 23), or (4) attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of one or both of the Settlements (see Question 24).

## THE SETTLEMENT BENEFITS

12. **What do the Settlements provide?**

As explained above, Blue Sky and Sony Pictures entered into separate Settlement Agreements that are independent of each other. Each is described below.

*The Blue Sky Settlement*

Blue Sky will pay $5,950,000 into a Settlement Fund. After deducting attorneys' fees, costs, applicable taxes, and other fees and expenses (see Question 19), the Settlement Fund will be distributed to Class Members. In the event monies remain as residue in the Settlement Fund following all distribution efforts approved by the Court and payment of any taxes, Plaintiffs will ask the Court for an order disposing of all such funds, through additional distributions to eligible Class members and/or escheat to the federal government.

As a Class Member, you will give up, or "release," your claims against Blue Sky in exchange for the right to receive your share of the Blue Sky Settlement Fund. That release includes any claims made or that could have been made against Blue Sky arising from the facts alleged in this lawsuit. The release is described in more detail in the Settlement Agreement and in Question 16 below. You can view or download a copy of the Settlement Agreement at www.animationlawsuit.com.

*The Sony Pictures Settlement*

Sony Pictures will pay $13,000,000 into a Settlement Fund. After deducting attorneys' fees, costs, applicable taxes, and other fees and expenses (see Question 19), the Settlement Fund will be distributed to Class Members. In the event monies remain as residue in the Settlement Fund following all distribution efforts approved by the Court and payment of any taxes, Plaintiffs will ask the Court for an order disposing of all such funds, through additional distributions to eligible Class members and/or escheat to the federal government.

As a Class Member, you will give up, or "release," your claims against Sony Pictures in exchange for the right to receive your share of the Sony Pictures Settlement Fund. That release includes any claims made or that could have been made against Sony Pictures arising from the facts alleged in this lawsuit. The release is described in more detail in the Settlement Agreement and in Question 16 below. You can view or download a copy of the Settlement Agreement at www.animationlawsuit.com.

**13.   How much money can I get from the Settlement?**

Class Members who do not opt out will be eligible to receive a share of the Settlement Funds, less all applicable reductions based on a formula using the total compensation paid to a Class Member. In other words, each Class Member's share of the Settlement Funds is a fraction, with the Class Member's total compensation paid on the basis of employment in a Class Position during the Class Period as the numerator and the total compensation paid to all Class Members on the basis of employment in a Class Position during the Class Period as the denominator:

*(Class Member's individual total compensation paid on the basis of employment in*
*Class Positions during the Class Period)*

÷

*(Total compensation paid to Class Members on the basis of employment in*
*Class Positions during the Class Period)*

Each Class Member's fractional amount shall be multiplied against the Settlement Funds, less court-approved costs, and attorneys' fees and expenses. The total compensation paid, dates of employment, and whether a potential Class Member held a Class Position will be conclusively derived from Defendants' data maintained by their respective human resources departments and will not be subject to challenge by Class Members. Payments to Class Members shall not be made until the Effective Date has passed and all objections, collateral challenges or appeals relating to the Settlements have been fully and finally resolved. The proposed Plan of Allocation is available for review at www.animationlawsuit.com, and will be presented for approval by the Court at the Fairness Hearing (see Question 24).

## RECEIVING MONEY FROM THE SETTLEMENTS

**14.   How can I get money from the Settlements?**

You do not need to do anything to receive money from the Settlements. If you fall within the Class Definition and do not opt-out of the Settlements, you will receive money from the Settlements. If you exclude yourself from one or both of the Settlements, you will not receive money from that Settlement.  You may opt out of one Settlement and not the other, or opt out of both.

**15.   When will I get my payments?**

The Court will hold a Fairness Hearing on [DATE/TIME] to decide whether to approve one or both of the Settlements. If the Court approves one or both of the Settlements, there still may be appeals of that decision. If an appeal is filed, it is hard to estimate how long it might take for it to be resolved, but it can take a lot of time, perhaps more than a year. Settlement payments to Class Members will be distributed if the Settlements are approved, and after appeals, if any, are resolved. Updates regarding the Settlements and when payments may be made will be posted on the settlement website, www.animationlawsuit.com.

