UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al., | Case No. 14-CV-04062-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| DREAMWORKS ANIMATION SKG INC., et al., | |
| Defendants. | |

Attorneys for Plaintiffs: Marc Seltzer, Jeff Friedman, Brent Johnson, Daniel Silverman, Matthew Berry, Jordan Talge, Rohit Nath, and Jerrod Patterson

Attorneys for Defendants Disney, Pixar, Lucasfilm, and Two Pic MC (formerly known as ImageMovers Digital): Robert Van Nest, Emily Henn, Tom Isaacson, Cody Harris, and Hamilton Jordan

Attorneys for the Sony Defendants: David Kiernan

Attorneys for Defendant DreamWorks Animation: Rod Stone and Daniel Swanson

Attorney for Defendant Blue Sky Studios: Jonathan Pitt

A case management conference was held on May 6, 2016.

The parties shall refile the Blue Sky preliminary approval motion by May 11, 2016. The hearing for the Blue Sky and Sony preliminary approval motions shall be June 23, 2016 at 1:30 p.m.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Further CMC | August 10, 2016 at 2 p.m. |
| Fact discovery cutoff | October 14, 2016 |
| Opening expert reports | November 16, 2016 |
| Rebuttal expert reports | December 21, 2016 |
| Close of expert discovery | January 31, 2017 |
| Motions for Summary Judgment and Daubert Motions | Filed no later than February 27, 2017 |
| Hearing on MSJ and Daubert Motions | March 23, 2017 at 1:30 p.m. |
| Pretrial Conference | May 25, 2017 at 1:30 p.m. |
| Jury Trial | The following days in 2017: June 12, 13, 16, 19, 20, 23, 26, 27, 30; July 3, 7, 10, 11, 14, 17, 18. Trial will begin at 9 a.m. each day. |

**IT IS SO ORDERED.**

Dated: May 6, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER