Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Sarah G. Conway (State Bar No. 261414)
sgconway@JonesDay.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Attorneys for Defendants
SONY PICTURES ANIMATION INC. and
SONY PICTURES IMAGEWORKS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE ANIMATION WORKERS ANTITRUST LITIGATION,** | Master Docket No. 14-CV-4062-LHK |
| | **NOTICE OF MAILING OF LETTER TO ATTORNEYS GENERAL PURSUANT TO 28 U.S.C. § 1715** |
| **THIS DOCUMENT APPLIES TO:** <br><br> **ALL ACTIONS** | |

Defendants Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. notify the Court that, pursuant to 28 U.S.C. § 1715, a letter (copy attached) was mailed to the Attorney General of the United States, the Attorneys General of every state, the District of Columbia, Puerto Rico, and every U.S. territory, as well as the Department of Justice's Antitrust Division, giving notice of the proposed settlement and providing the materials and information required by § 1715.

Dated: May 13, 2016

Jones Day

By: /S/ David C. Kiernan
David C. Kiernan

Counsel for Defendants
SONY PICTURES ANIMATION INC. and
SONY PICTURES IMAGEWORKS INC.

NAI-1501035651v1