# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: +1.415.626.3939 • FACSIMILE: +1.415.875.5700

Direct Number:  (415) 875-5745
dkiernan@JonesDay.com

May 13, 2016

Loretta Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530

Re:   Notice of Proposed Settlement Pursuant to 28 U.S.C. § 1715, *In re Animation Workers Antitrust Litigation*, 14-cv-04062-LHK, United States District Court for the Northern District of California

Dear Attorney General Lynch:

Defendants Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. ("Sony Pictures") provide notice of the proposed settlement with the Plaintiffs in the above-titled action.

## BACKGROUND

Sony Pictures, along with DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, The Walt Disney Company, and Blue Sky Studios, Inc. (collectively the "Defendants") are companies that create animated films or visual effects for animated and live-action films and are located in California, with the exception of Blue Sky Studios, Inc., which is located in Connecticut.  Plaintiffs Georgia Cano, Robert Nitsch, and David Wentworth (collectively "Plaintiffs") are former employees of some of the Defendants.

Plaintiffs brought this action individually and on behalf of a class of all those similarly situated.  Plaintiffs allege that Defendants violated Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, California's Cartwright Act, Bus. & Prof. Code §§ 16720, et seq., and California's Unfair Competition Law, Bus. & Prof. Code §§ 17200, *et seq.*, by conspiring to limit competition for employees, primarily through alleged agreements among Defendants not to solicit each other's employees and allegedly coordinating compensation ranges and policies.  Fact discovery began in November 2014 and is scheduled to end October 14, 2016.

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES
MADRID • MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Attorney General Lynch
May 13, 2016
Page 2

      Plaintiffs have moved to certify a class that generally consists of all animation and visual effects employees employed by Defendants in the United States during various time periods ranging from 2001 through 2010. Specifically, the settlement class is defined as, "all animation and visual effects employees employed by defendants in the United States who held any of the jobs listed in Ashenfelter Reply Report Appendix C during the following time periods: Pixar (2001-2010), Lucasfilm Ltd., LLC (2001-2010), DreamWorks Animation SKG, Inc. (2003-2010), The Walt Disney Company (2004-2010), Sony Pictures Animation Inc. and Sony Pictures Imageworks Inc. (2004-2010), Blue Sky Studios, Inc. (2005-2010) and Two Pic MC LLC f/k/a ImageMovers Digital LLC (2007-2010). Excluded from the Class are senior executives, members of the board of directors, and persons employed to perform office operations or administrative tasks." The settlement agreement and proposed Notice provides further details regarding the precise job titles. The District Court has yet to rule on that motion.

      Sony Pictures denied and continues to deny the allegations made by Plaintiffs that Sony Pictures engaged in any wrongdoing of any kind, or that they violated or breached any law, regulation or duty owed to the Plaintiffs, and further denies that they are liable or owe any form of compensation or damages to anyone with respect to the alleged facts or causes of action asserted in the litigation. Sony Pictures has very strong defenses to Plaintiffs' pending Motion for Class Certification and also to Plaintiffs' claims on liability and damages. Nevertheless, because of the uncertainty, costs, and diversion of resources from continued litigation, Sony Pictures has agreed to settle Plaintiffs' claims on behalf of a settlement class that is coextensive with the class Plaintiffs seek to have certified for the litigation.

      The proposed settlement involves only Sony Pictures Animation and Sony Pictures Imageworks. Blue Sky Studios, Inc. previously entered into a settlement with Plaintiffs, which is subject to the Court's approval. Plaintiffs intend to continue litigating the claims against the remaining Defendants, DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, and The Walt Disney Company.

      On May 3, 2016, Plaintiffs filed a motion with the Court seeking preliminary approval of the proposed settlement with Sony Pictures. The motion includes a copy of the written settlement agreement between the Plaintiffs and Sony Pictures, together with various related documents, including the Plan of Allocation and proposed Notice to class members. The Plaintiffs' filing triggered the notice provisions of 28 U.S.C. § 1715.

      A copy of this Notice is being provided concurrently to the Attorneys General of every state, the District of Columbia, Puerto Rico, and every U.S. territory, as well as the Department of Justice's Antitrust Division.

