UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>          Defendants. | Case No. 14-CV-04062-LHK<br><br>**CASE MANAGEMENT ORDER** |

The case management conference set for Wednesday, August 10, 2016 is hereby CONTINUED to Wednesday, September 14, 2016 at 2 p.m.  The parties shall file an updated joint case management statement by September 7, 2016.

**IT IS SO ORDERED.**

Dated: August 5, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-04062-LHK
CASE MANAGEMENT ORDER