1  Jeff D. Friedman (173886)
   Shana E. Scarlett (217895)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile:  (510) 725-3001
   jefff@hbsslaw.com
5  shanas@hbsslaw.com

6  Steve W. Berman (*Pro Hac Vice*)
   Jerrod C. Patterson (*Pro Hac Vice*)
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
8  Seattle, WA 98101
   Telephone: (206) 623-7292
9  Facsimile:  (206) 623-0594
   steve@hbsslaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | No.  14-CV-4062 LHK |
| | SUPPLEMENTAL DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Date:         November 10, 2016<br>Time:         1:30 p.m.<br>Courtroom: Room 8, 4th Floor<br>Judge:        The Honorable Lucy H. Koh |

010473-11  898311 V1

1    I, JEFF D. FRIEDMAN, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the State of California in the above-entitled litigation. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for plaintiff David Wentworth and Co-Lead Class Counsel in the above-entitled action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2.    I submit this Supplemental Declaration in response to this Court's November 10, 2016 Order.[1] The Court sought further information justifying the hourly rates of four paralegals (Brian Miller, Jeaneth Decena, Adrian Garcia, and Carrie Flexer), a former Hagens Berman associate, Alexander Su, and a contract attorney, Nathan Clark.

3.    Alexander Su was an Associate in our Berkeley office from May 2014 to August 2015. He was a fourth year Associate when he worked on this case. He is a 2010 graduate of Northwestern University School of Law, and previously worked for Sullivan & Cromwell in New York. His résumé is attached hereto as Exhibit A.

4.    Nathan Clark served as a Contract Attorney in our Berkeley office from October 2015 to February 2016. He graduated from University of California – Hastings School of Law in 2007. He worked as an Associate for several years for three different law firms prior to working as a Contract Attorney in this case. His résumé is attached hereto as Exhibit B.

5.    Paralegal Jeaneth Decena works in our Berkeley office and has worked as a paralegal for 10 years, including five years at Hagens Berman. Paralegal Brian Miller works in our Berkeley office and has worked as a paralegal for nearly 20 years, including over seven years at our firm. Paralegal Carrie Flexer has served as a paralegal for 23 years, including 20 years at our firm in Seattle. Finally, Adrian Garcia has been a paralegal at Hagens Berman in Seattle for eight years.

6.    In support of the pending motion for attorneys' fees, I previously submitted a Declaration which provided the following hourly rates for these paralegals: Adrian Garcia ($158 an hour); Carrie Flexer ($190 an hour); and Jeaneth Decena and Brian Miller ($265 an hour). My

---

[1] *See* Order Requiring Hourly Rate Justification for Motion for Attorneys' Fees, Nov. 10, 2016, ECF No. 343.

Declaration also provided an hourly rate of $250 for contract attorney Nathan Clark, and $425 an hour for Associate Alexander Su.

7. In 2013, in *Pecover v. Electronic Arts, Inc.* (an antitrust class action), Hagens Berman requested – and Judge Wilken of this District approved – an hourly rate of $150 for Adrian Garcia; $250 for Brian Miller, Jeaneth Decena, and Carrie Flexer; $300-$350 an hour for six contract attorneys; and $400-450 for three Associates.[2]

8. Similarly, in 2012, in the *Verizon* class action litigation, Hagens Berman requested – and Judge White of this District approved – hourly rates of $250 for Jeaneth Decena, Brian Miller, and Carrie Flexer, and $350 an hour for litigation Associate Megan Waples.[3]

9. In the *In re Electronic Books Antitrust Litig.*, an antitrust class action litigation in the Southern District of New York two years ago, plaintiffs requested – and Judge Denise L. Cote approved – hourly rates of $150 for Adrian Garcia, $250 for Jeaneth Decena and Brian Miller, $300 for contract attorney Alexander Bott, and $400 for five Associates.[4]

10. In *In re High-Tech Emp. Antitrust Litig.*, this Court found class counsel's rates "reasonable in light of prevailing market rates in this district," including non-partner rates that ranged from $310 to $800 per hour, and paralegals, law clerks, and support staff rates that ranged from $190 to $430, "with most in the $300 range."[5]

---

[2] *See* Declaration of Shana E. Scarlett in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Participation Awards at 11-12, *Pecover v. Electronic Arts Inc.*, No. 08-cv-02820 CW (N.D. Cal. Nov. 26, 2012), ECF No. 390; *see also id.*, Final Judgment and Order of Dismissal with Prejudice at 8, May 30, 2013, ECF No. 465.

