Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Matthew R. Berry (*Pro Hac Vice*)
mberry@susmangodfrey.com
John Schiltz (*Pro Hac Vice*)
jschiltz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION | No.  14-CV-4062 LHK <br><br> SUPPLEMENTAL DECLARATION OF MARC M. SELTZER IN SUPPORT OF CLASS COUNSEL SUSMAN GODFREY L.L.P.'S PARALEGAL BILLING RATES |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

I, MARC M. SELTZER declare as follows:

1. I am an active member of the State Bar of California and a member of the Bar of this Court.  I am a partner with the law firm of Susman Godfrey L.L.P., and my firm is Co-Lead Class Counsel in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. Pursuant to this Court's November 10, 2016 Order Requiring Hourly Rate Justification for Motion for Attorneys' Fees (Dkt. No. 343), I submit this Supplemental Declaration providing the following justifications for the hourly rates of Susman Godfrey current and former paralegals Norberto Arreola, Simon DeGeorges, Jeffery McLaren, Caroline Edwards, and Page Berardi.

3. A breakdown of Susman Godfrey's current hourly rate by paralegal is as follows:

| Norberto Arreola | Paralegal | $270 |
| Simon DeGeorges | Paralegal | $270 |
| Jeffery McLaren | Paralegal | $270 |
| Caroline Edwards | Paralegal | $230 |
| Page Berardi | Paralegal | $270 |

- Norberto Arreola has been a paralegal at Susman Godfrey for one year and four months and has over thirteen years of experience as a paralegal.
- Simon DeGeorges has been a paralegal at Susman Godfrey for eight months and has twenty years of experience as a paralegal.
- Jeffrey McClaren has been a paralegal at Suman Godfrey for nineteen years.
- Caroline Edwards was a paralegal at Susman Godfrey for three years and had eleven years of experience as a paralegal.
- Page Berardi was a paralegal at Susman Godfrey for one year and had fifteen years of experience as a paralegal.

4. **Susman Godfrey's Paralegal Rates Have Been Approved by Courts in Similar Markets.** The following are examples of cases in which Susman Godfrey's hourly rates for paralegals have been approved by courts in similar markets:

- *Fleisher et al. v. Phoenix Life Insurance Co.*, No. 11-8405 (CM) (S.D.N.Y.): court approved Susman Godfrey's hourly rates as reasonable, including paralegal Page Berardi's hourly rate of $270. *See* Order Approving Settlement and Fees (Sept. 9, 2015) (Dkt. No. 318); Declaration of Steven Sklaver ¶18 (Dkt. No. 310).

SUPPLEMENTAL DECLARATION OF MARC M. SELTZER IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC
Case No. 14-CV-4062 LHK.

- 1-

- *Schulein, et al. v. Petroleum Development Corp. et al.*, No. 11-1891 (AG) (C.D. Cal.): court approved Susman Godfrey's hourly rates as "adequately supported" including a paralegal hourly rate of $270. *See* Order Granting Motion for Approval for Approval of Payments and Distributions from the Settlement Funds (Dkt. No. 314) (Feb. 22, 2016); Declaration of Marc M. Seltzer, Ex. 1 (Dkt. No. 303-1).

- *In re: NYC Bus Tour Antitrust Litigation*, No. 13-007111 (ALC) (S.D.N.Y.): court approved a blended hourly rate for paralegals of $257.29 in connection with authorizing a one-third fee in which class counsel's aggregate lodestar yielded a "crosscheck" multiplier of 3.35. *See* Order and Judgment Awarding Fees and Expenses (Oct. 21, 2014) (Dkt. No. 123); Declaration of William C. Carmody, at 7 (Dkt No. 117).

