UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>　　　　Defendants. | Case No. 14-CV-4062-LHK<br><br>**FINAL JUDGMENT AS TO DEFENDANTS SONY PICTURES IMAGEWORKS INC., SONY PICTURES ANIMATION INC., AND BLUE SKY STUDIOS, INC.** |

   This Court finds, pursuant to Federal Rules of Civil Procedure 54(a) and (b), that Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment. Accordingly, the Clerk is hereby directed to enter Judgment immediately pursuant to Federal Rules of Civil Procedure 54.

   This Court finds that this Final Judgment adjudicates all the claims, rights, and liabilities of the Parties, and is final and shall be immediately appealable.

   Without affecting the finality of this Final Judgment, the Court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreements and enabling any party hereto to apply for such further orders and directions as may be necessary or appropriate for the

1

Case No. 14-CV-4062-LHK
FINAL JUDGMENT AS TO DEFENDANTS SONY PICTURES IMAGEWORKS INC., SONY PICTURES ANIMATION INC., AND BLUE SKY STUDIOS, INC.

construction or carrying out of this Final Judgment, the modification of any of the provisions hereto to the extent such modification is permitted, and to remedy a violation of any of the provisions contained herein. This Court shall have the authority to specifically enforce the provisions of this Final Judgment.

**IT IS SO ORDERED.**

Dated: November 11, 2016

_____
LUCY H. KOH
United States District Judge