UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>    Defendants. | Case No. 14-CV-4062-LHK<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 339 |

On October 31, 2016, Defendants Two Pic MC LLC, Lucasfilm Ltd. LLC, Pixar, and The Walt Disney Company (collectively, "Defendants"), filed a motion for relief from a nondispositive pretrial order of Magistrate Judge Howard Lloyd. ECF No. 339. On November 9, 2016, Plaintiffs filed a response to the motion. ECF No. 342.

Having reviewed the order, the briefing of the parties, the record in the case, and the relevant law, the Court finds that the nondispositive pretrial order is not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Therefore, the Court DENIES Defendants' motion for relief.

1

Case No. 14-CV-04062-LHK
ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____
LUCY H. KOH
United States District Judge