1  Marc M. Seltzer (54534)
   Steven G. Sklaver (237612)
2  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
3  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3100
4  Facsimile:  (310) 789-3150
   mseltzer@susmangodfrey.com
5  ssklaver@susmangodfrey.com

6  Matthew R. Berry (*Pro Hac Vice*)
   John Schiltz (*Pro Hac Vice*)
7  SUSMAN GODFREY L.L.P.
   1201 Third Avenue, Suite 3800
8  Seattle, WA 98101
   Telephone: (206) 516-3880
9  Facsimile:  (206) 516-3883
   mberry@susmangodfrey.com
10 jschiltz@susmangodfrey.com

11 *Co-Lead Class Counsel*

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16 | IN RE ANIMATION WORKERS ANTITRUST LITIGATION | No. 14-CV-4062 LHK |

DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Date:      May 18, 2017
Time:      1:30 p.m.
Courtroom: Room 8, 4th Floor
Judge:     The Honorable Lucy H. Koh

I, STEVEN G. SKLAVER declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California in the above-entitled litigation. I am a partner with the law firm of Susman Godfrey L.L.P., counsel of record for plaintiff Georgia Cano and Co-Lead Class Counsel in the above-entitled action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. My firm has been involved in every phase of this litigation, including conducting factual investigations regarding the claims at issue in this action, preparation of pleadings, drafting motion papers and responses to defendants' motions, conducting discovery and appearing and arguing matter in Court. A fuller description of the work undertaken by plaintiffs' counsel in this action is set forth in the Declaration of Jeff D. Friedman, filed concurrently herewith.

I. **EXPERIENCE AND QUALIFICATIONS OF SUSMAN GODFREY ATTORNEYS**

3. Since the firm's founding in 1980, Susman Godfrey has served as lead counsel in hundreds of antitrust class actions and other complex commercial disputes in courts throughout the country. The firm has represented clients in some of the largest and most complex cases ever litigated and earned a reputation for handling those cases effectively and efficiently. The lawyers of Susman Godfrey have tried more than a dozen significant antitrust cases to a jury, in cases yielding over $1 billion in verdicts, and has been appointed to serve as lead or co-lead counsel in numerous antitrust class actions and other class actions, including, among others, *In re Toyota Motor Corp. Unintended Acceleration Marketing Sales Practices, and Product Liability Litigation* (C.D. Cal.); *In re Automotive Parts Antitrust Litigation* (E.D. Mich.); *In re Vitamin C Antitrust Litigation* (E.D.N.Y.); *In re Crude Oil Commodity Futures Litigation* (S.D.N.Y); *White v. Nat'l Collegiate Athletic Ass'n* (C.D. Cal.); *In re LIBOR-Based Fin. Instruments Antitrust Litigation* (S.D.N.Y.); *In Re Ready-Mixed Concrete Antitrust Litigation* (S.D. Ind.); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Universal Serv. Fund Tel. Billing Practices Litigation* (D. Kan.); *Behrend v. Comcast Corp.* (E.D. Pa.); *In re Lease Oil Antitrust Litigation (S.D. Tex.); In re Korean Air Lines Co. Antitrust Litigation* (C.D. Cal.); *In re Vitamins Antitrust Litigation* (D.D.C.); *In re*

*Processed Egg Products Antitrust Litigation* (E.D. Pa.); *In re Commercial Explosives Antitrust Litigation* (D. Utah).

4.  The lead Susman Godfrey attorneys who have worked on this case are Marc M. Seltzer, Steven G. Sklaver, Matthew R. Berry, John Schiltz, Jordan Talge, and Elisha Barron. Details regarding the other attorneys at Susman Godfrey who assisted in litigating this case can be found in the resume of Susman Godfrey, attached hereto as Exhibit A.

