Daniel A. Small (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsmall@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Marc M. Seltzer (54534)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANIMATION WORKERS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 14-CV-4062-LHK<br><br>DECLARATION OF ROBERT A. NITSCH, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS |

I, ROBERT A. NITSCH, JR. declare as follows:

1.   I am an individual over the age of 18 who resides in Massachusetts. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   I am a named plaintiff and class representative in *In re Animation Workers Antitrust Litigation*, No. 14-CV-4062-LHK, filed on September 8, 2014, in the United States District Court for the Northern District of California. I submit this affidavit, on behalf of myself and the settlement class, in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

3.   As a class representative, I understand that it is my responsibility to be apprised of the work done by my attorneys on the case and make my own judgment about the fairness of any settlement proposed by the lawyers. In evaluating the fairness of the settlement, I am required to consider the interests of all members of the Class. I am free to disagree with my attorneys about the merits of a settlement and make my views known to the Court.

4.   I have reviewed the terms of the settlements with Defendants The Walt Disney Company, Pixar, Lucasfilm Ltd., LLC, and Two Pic MC LLC (collectively, the "Disney Defendants"), and with Defendant DreamWorks Animation SKG, Inc. ("DreamWorks"), discussed those terms with my attorneys, and I am aware of and approve all terms of the proposed settlement, as it affects me and the members of the Class. Based upon this reading and my discussions with counsel, I understand that the Disney Defendants have agreed to pay $100,000,000 into a Settlement Fund, and DreamWorks agreed to pay $50,000,000 into a Settlement Fund, and further understand that if the settlement is approved, class members nationwide will receive payments from this Settlement Fund.  I understand that the costs of notice and settlement administration, attorneys' fees, litigation expenses, and participation awards will be deducted from the Settlement Fund, and that class members who do not opt out will release the Disney Defendants, DreamWorks, and related entities from claims related to this lawsuit.

5.   I believe that the proposed settlements achieve significant relief for the Class and are a great result compared to the risks and delay associated with a complex and costly trial. In addition,

1     I recognize that if a trial were held, there is no guarantee that the Class would succeed on the claim

2     presented in this litigation. Thus, the proposed settlements permit an immediate recovery to class

3     members without the risk, delay, and expense of trial. Based upon my understanding of the class

4     claims asserted in this litigation, and my understanding of the terms of the settlement agreements, I

5     believe the proposed settlements are fair, adequate and reasonable, and in the best interests of class

6     members, and should therefore be granted final approval.

7           6.     Over the past two and a half years, I have diligently performed my duty to assist Class

8     Counsel in prosecuting this case, investing a significant effort to complete specific tasks to benefit

9     the lawsuit and fulfill my role as a class representative.

10          7.     I responded to Defendants' discovery requests by searching my digital and paper files

11    for responsive documents. This included searching my personal computer and email accounts. I then

12    worked with my attorneys to harvest those documents and have them produced to Defendants. In

13    addition, I assisted in preparing and verifying my responses to interrogatories for at least 5 hours and

14    updated those responses when needed. I also spent time consulting with Class Counsel on multiple

15    occasions to assist them in understanding my responsive documents. I estimate that I have spent at

16    least 4 hours communicating with counsel by phone, email and in person about the document

17    requests, and spent at least 7 hours collecting documents, including searching for information and

18    documents for the litigation.

19          8.     I spent time preparing for my deposition by reviewing documents and meeting with

20    my attorneys for 9 hours. On February 12, 2016, I spent a little less than 7 hours at my deposition

21    being questioned by Defendants. To ensure the accuracy of my deposition transcript, I spent about an

22    hour reviewing it for errors.

23          9.     I have been responsive to Class Counsel's requests for information throughout the

24    case and remained in regular contact by phone and email to discuss various aspects of the litigation,

25    including updates on progression of the litigation and material events in the case. I have reviewed

26    and commented on documents, read case updates, asked questions, and provided information,

27    assistance and documentation as needed.

28

NITSCH'S DECL. ISO PLAINTIFFS' MTN FOR FEES, EXPENSES,
AND SERVICE AWARDS – 2
Case No. No: 14-cv-4062-LHK

10. I have also spent approximately 3 hours reviewing the settlements in this case and discussing the settlements with my attorneys.

11. In total, I estimate that I have spent at least 35 hours over the past two and a half years, performing my duties on behalf of the class.

12. In my experience with finding employment in the animation and visual effects industry, it is a small community with a small number of repeat players – both employers and employees. The employers, and especially the Defendants in this case, have great power over your career and whether you can obtain your next job. Employees have specialized skills that are most valuable in the industry. And since the term of employment is frequently for the production of one film or less, it is common for a typical employee to have to find work with multiple companies over just a few years. Given those factors, an employee's reputation is quite important as employers can choose not to hire employees largely based on whatever reason they want.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of April, 2017, in Brewster, Massachusetts.

_____
ROBERT A. NITSCH, JR.

NITSCH'S DECL. ISO PLAINTIFFS' MTN FOR FEES, EXPENSES,