**16.   What am I giving up to get payments under the Settlements?**

If you are a Class Member, unless you exclude yourself from the Settlements, you will remain within the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against Blue Sky or Sony Pictures or the Released Parties defined below about the claims in this case. It also means that all of the Court's orders will apply to you and legally bind you, and that you agree to the following "Release of Claims," which describes exactly the legal claims that you give up if you participate in the Settlements with respect to each Settling Defendant:

### Blue Sky Studios Release

*Upon the Effective Date, each Named Plaintiff and Settlement Class Member (who is not properly excluded as provided herein) (the "Releasors") shall release, forever discharge and covenant not to sue Blue Sky together with its parent company Fox Entertainment Group, LLC and their other past and present direct and indirect parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees (other than employees who are members of the Class), agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing) (the "Released Parties") from all claims, whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising from or related to the facts, activities or circumstances alleged in the SAC or any other purported restriction on competition for employment or compensation of Named Plaintiffs or Class Members, up to the Date of the Settlement (the "Released Claims"), whether or not alleged in the SAC and whether or not any Class Member objects to the Settlement. For the avoidance of doubt, this Agreement shall not be construed to release any local, state or federal claim arising out of allegations of any product defect, discrimination, or personal or bodily injury, and shall not be construed to release any local, state or federal claim arising out of allegations of unlawful overtime or violations of ERISA or similar statute that are unrelated to the facts, activities, or circumstances alleged in the SAC or to the payments or distributions made pursuant to this Settlement.*

### Sony Pictures Release

*Upon the Effective Date, each Named Plaintiff and Settlement Class Member (who is not properly excluded as provided herein) (the "Releasors") shall release, forever discharge and covenant not to sue Sony Picture, Sony Pictures Entertainment Inc., and their past and present direct and indirect parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees (other than employees who are members of the Class), agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing) (the "Released Parties") from all claims, whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising from or related to the facts, activities or circumstances alleged in the SAC or any other purported restriction on competition for employment or compensation of Named Plaintiffs or Class Members, up to the Date of the Settlement (the "Released Claims"), whether or not alleged in the SAC and whether or not any Class Member objects to the Settlement. For the avoidance of doubt, this Agreement shall not be construed to release any local, state or federal claim arising out of allegations of any product defect, discrimination, or personal or bodily injury, and shall not be construed to release any local, state or federal claim arising out of allegations of unlawful overtime or violations of ERISA or similar statute that are unrelated to the facts, activities, or circumstances alleged in the SAC or to the payments or distributions made pursuant to this Settlement.*

## THE LAWYERS REPRESENTING YOU

### 17.   Who represents me in this case?

The Court appointed the following three law firms as Settlement Class Counsel to represent the Settlement Class:

| Daniel A. Small | Steve W. Berman | Marc M. Seltzer |
|---|---|---|
| COHEN MILSTEIN SELLERS & TOLL PLLC 1100 New York Ave. NW, Suite 500 Washington, DC 20005 animation@cohenmilstein.com | HAGENS BERMAN SOBOL SHAPIRO LLP 1918 Eighth Avenue, Suite 3300 Seattle, WA 98101 animation@hbsslaw.com | SUSMAN GODFREY LLP 1901 Avenue of the Stars, Suite 950 Los Angeles, CA 90067-6029 mseltzer@susmangodfrey.com |

These lawyers and law firms are called "Plaintiffs' Counsel."

### 18.     Should I get my own lawyer?

You do not need to hire your own lawyer because the Plaintiffs' Counsel are working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your lawyer to appear in Court for you if you want someone other than Plaintiffs' Counsel to speak for you. You may also appear for yourself without a lawyer.

### 19.     How will the lawyers be paid?

Plaintiffs' Counsel may ask the Court to approve payment from the Settlement Funds for attorneys' fees, which will not exceed 30 percent of the Settlement Funds. Plaintiffs' Counsel will not receive any portion of their fees at least until the initial distribution of payments to Class Members has been approved by the Court. Plaintiffs' Counsel will also ask the Court to approve payment from the Settlement Funds for their out-of-pocket costs and expenses.

Plaintiffs' Counsel will also ask the Court to approve payments of up to $10,000 to each of the three individual Class Representatives as Service Awards for their service to the Class.

The costs of providing this Notice and administering the Settlements are being paid from the Settlement Funds. If the Court grants Counsel's requests, all fees, costs, and expenses would be deducted from the Settlement Funds.