Attorney General Lynch
May 13, 2016
Page 3

## COMPLIANCE WITH 28 U.S.C. § 1715

Each of the requirements of notice pursuant to 28 U.S.C. §§ 1715(b)(l)–(8) is addressed below. The referenced exhibits are provided electronically as PDF files on the enclosed CD.

### 1. Complaints and Related Materials (28 U.S.C. § 1715(b)(1))

Enclosed as Exhibit A are copies of each of the Plaintiffs' original Complaints, their Consolidated Amended Complaint, and their operative Second Consolidated Amended Complaint.

### 2. Notice of Any Scheduled Judicial Hearing (28 U.S.C. § 1715(b)(2))

A hearing on Plaintiffs' motion for preliminary approval has been scheduled for June 23, 2016 at 1:30 p.m. PDT. The Court has not yet scheduled a hearing on final approval of the settlement.  Given CAFA's 90-day rule from the date of this notice, however, final approval may not be scheduled until August 11, 2016 at the earliest. The hearings will be held at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, California, 95113.

### 3. Proposed Notification to Class Members (28 U S.C. § 1715(b)(3))

Copies of the proposed postcard and long-form notice are enclosed as Attachments 1 & 2 to the executed Settlement Agreement.  Pursuant to the plan of notice proposed by Plaintiffs subject to approval by the Court, the class action administrator will be responsible for sending that notice directly to those potential settlement class members who can be identified through reasonable efforts by email and U.S. mail. See Declaration of Kenneth Jue in Support of Motion for Preliminary Approval of Settlement with Sony Pictures Imageworks, Inc. and Sony Pictures Animation, Inc., ¶ 5, attached as Exhibit B.  Notice also will be provided to potential members of the settlement class via a dedicated website and internet banner-ads.

### 4. Proposed Class Action Settlement Agreement (28 U S.C. § 1715(b)(4))

A copy of the executed Settlement Agreement and Attachments between the Plaintiffs and Sony Pictures is enclosed as Exhibit C.  Plaintiffs' proposed Plan of Allocation is Attachment 3 to the executed Settlement Agreement.

### 5. Any Settlement or Other Agreement (28 U S.C. § 1715(b)(5))

No agreement has been made between the Plaintiffs or their counsel and Sony Pictures and its counsel other than what is referenced in the Settlement Agreement. See Exhibit C.

Attorney General Lynch
May 13, 2016
Page 4

### 6. Final Judgment (28 U S.C. § 1715(b)(6))

There has been no final judgment or notice of dismissal entered by the Court. Nor have the parties filed with the Court a proposed Final Approval Order. The litigation between the Plaintiffs and the remaining Defendants—DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, and The Walt Disney Company—is expected to continue.

### 7. Estimate of Class Members in Each State (28 U S.C. § 1715(b)(7)(B))

Sony Pictures does not have sufficient data to estimate the number of class members in each State.  The settlement class includes approximately 10,000 current and former employees of the seven defendant companies during various time periods ranging from 2001 through 2010.  Sony Pictures employed approximately 20% of the members of the proposed settlement class; many of whom are former employees.  The other approximately 80% worked for Defendants DreamWorks Animation SKG, Inc., Two Pic MC LLC f/k/a Image Movers Digital LLC, Lucasfilm, Ltd., LLC, Pixar, The Walt Disney Company, and/or Blue Sky Studios, Inc.  As a result, Sony Pictures does not have information on the current state of residence for its own former employees or for the approximately 80% of the proposed settlement class who worked for one of the other defendant companies.  However, given the location of the majority of defendants, it is likely that a substantial percentage of settlement class members reside in California.  Sony Pictures understands that Blue Sky employees worked in Connecticut and New York.

The proposed plan of allocation will not take a settlement class member's state of residence into account, and two similarly situated settlement class members from different states will be entitled to receive the same allocation.

### 8. Judicial Opinions Related to the Settlement (28 U S.C. § 1 7l 5(b)(8))

At present there are no judicial opinions related to the Settlement.

\* \* \*

If you have any questions about this notice, the lawsuit or the enclosed materials, or if you have any difficulties accessing any materials electronically, please feel free to contact the undersigned counsel.

JONES DAY

Attorney General Lynch
May 13, 2016
Page 5

Very truly yours,

David C. Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Counsel for Defendants
Sony Pictures Animation Inc. and Sony Pictures
Imageworks Inc.