[3] *See* Declaration of Jeff Friedman in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards at 6, *Ruwe v. Cellco P'ship d/b/a Verizon Wireless*, No. 07-cv-03679 JSW (N.D. Cal. Sept. 18, 2012), ECF No. 113; *see also id.*, Final Judgment and Order of Dismissal with Prejudice at 4, Nov. 16, 2012, ECF No. 132.

[4] *See* Declaration of Steve W. Berman in Support of Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses Related to Apple Settlement at 16, *In re Electronic Books Antitrust Litig.*, No. 11-md-02293 DLC (S.D.N.Y. Oct. 17, 2014), ECF No. 667; *see also id.*, Order Granting Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses Related to Apple Settlement at 1-2, Nov. 21, 2014, ECF No. 685.

[5] *See In re High-Tech Emp. Antitrust Litig.*, No. 11-cv-02509 LKH, 2015 WL 5158730, at *9 (N.D. Cal. Sept. 2, 2015).

11. Finally, recently in the *National Milk Producers* antitrust class action case before Judge White, Hagens Berman submitted a declaration from an attorneys' fees specialist, who detailed the hourly rates across numerous firms and cases and the applicable ranges for partners, associates, and paralegals.[6] The requested ranges here fall well within the customary ranges charged by similar firms doing similar type work. He cited numerous examples of courts approving paralegal rates in California in the $250-$320 range (with some rates below and above that range), and approving rates for fourth-year Associates in the $375-$450 range (with some rates below and above that range).[7] Mr. Pearl ultimately opined that Hagens Berman's rates were well within the range of reasonable rates charged by comparable law firms, including the hourly rates of $205 for Carrie Flexer, $265 for Brian Miller and Janeth Decena, and $425 for Alexander Su.[8]

12. In sum, the requested rates for paralegals, contract attorneys, and Associates in this case are consistent with approved rates in other cases, particularly factoring in inflation rates. The federal government's cost-of-living adjustments from 2012-2015 totaled 4.9%.[9] The approved $250 rate for Brian Miller and Janeth Decena four years ago is equivalent to approximately $262.25 in current dollars; the approved $150 rate for Adrian Garcia is equivalent to approximately $157.35. The requested rate for Carrie Flexer in this case is substantially less than the rate approved in the cases cited herein.

13. Through April 14, 2016 (the date of plaintiffs' reply brief in support of class certification), Hagens Berman has worked 3,626.7 hours on this matter, with a lodestar of $1,602,192.50, as illustrated in the following chart:

---

[6] *See* Declaration of Richard M. Pearl in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards at 6-13, *Edwards v. National Milk Producers Federation*, No. 11-cv-04766 JSW (N.D. Cal. Oct. 14, 2016), ECF No. 436-6.

[7] *See id.*

[8] *See id* at 2, ¶ 4; *id.* Ex., A.

[9] *See* Social Security Cost-of-Living Adjustments, *available at* https://www.ssa.gov/oact/cola/colaseries.html.

| NAME | POSITION | RATE | HOURS | TOTAL AMOUNT |
|---|---|---|---|---|
| Steve W. Berman | Partner | $950 | 3.5 | $ 3,325 |
| Jeff D. Friedman | Partner | $735 | 309.70 | $ 227,629.5 |
| Shana E. Scarlett | Partner | $605 | 206.30 | $ 124,811.50 |
| Chris O'Hara | Partner | $605 | 52.50 | $ 31,762.50 |
| Jerrod Patterson | Of Counsel | $575 | 555.6 | $ 319,470 |
| Alex Y. Su | Associate | $425 | 51.60 | $ 21,930 |
| Jeffrey Lang | Associate | $450 | 364.80 | $ 172,550 |
| Colleen Cleary | Associate | $420 | 527 | $ 221,340 |
| Ashley A. Bede | Associate | $400 | 495.90 | $ 208,278 |
| Nathan Clark | Contract Attorney | $250 | 544.20 | $ 136,050 |
| Brian Miller | Paralegal | $265 | 406.80 | $ 107,802 |
| Jeaneth Decena | Paralegal | $265 | 91.8 | $ 24,327 |
| Carrie Flexer | Paralegal | $190 | 5.50 | $ 1,100 |
| Adrian Garcia | Paralegal | $158 | 11.50 | $ 1,817 |
| **TOTAL:** | | | 3,626.70 | $1,602,192.50 |