- *In re: Korean Air Lines Co., Ltd. Antitrust Litigation*, MDL No. 1891, No. 07-005107: court approved application for attorney's fees , finding that the fees were fully justified by, *inter alia*, the attorneys' fee lodestar incurred in prosecuting the litigation, which included paralegal hourly rates from $200-280. *See* Order (Dec. 23, 2013) (Dkt. No. 695); Declaration of Marc M. Seltzer in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. 625-2).

5. **Courts in this District Have Approved Higher Billing Rates for Paralegals.**  The following are examples of cases in this District in which Courts have approved hourly rates for paralegals that are comparable or higher than the rates at issue here:

- In *Gutierrez v. Wells Fargo Bank, N.A.*, No. No. 07-05923 (WHA), 2015 WL 2438274, at *5 (N.D. Cal. May 21, 2015), *appeal dismissed* (Oct. 30, 2015), the Court approved paralegal rates ranging from $250 to $430,[1] finding that "the claimed rates

---

[1] The paralegal rates approved in *Gutierrez* were: Kirti Dugar ($335–430); Jennifer Rudnick ($215–325); Jack Sanford ($225); and Ann M. Smith ($150–225). The litigation support rates were: Arra Khararjian ($260–270); Anthony Grant ($260–340); Scott Alameda ($250–260); Major Mugrage ($250–320); and Sat Kriya Khasla ($250–285).

were comparable to those in our geographic region for the skill and experience involved."

- In *In re: High-Tech Employee Antitrust Litigation*, No. 11-02509 (LHK), this Court approved "billing rates for paralegals, law clerks, and litigation support staff range from about $190 to $430, with most in the $300 range." Order Granting in Part and Denying in Part Motions for Attorney's Fees, Reimbursement of Expenses, and Service Awards, at 16 (Sept. 2, 2015) (Dkt. No. 1112). This approval included paralegal rates of at least $325. *See* Dermody Decl., Ex. 11 (Dkt. No. 1083-20).

6. Susman Godfrey's paralegal rates have been approved and paid to our law firm by sophisticated, commercial hourly-paying clients. Based on the information I have, I believe that the rates charged by Susman Godfrey are reasonable and appropriate fees.

7. Through April 14, 2016, Susman Godfrey's lodestar is $2,001,763.00. A breakdown of the lodestar by lawyer or paralegal is as follows:

| NAME | POSITION | RATE | HOURS | TOTAL AMOUNT |
|---|---|---|---|---|
| Marc Seltzer | Partner | $1,200 | 115.6 | $138,720 |
| Steven Sklaver | Partner | $700 | 239.3 | $167,510 |
| Matthew Berry | Partner | $550 | 1005.4 | $552,970 |
| John Schiltz | Associate | $325 | 1383.1 | $449,508 |
| Katherine Kunz | Associate | $475 | 101.7 | $48,308 |
| Jordan Talge | Associate | $375 | 1365.9 | $512,213 |
| Andres Healy | Associate | $425 | 25.1 | $10,668 |
| Moustapha El-Hakam | Staff Attorney | $275 | 73.5 | $20,213 |
| Kevin Hormann | Staff Attorney | $275 | 89.7 | $24,668 |
| Aaron Haberman | Staff Attorney | $275 | 14.2 | $3,905 |
| Norberto Arreola | Paralegal | $270 | 110.5 | $29,835 |
| Simon DeGeorges | Paralegal | $270 | 5.4 | $1,458 |
| Jeffery McLaren | Paralegal | $270 | 9.5 | $2,565 |

SUPPLEMENTAL DECLARATION OF MARC M. SELTZER IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ETC
Case No. 14-CV-4062 LHK.

- 3-

| | | | | |
|---|---|---|---|---|
| Caroline Edwards | Paralegal | $230 | 93.3 | $21,459 |
| Page Berardi | Paralegal | $270 | 65.8 | $17,766 |
| **TOTAL:** | | | **4698** | **$2,001,763** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of November, 2016, at Los Angeles, California.

                                           */s/ Marc M. Seltzer*
                                           MARC M. SELTZER