5.  **Marc M. Seltzer:** Mr. Seltzer is one of Susman Godfrey's most senior partners and resident head of the firm's Los Angeles office. Mr. Seltzer has practiced law for more than forty years, and has been appointed to serve as lead counsel for plaintiffs in numerous antitrust and other class action cases, including *In re Corrugated Container Antitrust Litigation* and the *In re Vitamin Antitrust Litigation*. The latter was settled pursuant to agreements that made more than $1.05 billion available to the class. Mr. Seltzer was named a Law360 "Class Action MVP," in recognition of, among other achievements, serving as one of three co-lead counsel who helped to obtain an unprecedented settlement valued at approximately $1.6 billion in *In re Toyota Motor Corp. Unintended Acceleration Marketing Sales Practices, and Product Liability Litigation*. Mr. Seltzer is a Life Member of the American Law Institute and is also a member of the Advisory Board of the American Antitrust Institute.

6.  **Steven G. Sklaver:** I am a partner in Susman Godfrey's Los Angeles office, and, like Mr. Seltzer, I was named in 2016 by the Daily Journal as one of the top 30 plaintiffs' lawyers in California. I was also named California's Lawyer Attorneys of the Year in 2017 by the Daily Journal. I have extensive antitrust experience, including representing, along with Mr. Seltzer, the class plaintiffs in *White, et al. v. NCAA*, an antitrust class action alleging that the NCAA violated the federal antitrust laws by restricting amounts of athletic-based financial aid to student athletes. I am also actively representing the plaintiffs in *In re Automotive Part Antitrust Litigation*, a massive and exceptionally complex MDL litigation arising out of what the United States Department of Justice has described as the largest price-fixing cartel in history. Partial settlements for the class of end user plaintiffs we represent have reached over $600 million thus far.

7. **Matthew Berry**: Mr. Berry is a partner in Susman Godfrey's Seattle office, where he has practiced for nearly ten years after clerking for the Hon. Stephen S. Trott of the United States Court of Appeals for the Ninth Circuit. Mr. Berry is a member of the Susman Godfrey team that was appointed interim co-lead counsel representing over-the-counter plaintiffs in the LIBOR putative class action currently pending in the Southern District of New York. He has represented clients in a wide range of disputes nationwide over the past ten years. Mr. Berry has been named a Washington "Super Lawyer" by Law & Politics magazine from 2013-2016.

8. **John Schiltz**: Mr. Schiltz is an associate in Susman Godfrey's Seattle office. He graduated Order of the Coif from University of Virginia School Law and joined the firm in 2014 after clerking for the Hon. David M. Ebel of the United States Court of Appeals for the Tenth Circuit.

9. **Jordan Talge**: Mr. Talge was, until summer 2016, an associate in Susman Godfrey's Seattle office. He joined Susman Godfrey in 2012 after clerking for the Hon. Richard C. Tallman of the United States Court of Appeals for the Ninth Circuit. Since joining the firm in 2012 he has represented plaintiffs and defendants in a wide range of commercial disputes nationwide. In July 2016, he accepted a position as Seattle University's Associate University Counsel.

10. **Elisha Barron**: Ms. Barron is an associate in Susman Godfrey's New York office. She graduated *cum laude* from Harvard Law School. She joined Susman Godfrey in 2014 after clerking for the Hon. Shira Ann Scheindlin, United States District Court for the Southern District of New York and the Hon. José A. Cabranes, United States Court of Appeals for the Second Circuit.

## II.   ATTORNEYS' FEES AND EXPENSES

### A.   Calculation of Susman Godfrey's Lodestar

11. Susman Godfrey's lodestar is calculated based on the current hourly rates of the firm that are charged to all of its clients, including those who pay by the hour. These hourly rates are based on regular and ongoing monitoring of prevailing market rates for attorneys of comparable skill, experience and qualifications.