### 20.     How do I get out of one or both of the Settlements?

If you fall within the Settlement Class Definition but don't want a payment from one or both of the Settlements, or if you want to keep the right to sue or continue to sue Blue Sky and/or Sony Pictures about the issues in this case (at your own expense), then you must "opt out" of the respective Settlement.

To exclude yourself from (opt out of) either of the Settlements, you must send a letter or written request to the Notice Administrator at the address below saying that you want to be excluded from the Settlement(s) in *In re: Animation Workers Antitrust Litigation*, with your full legal name and the name(s) of the Defendant company or companies (i.e., Blue Sky, DreamWorks Animation, Two Pic (f/k/a IMD), Lucasfilm, Pixar, Sony Pictures Animation, Sony Pictures Imageworks, or The Walt Disney Company) for which you worked during the Class period. You must sign your request, and identify which Settlement you wish to opt out of. You may also opt out of both.

To exclude yourself from (opt out of) one or both Settlements, you must submit your opt-out request letter postmarked no later than [DATE] (or received by the Notice Administrator by that date if sent by fax or e-mail) to the following address:

Kurtzman Carson Consultants ("KCC")
3301 Kerner Blvd # 100
San Rafael, CA  94901

You cannot exclude yourself (opt out) by telephone.

If you request to be excluded from the Settlement with Blue Sky, you will not be legally bound by the Blue Sky Settlement. You will be able to sue (or continue to sue) Blue Sky in the future about the claims in this case.  Similarly, if you request to be excluded from the Settlement with Sony Pictures, you will not be legally bound by the Sony Pictures Settlement. You will be able to sue (or continue to sue) Sony Pictures in the future about the claims in this case.

If you ask to be excluded from either Settlement, you will not receive payment from that Settlement, and you will not be able to object to it.

**21.     If I don't exclude myself, can I sue the Settling Defendants for the same thing later?**

No. If you are a Class Member, unless you exclude yourself from the Settlements, you give up the right to sue Blue Sky and Sony Pictures for the claims that the Settlement resolves as more fully described in Question 16 above.

If you have a pending lawsuit against Blue Sky, Fox Entertainment Group, LLC, or any related entities and/or Sony Pictures, Sony Pictures Entertainment Inc. or related entities or against any Released Parties defined above, speak to your lawyer in that lawsuit immediately, because you may need to exclude yourself to continue your own lawsuit. The process for excluding yourself from the Settlements is described in the preceding sections.

**22.     If I exclude myself, can I get money from the Settlements?**

If you exclude yourself, you will not receive money from the Settlement from which you have excluded yourself.  If you exclude yourself from one settlement, you may still receive payment from the other settlement from which you did not exclude yourself.  In addition, if you exclude yourself the settlements, you may receive payment from any future settlement with a Non-Settling Defendant.  However, by excluding yourself from a defendant's settlement, you keep any rights to sue that defendant on your own about the same claims in the lawsuit should you want to do so.

## COMMENTING ON OR OBJECTING TO THE SETTLEMENTS

**23.     How do I tell the Court that I like or don't like the proposed Settlements, and may I speak at the hearing?**

If you are a Class Member, you can comment on or object to one or both of the partial settlements if you like or don't like any part of it and ask the Court to deny approval to one or both of the Settlements. You can give reasons why you think the Court should or should not approve them. You cannot ask the Court to order a larger settlement; the Court can only approve or deny the Settlements. If the Court denies approval of either Settlement, no settlement payments will be sent out with respect to that Settlement and the lawsuit will continue against that defendant. If that is what you want to happen, you must object.

All comments and objections must be in writing, signed under penalty of perjury, and must include the following:

(a) your name, address, telephone number, email address and signature;
(b) the case name and number (*In re Animation Workers Antitrust Litigation*, Case Number 14-cv-4062),
(c) the identity of the Settlement(s) to which you are objecting;
(d) a summary of any other objections you or an attorney on your behalf filed to any class action settlements submitted to any court in the United States in the previous five years; and
(e) a detailed statement of your comments or objections, including the grounds for your objections, if any, together with any supporting documents.

All comments and objections must be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 280 South 1st Street, Room 2112, San Jose, CA 95113, or by filing them in person at any location of the United States District Court for the Northern District of California.  Comments or objections must be filed or postmarked on or before [**DATE**].