**Attorney General Service List**

| | | |
|---|---|---|
| Loretta Lynch<br>Attorney General of the United States<br>U.S. Department of Justice<br> 950 Pennsylvania Avenue NW<br>Washington, DC  20530 | William J. Baer<br>Assistant Attorney General for the Antitrust Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room 3322<br>Washington, DC  20530 | Luther Strange<br>Attorney General for Alabama<br>501 Washington Avenue<br>Montgomery, AL  36104 |
| James Cantor<br>Attorney General for Alaska<br>Alaska Department of Law - Civil Division<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK  99501 | Mark Brnovich<br>Attorney General for Arizona<br>1275 W. Washington St.<br>Phoenix, AZ  85007 | Leslie Rutledge<br>Attorney General for Arkansas<br>Consumer Protection Section<br>323 Center St., Suite 200<br>Little Rock, AR  72201 |
| Kamala Harris<br>Attorney General for California<br>CAFA Coordinator, Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 | Cynthia Coffman<br>Attorney General for Colorado<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 | George Jepsen<br>Attorney General for Connecticut<br>55 Elm St.<br>Hartford, CT  06106 |
| Matthew Denn<br>Attorney General for Delaware<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE  19801 | Pam Bondi<br>Attorney General for Florida<br>The Capitol PL-01<br>Tallahassee, FL  32399 | Sam Olens<br>Attorney General for Georgia<br>40 Capitol Square SW<br>Atlanta, GA  30334 |
| Douglas Chin<br>Attorney General for Hawaii<br>425 Queen St.<br>Honolulu, HI  96813 | Lawrence Wasden<br>Attorney General for Idaho<br>700 W. Jefferson Street, Suite 210<br>Boise, ID   83720 | Lisa Madigan<br>Attorney General for Illinois<br>500 South Second Street<br>Springfield, IL  62706 |
| Greg Zoeller<br>Attorney General for Indiana<br>Indiana Government Center South<br>302 W. Washington St, 5th Floor<br>Indianapolis, IN  46204 | Tom Miller<br>Attorney General for Iowa<br>Hoover State Office Bldg.,<br>1305 E. Walnut<br>Des Moines, IA  50319 | Derek Schmidt<br>Attorney General for Kansas<br>U.S. Department of Justice<br>Topeka, KS  66612 |
| Andy Beshear<br>Attorney General for Kentucky<br>700 Capitol Avenue<br>Suite 118<br>Frankfort, KY  40601 | Jeff Landry<br>Attorney General for Louisiana<br>1885 North 3rd St., 6th Floor<br>Baton Rouge, LA  70802 | Janet Mills<br>Attorney General for Maine<br>6 State House Station<br>Augusta, ME  04333 |
| Brian Frosh<br>Attorney General for Maryland<br>200 St. Paul Pl.<br>Baltimore, MD  21202 | Maura Healey<br>Attorney General for Massachusetts<br>ATTN:  CAFA Coordinator<br>One Ashburton Place<br>Boston, MA   02108 | Bill Schuette<br>Attorney General for Michigan<br>G. Mennen Williams Bldg., 7th Fl.<br>525 W. Ottawa St.<br>Lansing, MI  48909 |
| Lori Swanson<br>Attorney General for Minnesota<br>Bremer Tower<br>445 Minnesota St., Suite 1400<br>St. Paul, MN  55101 | Jim Hood<br>Attorney General for Mississippi<br>Walter Sillers Bldg.<br>550 High St., Ste. 1200<br>Jackson, MS  39201 | Chris Koster<br>Attorney General for Missouri<br>Supreme Court Building<br>207 W High St.<br>Jefferson City, MO  65101 |