14. After this time, Hagens Berman continued to work on the case with respect to the Sony Pictures and Blue Sky Studios defendants. After the reply brief was filed, Hagens Berman prepared the motions for preliminary approval and final approval of the settlements, including the proposed notices and orders; worked with claims administrator Kurtzman Carson Consultants ("KCC") to confirm that KCC had comprehensive data for class members, to disseminate the notice, and to respond to class members; and filed a petition to request attorneys' fees, expenses, and service awards, including preparing all exhibits thereto for filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of November, 2016, at Berkeley, California.

                                                            s/ Jeff D. Friedman
                                                          JEFF D. FRIEDMAN

# EXHIBIT A

# ALEXANDER SU

445 Fifth Avenue Apt. 11H
New York, NY 10016
Alexander.Y.Su@gmail.com
(516) 209-7608

## EDUCATION

**Northwestern University School of Law**, Chicago, IL
*Juris Doctor*, May 2010
- GPA: 3.58, Dean's List
- Special Projects Editor*, Northwestern University Law Review*
- Legal Writing Teaching Assistant; Public Service Star; Student Commencement Speaker

**Carnegie Mellon University**, Pittsburgh, PA
*B.S., Decision Science* (psychology & economics), May 2005
- First Place, Undergraduate Entrepreneurship Association Business Plan Competition
- President, Taiwanese Students Association

## EXPERIENCE

**Sullivan & Cromwell LLP,** New York, NY
*Associate*, November 2012 – Present, October 2010 – January 2011
*Summer Associate,* May 2009 – August 2009
- Draft dispositive motions and acquire knowledge of defense strategy in securities litigations.
- Research, analyze, and draft briefs regarding securities and antitrust legal issues.
- Respond to interrogatories, requests for admission, subpoenas, and other discovery requests.
- Aggregate, synthesize, and summarize complex facts contained in vast arrays of documents.
- Plan and prepare for witness preparation in securities investigations and civil lawsuits.
- Manage document production and privilege review process in civil and regulatory matters.

**United States District Court for the Northern District of Illinois,** Chicago, IL
**The Honorable Edmond E. Chang**
*Law Clerk,* January 2011 – September 2012
- Drafted opinions deciding dispositive motions in federal civil cases, including in class action litigation.
- Researched and drafted bench memoranda for judge sitting by designation in the Seventh Circuit.
- Acquired knowledge of strategic considerations regarding motion practice and discovery challenges.
- Participated in settlement conferences and prepared final settlement agreements.
- Assisted judge with preparing proposed pattern jury instructions for the Seventh Circuit.

**Legal Assistance Foundation of Metropolitan Chicago,** Chicago, IL
*Housing Extern,* January 2010 – April 2010
- Conducted intake of clients for legal issues regarding Section 8 housing assistance.
- Assisted staff attorney with preparing for housing court trial.

**Los Angeles County District Attorney's Office,** Los Angeles, CA
*Law Clerk,* June 2008 – August 2008
- Examined witnesses in court during preliminary hearings in criminal cases.
- Conducted legal research regarding evidentiary issues and observed criminal jury trials.