12. Through February 28, 2017, Susman Godfrey's lodestar is $2,859,177.00 and its unreimbursed litigation expenses through April 7, 2017 are $182,720.79 for a total investment of $3,041,897.79. A breakdown of the lodestar by lawyer or paralegal is as follows:

| | | | | |
|---|---|---|---|---|
| Marc Seltzer | Partner | $1,200 | 201.8 | $242,160.00 |
| Steven Sklaver | Partner | $750 | 369.8 | $277,350.00 |
| Matthew Berry | Partner | $575 | 1466.80 | $843,410.00 |
| Elisha Barron | Associate | $400 | 140.9 | $56,360.00 |
| John Schiltz | Associate | $350 | 1719.60 | $602,000.00 |
| Katherine Kunz | Associate | $475 | 101.7 | $48,307.50 |
| Jordan Talge | Associate | $375 | 1,599.70 | $599,887.50 |
| Andres Healy | Associate | $425 | 25.1 | $10,667.50 |
| Moustapha El-Hakam | Staff Attorney | $275 | 73.5 | $20,212.50 |
| Kevin Hormann | Staff Attorney | $275 | 150.6 | $41,415.00 |
| Aaron Haberman | Staff Attorney | $275 | 14.2 | $3,905.00 |
| Norberto Arreola | Paralegal | $270 | 115.0 | $31,050.00 |
| Simon DeGeorges | Paralegal | $270 | 150.6 | $40,662.00 |
| Jeffery McLaren | Paralegal | $270 | 9.5 | $2,565.00 |
| Caroline Edwards | Paralegal | $230 | 93.3 | $21,459.00 |
| Page Berardi | Paralegal | $270 | 65.8 | $17,766.00 |
| **TOTAL:** | | | 6297.9 | $2,859,177.00 |

13. Pursuant to the Court's order at the preliminary approval hearing, detailed time records supporting the foregoing will be submitted *in camera* for the Court's review.

14. Susman Godfrey has expended a total of $182,720.79 in unreimbursed litigation expenses in prosecuting this litigation. They are the type of expenses customarily billed by my firm, and include such costs as expert expenses, computerized research and other services, and coach air travel in connection with this litigation through April 7, 2017. These expenses are itemized as follows:

| COSTS | AMOUNTS |
|---|---|
| Articles, Books & Reports | $216.90 |
| B/W Photocopies/Prints | $531.00 |
| Color Photocopies/Prints | $1,610.00 |
| Filing Fees | $315.00 |
| Hotel & Travel Expenses | $12,168.69 |
| Contributions to Joint Litigation Fund | $166,109.54 |
| Messenger/Delivery Services | $297.76 |
| Miscellaneous Client Charges | $49.95 |
| Outside Photocopy Services | $174.87 |
| Research Charges | $1,247.08 |
| **TOTAL:** | **$182,720.79** |

15. Susman Godfrey's unreimbursed litigation expenses includes its contributions to the joint litigation fund established by Co-Lead Counsel. The joint expense account has a balance of $15,547.55 as of March 31, 2017. The unreimbursed joint expenses paid out of the litigation fund are itemized as follows:

| COSTS | AMOUNTS |
|---|---|
| Deposition Expenses Total | $18,268.61 |
| Expert Fees Total | $338,198.34 |
| Non-party Discovery Costs | $66,787.30 |
| Mediation Fee and Expenses | $18,750.00 |
| Messenger/Delivery Services Total | $100.00 |
| Miscellaneous Client Charges Total | $2,490.14 |
| Outside Document Charges Total | $12,709.00 |
| **TOTAL:** | **$457,303.39** |

16. The litigation expenses incurred in prosecuting this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

17. Neither I nor any other Susman Godfrey attorney had any involvement in the *High-Tech* litigation, and no Susman Godfrey attorney was aware at the time that the Court unsealed various documents in that case in 2013.

\\\

\\\

\\\

DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND
SERVICE AWARDS
- 5
Case No. 14-CV-4062 LHK

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 7th day of April, 2017, at Los Angeles, California.

*/s/ Steven G. Sklaver*
STEVEN G. SKLAVER

DECLARATION OF STEVEN G. SKLAVER IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND
SERVICE AWARDS
- 6
Case No. 14-CV-4062 LHK