You do not need to attend or speak at the Fairness Hearing (described in Question 24 below) for your comments or objections to be considered. If you would like to speak at the Fairness Hearing about your comments or objections to the Settlements, you must add to your letter a statement that you intend to appear and

speak at the hearing, for example, by stating "This is my Notice of Intention to Appear in *In re Animation Workers Antitrust Litigation*."

If you choose to exclude yourself from either Settlement, you will have no right to speak at the hearing about that Settlement or object to it, because that Settlement will no longer affect your rights.

## THE COURT'S FAIRNESS HEARING

**24.     When and where will the Court decide whether to approve the Settlements?**

The Court will hold a Fairness Hearing at [DATE/TIME] at the following courtroom:

The Honorable Lucy H. Koh
Courtroom 8, 4th Floor
The United States District Court for the Northern District of California
280 S. First Street
San Jose, California 95113

At this hearing, the Court will consider the Settlements separately and determine whether they are fair, reasonable, and adequate. If there are written comments or objections, the Court will consider them. The Court will decide whether to allow people who have raised objections or comments to speak at the hearing. The Court may also decide how much to award to Plaintiffs' Counsel in attorneys' fees and expenses and whether to approve the payment of Service Awards to the Class Representatives. After the hearing, the Court will decide whether to approve either or both Settlements.  We do not know how long this decision will take.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice.

Be sure to check the website, www.animationlawsuit.com, for news of any such changes.

**25.     Do I have to come to the Fairness Hearing?**
No. Plaintiffs' Counsel will be present at the Fairness Hearing to answer any questions the Court may have. You are welcome to come at your own expense. If you send comments or objections to either Settlement, you don't have to come to Court to talk about it. As long as you mailed, faxed, or emailed your written comments or objections on time, the Court will consider them. You may also pay your own lawyer to attend, but it is not required.

## IF YOU DO NOTHING

**26.     What happens if I do nothing at all?**
If you are a Class Member and you do nothing, you will get money from the Settlements and any claims you might have against Blue Sky and Sony Pictures and the Released Parties defined above in Question 16 based on the allegations in this case will be released unless you separately write to exclude yourself (following the instructions in Question 20). In exchange for receiving money from the Settlements, you will give up or "release" your claims against Blue Sky and Sony Pictures and the Released Parties in this lawsuit. You will not be able to participate in, or collect money damages from any other lawsuit against Blue Sky or Sony Pictures or the Released Parties related to any alleged conspiracy to suppress compensation, including agreements to restrict recruiting or hiring or to coordinate compensation, including merit increase budgets and compensation ranges. (See Question 16 for the exact definition of the claims you are giving up.)

## YOUR PRIVACY

### 27.     Will my manager know whether or how I responded to this Notice?

The Court has appointed an independent, experienced professional Claims Administrator, Kurtzman Carson Consultants ("KCC"). The Claims Administrator will establish and follow procedures to protect the confidentiality of the identity of persons receiving payments or opting out. The Claims Administrator will issue settlement checks.  The list of those Class Members receiving checks will not be shared with Defendants, the Court, or Plaintiffs' counsel.

The Claims Administrator will also receive requests to be excluded from the Settlements.  The Claims Administrator will be required to share requests to be excluded from the Settlements with Class Counsel and counsel for the Defendants, as well as with the Court. Objections to the Settlements, as well as the names of those who opt out of the Settlements, will become part of the public record in the court file.

## GETTING MORE INFORMATION

### 28.     Are more details about the Settlements and the lawsuit available?

Yes. This notice summarizes the proposed Settlements. For the precise terms and conditions of the settlements, please see the settlement agreement available at www.animationlawsuit.com, by contacting class counsel (see Question 17 for contact information), by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THESE SETTLEMENTS OR THE CLAIMS PROCESS.**

# ATTACHMENT 2

Legal Notice

# If You Were an employee and held an Animation or Visual Effects Job Title at Blue Sky, DreamWorks, Two Pic (f/k/a IMD), Lucasfilm, Pixar, Sony Pictures Animation, Sony Pictures Imageworks, or The Walt Disney Company, You Could Get Money from Two Class Action Settlements