| | | |
|---|---|---|
| Tim Fox<br>Attorney General for Montana<br>Consumer Protection<br>P.O. Box 200151<br>Helena, MT  59620 | Doug Peterson<br>Attorney General for Nebraska<br>2115 State Capitol<br>Lincoln, NE  68509 | Adam Laxalt<br>Attorney General for Nevada<br>Old Supreme Ct. Bldg<br>100 N. Carson St.<br>Carson City, NV  89701 |
| Joseph Foster<br>Attorney General for New Hampshire<br>33 Capitol St.<br>Concord, NH  03301 | Robert Lougy<br>Attorney General for New Jersey<br>Richard Hughes Justice Complex<br>25 Market Street, 8th Floor<br>Trenton, NJ  08625 | Hector Balderas<br>Attorney General for New Mexico<br>950 Pennsylvania Avenue, NW<br>Santa Fe, NM  87501 |
| Marie Ellen Burns<br>Attorney General for New York<br>Antitrust Bureau<br>120 Broadway<br>New York, NY  10271 | Roy Cooper<br>Attorney General for North Carolina<br>P.O. Box 629<br>Raleigh, NC  27602 | Wayne Stenehjem<br>Attorney General for North Dakota<br>State Capitol<br>600 E. Blvd. Ave., Dept. 125<br>Bismarck, ND  58505 |
| Mike DeWine<br>Attorney General for Ohio<br>30 E. Broad St., 14th Floor<br>Columbus, OH  43215 | Scott Pruitt<br>Attorney General for Oklahoma<br>313 NE 21st St.<br>Oklahoma City, OK  73105 | Ellen Rosenblum<br>Attorney General for Oregon<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR  97301 |
| Kathleen Kane<br>Attorney General for Pennsylvania<br>Bureau of Consumer Protection<br>Strawberry Square, 16th Floor<br>Harrisburg, PA  17120 | Peter Kilmartin<br>Attorney General for Rhode Island<br>150 S. Main St.<br>Providence, RI  02903 | Alan Wilson<br>Attorney General for South Carolina<br>Rembert Dennis Building<br>1000 Assembly St., Room 519<br>Columbia, SC  29201 |
| Marty Jackley<br>Attorney General for South Dakota<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD  57501 | Herbert Slatery<br>Attorney General for Tennessee<br>P.O. Box 20207<br>Nashville, TN  37202 | Ken Paxton<br>Attorney General for Texas<br>300 W. 15th St.<br>Austin, TX  78701 |
| Sean Reyes<br>Attorney General for Utah<br>Utah State Capitol Complex<br>350 N. State St., Suite 230<br>Salt Lake City, UT  84114 | William Sorrell<br>Attorney General for Vermont<br>Vermont Attorney General's Office<br>109 State St.<br>Montpelier, VT  05609 | Mark Herring<br>Attorney General for Virginia<br>900 E. Main St.<br>Richmond, VA  23219 |
| Bob Ferguson<br>Attorney General for Washington<br>1125 Washington St. SE<br>Olympia, WA  98504 | Patrick Morrisey<br>Attorney General for West Virginia<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV  25305 | Brad Schimel<br>Attorney General for Wisconsin<br>P.O. Box 7857<br>Madison, WI  53707 |
| Peter Michael<br>Attorney General for Wyoming<br>2320 Capitol Avenue<br>Cheyenne, WY  82002 | Karl Racine<br>Attorney General for the District for Columbia<br>441 4th Street, NW<br>Suite 1100 South<br>Washington, DC  20001 | Cesar Miranda-Rodriguez<br>Attorney General for the Commonwealth of Puerto Rico<br>601 Calle Olimpo, Piso 11<br>Esquina Axtmayer, Parada 11<br>San Juan, PR  00907 |
| Talauega Eleasalo V. Ale<br>Attorney General for American Samoa<br>Office of the Attorney General<br>P.O. Box 7<br>Utulei, AS  96799 | Edward Manibusan<br>Attorney General for the Commonwealth of the Northern Mariana Islands<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950 | Monaliza Abello-Pangelinan<br>Attorney General for the Federated States of Micronesia<br>Department of Justice<br>PO Box PS 105, Palikir<br>Pohnpei, FM  96941 |

- 3 -

| Elizabeth Barrett-Anderson<br>Attorney General for Guam<br>590 S. Marine Corps Drive<br>ITC Bldg., Suite 706<br>Tamuning, GU  96913 | Attorney General for the Republic of Marshall Islands<br>P.O. Box 890<br>Majuro, Marshall Islands  96960 | Attorney General for the Republic of Palau<br>P.O. Box 1365<br>Koror, Palau   96940 |
|---|---|---|
| Claude Walker<br>Acting Attorney General for the U.S. Virgin Islands<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI  00802 | | |

NAI-1501033315v1