## ADDITIONAL INFORMATION

**Languages:** Fluent in Mandarin Chinese, Basic Spanish
**Bar Admissions:** New York, Eastern and Southern Districts of New York
**Other Skills:** Microsoft Office, Wordperfect, Lotus Notes, Westlaw Next, Lexis, Concordance, Ringtail, Kroll Ontrack Inview, Alphalit E-direct

# EXHIBIT B

*Nathan Clark*
1045 Evelyn Ave.
Albany, CA 94706
(213) 399-0796
Email:  nategolf2@gmail.com

**EXPERIENCE:**

**Knox Ricksen, LLP, Oakland, CA**
*Litigation Associate, January 2015-September 2015*

-Litigation of large-scale insurance fraud cases, including qui tam actions filed under California Insurance Code section 1871.7, particularly in areas of health care fraud and the unauthorized practice of law.  Also involved in litigation of pharmaceutical injury cases and individual personal injury actions.  Experienced in all aspects of trial practice, including taking and defending depositions, oral argument during court hearings and drafting court pleadings and motions. Also adept at researching a wide variety of legal issues and advising clients regarding litigation and settlement strategy.

**Musick, Peeler & Garrett, LLP, Los Angeles, CA**
*Litigation Associate, October 2012-December 2014*

-Represented clients in numerous areas of civil litigation, including complex business litigation, product liability, catastrophic injury, wrongful death, elder abuse, class action claims, and insurance bad faith and insurance coverage matters.  Involved in all aspects of trial practice, including participating in mediations, depositions and oral argument at court hearings; drafting court pleadings and motions; and advising clients regarding litigation and settlement strategy.

**Prata & Daley, LLP, Los Angeles, CA**
*Litigation Associate, July 2009-October 2012*

**-**Represented defendants and plaintiffs in a variety substantive litigation areas, including insurance coverage, premises liability, medical malpractice and general civil litigation on the defense side and wrongful death, wrongful termination, wage and hour claims, and employment discrimination on the plaintiffs' side.  Second chair trial experience.  Extensive in-court and deposition experience, as well as participation in binding mediations and arbitrations.  Drafted dispositive motions, including motions for and in opposition to summary judgment and motions for summary disposition in matters subject to arbitration.  Involved in trial preparation, including motions *in limine*, drafting trial briefs, and witness and exhibit preparation.

**Stroock & Stroock & Lavan, LLP, Los Angeles, CA**
*Litigation Associate, December 2006-April 2009; Summer Associate, May-August 2006*

-Represented clients in a variety of substantive litigation areas including financial services, bad faith insurance, insurance coverage disputes, antitrust and email marketing.  Involved in nationwide financial services class action litigation relating to regulatory compliance, actions brought under various state unfair competition laws, state and federal bad faith litigation and coverage disputes, and actions brought under the CAN-SPAM Act and the California Anti-Spam statute.  Involved in trial preparation, including motions *in limine*, drafting trial briefs and witness and exhibit preparation.  Conducted extensive research pertaining to state statutes regulating unfair and deceptive acts and practices, state statutes covering security breach disclosure notification laws and litigation under the UCL, FDCPA, TILA and CLRA.

**Public Counsel Law Center, Los Angeles, CA**
*Summer Law Clerk, Children's Rights Project, May 2005-August 2005*

-Involved in assisting parents in obtaining assessments, special education, 504 services, mental health care and related services for children with disabilities.  Attended Individualized Education Program ("IEP") meetings, 504 meetings, mediations, and administrative hearings.  Appeared and assisted in providing representation to children undergoing discipline-related proceedings.  Substantive tasks include research related to Congress' 2005 Amendments to the Individuals with Disabilities Act ("IDEA"), drafting and reviewing IEP's and Due Process hearing requests, preparing internal memoranda, and engaging in direct client contact, including intake and assessment.

## EDUCATION:

**University of California, Hastings College of the Law, San Francisco**
*Juris Doctor, May 2007*
- Senior Articles Editor/Staff Member, Hastings Race and Poverty Law Journal
- Moot Court, Honorable Mention, Best Brief
- Attended CUNY School of Law from 2004-2005; Transferred to Hastings in August 2005

**University of California, Los Angeles**
*B.A. in History and Psychology, December, 2002*
- Cumulative grade point average of 3.45
- Member, UCLA Rugby Team

## INTERESTS:
- Golf, Basketball, Reading, Hiking, Bridge