Records indicate that you could be affected by a class action lawsuit against Blue Sky, DreamWorks, Two Pic (f/k/a IMD), Lucasfilm, Pixar, Sony Pictures Animation, Sony Pictures Imageworks, and The Walt Disney Company (the "Defendants").  **Please read this Notice carefully. Your legal rights will be affected whether you act or don't act, and you have choices to make now.**  Two settlements, (1) a $13,000,000 settlement with Sony Pictures Animation and Sony Pictures Imageworks (collectively, "Sony Pictures") and (2) a $5,950,000 settlement with Blue Sky Studios, have been reached in partial settlement of a class action lawsuit alleging that Defendants conspired to suppress compensation by agreeing not to solicit each other's employees and to coordinate compensation policies. Sony Pictures and Blue Sky deny that they violated any laws or engaged in any wrongdoing. To obtain more information about the claims in this lawsuit and the proposed Settlements, you can view the complaint, Settlement Agreements, and other court documents in this case at www.animationlawsuit.com.

**Am I included?**  You are included in the Settlement Class if you meet the following class definition: All animation and visual effects employees employed by one or more of the Defendants in the United States who held a job title listed in the List of Job Titles by Defendant during the following time periods: Pixar (2001-2010), Lucasfilm Ltd., LLC (2001-2010), DreamWorks Animation SKG, Inc. (2003-2010), The Walt Disney Company (2004-2010), Sony Pictures Animation or Sony Pictures Imageworks (2004-2010), Blue Sky Studios (2005-2010) and Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010).  Excluded from the Class are senior executives, members of the board of directors, and persons employed to perform office operation or administrative tasks.

Thus, you must have been an employee *and* held one or more of the job titles listed in the List of Job Titles by Defendant during the time periods above.  The List of Job Titles by Defendant is available at www.animationlawsuit.com.

**Who represents the Class?**  The Court has appointed three law firms to represent the Animation Employees to represent your interests.  You don't have to pay Class Counsel to participate.  They will ask the Court to award fees and costs to be paid out of the partial settlement.  You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

**What are my options?**  To participate in the Settlements, you do not have to do anything.  If you do nothing, you will waive any rights to pursue a later lawsuit against Blue Sky, Sony Pictures or any related entities and you will be bound by the terms and conditions of the Settlements, including the releases, and the Court's judgment approving the Settlements.  If you do not want to participate in either settlement or want to keep your rights to sue Sony Pictures or Blue Sky or any related entities over the claims in this lawsuit, you need to exclude yourself by submitting an exclusion form.  If you exclude yourself, you cannot get money or benefits from these settlements.  Your Exclusion Form must be submitted online or postmarked by **<<Date>>**.  If you *do not* exclude yourself, you can comment on or object to either or both settlements and can appear at the Fairness Hearing by following the instructions available at the website below.  All comments or objections must be filed with the Court or postmarked by **<<Date>>**.

**How do I get more information?**  This notice is only a summary.  For more information visit the website below or call the toll-free number. Please do not contact any of the Defendants or the Court.

For more information:        1- XXX-XXX-XXXX        www.animationlawsuit.com

(front)

Court-Ordered Legal Notice

Animation Workers Antitrust Litigation

P.O. Box 0000

City, ST 00000

*Important Notice About Animation/Visual Effects Workers Lawsuit*

**Consumer ID Number <<XXXXXX>>**

# ATTACHMENT 3

## **Plan of Allocation**

Class Members who do not opt out will be eligible to receive a share of the Settlement Funds net of all applicable reductions based on a formula using a Class Member's total compensation paid on the basis of employment in a "Class Position" within the time periods for the respective Defendants ("Class Period") as set forth in the Settlement Class definition. In other words, each Class Member's share of the Settlement Funds is a fraction, with the Class Member's total compensation paid on the basis of employment in a Class Position during the Class Period as the numerator and the total compensation paid to all Class Members on the basis of employment in a Class Position during the Class Period as the denominator:

> (Class Member's individual total compensation paid on the basis of employment in Class Positions during the Class Period) ÷ (Total of total compensation of all Class Members paid on the basis of employment in Class Positions during the Class Period).

Each Class Member's fractional amount shall be multiplied against the Settlement Funds net of court-approved costs, service awards, and attorneys' fees and expenses.

The total compensation, dates of employment, and whether a potential Class Member held a Class Position will be conclusively derived from Defendants' data maintained by their respective human resources departments and will not be subject to challenge by Class Members.

Payments to Class Members shall not be made until the Effective Date has passed and all objections, collateral challenges or appeals relating to the Settlement have been fully and finally resolved.